**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7

   ☐ Chapter 11

## Part 2:   Identify the Debtor

2. **Debtor's name**

   **ArtiusID, Inc.**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, names, trade names, or *doing business as* names.

   **Q5ID, Inc.**

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   **801 Barton Springs**
   Number    Street

   **Austin                    TX    78704**
   City                        State  ZIP Code

   **Travis**
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City          State  ZIP Code

6. **Debtor's website (URL)**   _____

Debtor   **ArtiusID, Inc.**                                             Case number (if known) _____
         Name

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes.  Debtor _____   Relationship _____
      District _____   Date filed _____   Case number, if known _____
                                        MM / DD / YYYY

## Part 3:  Report About the Case

**10. Venue**

*Check one:*
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [x] No
- [ ] Yes.  Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Xmogrify, LLC** | **Services provided** | $287,812.89 |
| **Goldstein Consulting Services, LLC** | **Services provided** | $131,390.00 |
| **Rearc LLC** | **Services provided** | $556,070.00 |

Debtor __ArtiusID, Inc._____   Case number (if known) _____
       Name

                                                                       Total of petitioners' claims   __$975,272.89__

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| **Xmogrify, LLC** | **Jason Binford** |
| Name | Printed name |
| **23 Arden Drive** | **Ross, Smith & Binford, PC** |
| Number    Street | Firm name, if any |
| **Hartsdale**    **NY**    **10530** | **2003 N. Lamar Blvd., Ste. 100** |
| City    State    ZIP Code | Number    Street |
| | **Austin**    **TX**    **78705** |
| | City    State    ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone **512-351-4778** |
| **David Levy** | Email    **jason.binford@rsbfirm.com** |
| Name | Bar number    **24045499** |
| **23 Arden Drive** | State    **TX** |
| Number    Street | |
| **Hartsdale**    **NY**    **10530** | |
| City    State    ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __11/29/2023__
               MM / DD / YYYY

X _/s/ signature_____   X _/s/ Jason Binford_____
  Signature of petitioner or representative, including representative's title       Signature of attorney

                                                              Date signed __11/30/2023__
                                                                                  MM / DD / YYYY

Debtor    **ArtiusID, Inc.**          Case number (if known) _____
            Name

**Name and mailing address of petitioner**

**Goldstein Consulting Services, LLC**
Name

**4445 Post Road, Apt. 5D**
Number    Street

**Bronx**          **NY**    **10471**
City                 State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Kevin Goldstein**
Name

**4445 Post Road, Apt. 5D**
Number    Street

**Bronx**          **NY**    **10471**
City                 State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/29/2023
             MM / DD / YYYY

X _____ Member
Signature of petitioner or representative, including representative's title

**Jason Binford**
Printed name

**Ross, Smith & Binford, PC**
Firm name, if any

**2003 N. Lamar Blvd., Ste. 100**
Number    Street

**Austin**          **TX**    **78705**
City                 State    ZIP Code

Contact phone   512-351-4778

Email         **jason.binford@rsbfirm.com**

Bar number   **24045499**

State         **TX**

X _____
Signature of attorney

Date signed   11/30/2023
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

**Rearc LLC**
Name

**1216 Broadway, Suite 218**
Number    Street

**New York**          **NY**    **10001**
City                 State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Mahesh Varma**
Name

**1216 Broadway, Suite 218**
Number    Street

**New York**          **NY**    **10001**
City                 State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/29/2023
             MM / DD / YYYY

X   *Mahesh Varma*    Member
Signature of petitioner or representative, including representative's title

**Jason Binford**
Printed name

**Ross, Smith & Binford, PC**
Firm name, if any

**2003 N. Lamar Blvd., Ste. 100**
Number    Street

**Austin**          **TX**    **78705**
City                 State    ZIP Code

Contact phone   512-351-4778

Email         **jason.binford@rsbfirm.com**

Bar number   **24045499**

State         **TX**

X _____
Signature of attorney

Date signed   11/30/2023
              MM / DD / YYYY