# Exhibit 1

## Invoice: GCS/Q5-011



Goldstein Consulting Services, LLC
9177494259
4445 Post Road, Apt. 4J
Bronx  10471

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Rebecca Wanta<br>Q5ID<br>6799 NE Bennett St<br>Hillsboro, OR  97124 | 2022-08-01<br><br>**Due Date**<br>2022-08-08 | Q5-011 | $17,570.00 |

| Description | Rate | Qty | Line Total |
|---|---:|---:|---:|
|  | $0.00 | 1 | $0.00 |
| Development Management Services<br>July 18-29 | $25,000.00 | 1 | $25,000.00 |
| Living Expense | $2,570.00 | 1 | $2,570.00 |

|  |  |
|---:|---:|
| Subtotal | 27,570.00 |
| Tax | 0.00 |
| Total | 27,570.00 |
| Amount Paid | 10,000.00 |
| **Amount Due (USD)** | **$17,570.00** |

# Approval: GCS/Q5-011

| | |
|---|---|
| Subject: | FW: Goldstein Consulting Services, LLC sent you an invoice (Q5-011) |
| Date: | Thursday, August 11, 2022 at 15:02:45 Eastern Daylight Time |
| From: | Becky Wanta |
| To: | Ludmila Lantassova |
| Attachments: | ~WRD0000.jpg, image001.png |

Mila – I have reviewed – Approved for processing and payment – Thanks, Becky



Becky Wanta
CIO & CTO Q5id
480-205-7229
rwanta@q5id.com

Please consider the environment before prin4ng this email.
**Statement of Confid n4ality**: The contents of this e-mail message and any a>achments are confiden4al and are intended solely for the addressee. The informa4on is that of Q5id and may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduc4on or dissemina4on o this transmission is strictly prohibited. If you are not the intended recipient, please immediately no4fy the sender by reply e-mail or call me at: XXX.XXX.XXXX. As well, please delete this message and its a>achments, if any.

**From:** Goldstein Consulting Services, LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Thursday, August 11, 2022 11:56 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** Goldstein Consulting Services, LLC sent you an invoice (Q5-011)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Goldstein Consulting Services, LLC sent you an invoice (Q5-011) for

$27,570.00 that's due on August 8, 2022

## Bill.com: GCS/Q5-011



## FreshBooks History: GCS/Q5-011

< Invoices

**Invoice Q5-011**

**Overdue** This invoice is 2 years overdue.

- You created this invoice. Aug 1, 2022
- You sent this invoice by email to Rebecca Wanta for $27,570.00. Aug 1, 2022
- This invoice became overdue. Aug 9, 2022

KG  You Aug 10, 2022
just re-sending so you can see this

- Rebecca Wanta viewed this invoice. Aug 10, 2022
- Rebecca Wanta viewed this invoice. Aug 10, 2022
- An automatic payment reminder was sent. Aug 11, 2022

