# Exhibit 2

## Invoice: GCS/Q5-012



Goldstein Consulting Services, LLC
9177494259
4445 Post Road, Apt. 4J
Bronx  10471

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Rebecca Wanta<br>Q5ID<br>6799 NE Bennett St<br>Hillsboro, OR  97124 | 2022-08-12<br><br>**Due Date**<br>2022-08-19 | Q5-012 | $26,250.00 |

| Description | Rate | Qty | Line Total |
|---|---:|---:|---:|
| Development Management Services | $25,000.00 | 1 | $25,000.00 |
| Driving expense | $1,250.00 | 1 | $1,250.00 |

|  |  |
|---:|---:|
| Subtotal | 26,250.00 |
| Tax | 0.00 |
| Total | 26,250.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$26,250.00** |

Back To Top

## Approval: GCS/Q5-012

**Subject:** Fwd: Reminder: Invoice (Q5-012) from Goldstein Consulting Services, LLC is overdue
**Date:** Monday, August 22, 2022 at 11:04:51 Eastern Daylight Time
**From:** Becky Wanta
**To:** Ludmila Lantassova

Mila. I have reviewed. Approved for processing & payment. Thank you, Becky

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

**From:** Goldstein Consulting Services, LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Sunday, August 21, 2022 11:22:54 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** Reminder: Invoice (Q5-012) from Goldstein Consulting Services, LLC is overdue

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Your payment of **$26,250.00** for invoice (Q5-012) from **Goldstein Consulting Services, LLC** is **now 3 days overdue**

View Invoice



Create invoices, track expenses and collaborate on projects with FreshBooks. Get Started

8

## Bill.com: GCS/Q5-012



Back To Top

# FreshBooks History: GCS/Q5-012



**Invoice Q5-012**  More Actions

**Overdue** This invoice is 1 year overdue.

- You created this invoice. Aug 15, 2022
- You sent this invoice by email to Rebecca Wanta for $26,250.00. Aug 15, 2022
- **KG** You Aug 15, 2022
  Goldstein Consulting Services, LLC sent you an invoice (Q5-012) for $26,250.00 that's due on August 19, 2022
- Rebecca Wanta viewed this invoice. Aug 15, 2022
- Rebecca Wanta viewed this invoice. Aug 15, 2022
- Rebecca Wanta viewed this invoice. Aug 15, 2022
- Rebecca Wanta viewed this invoice. Aug 15, 2022

**Overdue** This invoice is 1 year overdue.

- Rebecca Wanta viewed this invoice. Aug 15, 2022
- Rebecca Wanta viewed this invoice. Aug 15, 2022
- Rebecca Wanta viewed this invoice. Aug 15, 2022
- Rebecca Wanta viewed this invoice. Aug 15, 2022
- This invoice became overdue. Aug 20, 2022
- An automatic payment reminder was sent. Aug 22, 2022
- Rebecca Wanta viewed this invoice. Aug 22, 2022