# Exhibit 4

### Invoice: GCS/Q5-015



Goldstein Consulting Services, LLC
9177494259
4445 Post Road, Apt. 4J
Bronx  10471

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Rebecca Wanta<br>Q5ID<br>6799 NE Bennett St<br>Hillsboro, OR  97124 | 2022-09-16<br><br>**Due Date**<br>2022-09-23 | Q5-015 | $18,750.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Development Management Services<br>Sep 1 - Sep 16 | $18,750.00 | 1 | $18,750.00 |

|  |  |
|---|---|
| Subtotal | 18,750.00 |
| Tax | 0.00 |
| Total | 18,750.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$18,750.00** |

Back To Top

# Approval: GCS/Q5-015

**Subject:** Fwd: Goldstein Consulting Services, LLC sent you an invoice (Q5-015)
**Date:** Monday, September 26, 2022 at 14:55:01 Eastern Daylight Time
**From:** Becky Wanta
**To:** Kellie Kaplon

Kellie. Fyi. Becky

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

---

**From:** Becky Wanta <rwanta@q5id.com>
**Sent:** Monday, September 26, 2022, 11:44 AM
**To:** Ludmila Lantassova <llantassova@q5id.com>
**Subject:** Fwd: Goldstein Consulting Services, LLC sent you an invoice (Q5-015)

Mila. Approved for processing and payment. Thanks, Becky

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

---

**From:** Goldstein Consulting Services, LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Monday, September 26, 2022 10:50:38 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** Goldstein Consulting Services, LLC sent you an invoice (Q5-015)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Goldstein Consulting Services, LLC sent you an invoice (Q5-015) for

17

Back To Top

# Bill.com: GCS/Q5-015



## FreshBooks History: GCS/Q5-15




**Invoice Q5-015**                                                           More

**Overdue**   This invoice is 1 year overdue.

(KG) You Sep 26, 2022
Goldstein Consulting Services, LLC sent you an invoice (Q5-015) for $8,750.00 that's due on October 3, 2022

- You sent this invoice by email to Rebecca Wanta for $18,750.00. Sep 26, 2022
- Rebecca Wanta viewed this invoice. Sep 26, 2022
- Rebecca Wanta viewed this invoice. Sep 26, 2022
- An automatic payment reminder was sent. Sep 26, 2022
- Rebecca Wanta viewed this invoice. Sep 29, 2022
- Rebecca Wanta viewed this invoice. Sep 29, 2022