# Exhibit 5

### Invoice: GCS/Q5-016



Goldstein Consulting Services, LLC
9177494259
4445 Post Road, Apt. 4J
Bronx  10471

**Billed To**
Rebecca Wanta
Q5ID
6799 NE Bennett St
Hillsboro, OR  97124

**Date of Issue**
2022-10-01

**Due Date**
2022-10-08

**Invoice Number**
Q5-016

**Amount Due (USD)**
$18,750.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
|  | $0.00 | 1 | $0.00 |
| Development Management Services<br>Sept 19 - Sept 30 | $18,750.00 | 1 | $18,750.00 |

|  |  |
|---|---|
| Subtotal | 18,750.00 |
| Tax | 0.00 |
| Total | 18,750.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $18,750.00 |

Back To Top

# Approval: GCS/Q5-016

| | |
|---|---|
| **Subject:** | Fwd: Goldstein Consulting Services, LLC sent you an invoice (Q5-016) |
| **Date:** | Wednesday, October 5, 2022 at 10:07:33 Eastern Daylight Time |
| **From:** | Becky Wanta |
| **To:** | Ludmila Lantassova |
| **CC:** | Kellie Kaplon |

Mila. I have reviewed and approved for processing & payment. Thanks, Becky

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

**From:** Goldstein Consulting Services, LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Tuesday, October 4, 2022 10:53:06 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** Goldstein Consulting Services, LLC sent you an invoice (Q5-016)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Goldstein Consulting Services, LLC sent you an invoice (Q5-016) for $18,750.00 that's due on October 8, 2022

View Invoice

## Bill.com: GCS/Q5-016



# FreshBooks History: GCS/Q5-016



