# Exhibit 6

## Invoice: GCS/Q5-017



Goldstein Consulting Services, LLC
9177494259
4445 Post Road, Apt. 4J
Bronx 10471

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Rebecca Wanta<br>Q5ID<br>6799 NE Bennett St<br>Hillsboro, OR 97124 | 2022-10-14<br><br>**Due Date**<br>2022-10-21 | Q5-017 | **$3,750.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Development Management Services<br>Oct. 3 - Oct. 14 | $18,750.00 | 1 | $18,750.00 |

| | |
|---:|---:|
| Subtotal | 18,750.00 |
| Tax | 0.00 |
| Total | 18,750.00 |
| Amount Paid | 15,000.00 |
| **Amount Due (USD)** | **$3,750.00** |

## Approval: GCS/Q5-017

**Subject:** FW: Reminder: Invoice (Q5-017) from Goldstein Consulting Services, LLC is overdue
**Date:** Monday, October 24, 2022 at 12:58:52 Eastern Daylight Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**Attachments:** ~WRD0001.jpg

Mila – I have reviewed. Approved for processing and payment - Becky

**From:** Goldstein Consulting Services, LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Sunday, October 23, 2022 11:16 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** Reminder: Invoice (Q5-017) from Goldstein Consulting Services, LLC is overdue

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your payment of **$18,750.00** for invoice (Q5-017) from **Goldstein Consulting Services, LLC** is **now 3 days overdue**

View Invoice

Back To Top

## Bill.com: GCS/Q5-017



# FreshBooks History: GCS/Q5-017



## Invoice Q5-017

**Overdue** This invoice is 1 year overdue.

- Rebecca Wanta viewed this invoice. Oct 19, 2022
- Rebecca Wanta viewed this invoice. Oct 19, 2022
- Rebecca Wanta viewed this invoice. Oct 19, 2022
- Rebecca Wanta viewed this invoice. Oct 19, 2022
- This invoice became overdue. Oct 22, 2022
- An automatic payment reminder was sent. Oct 24, 2022
- You added a partial payment of $15,000.00. Nov 1, 2022