# Exhibit 7

## Invoice: GCS/Q5-018



Goldstein Consulting Services, LLC
9177494259
4445 Post Road, Apt. 4J
Bronx  10471

**Billed To**
Rebecca Wanta
Q5ID
6799 NE Bennett St
Hillsboro, OR  97124

**Date of Issue**
2022-11-01

**Due Date**
2022-11-08

**Invoice Number**
Q5-018

**Amount Due (USD)**
$18,750.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Development Management Services<br>Oct 17 - Oct 28 | $18,750.00 | 1 | $18,750.00 |

| | | |
|---|---|---|
| | Subtotal | 18,750.00 |
| | Tax | 0.00 |
| | Total | 18,750.00 |
| | Amount Paid | 0.00 |
| | **Amount Due (USD)** | **$18,750.00** |

## Approval: GCS/Q5-018

**Subject:** FW: Reminder: Invoice (Q5-018) from Goldstein Consulting Services, LLC is overdue
**Date:** Friday, November 11, 2022 at 14:11:55 Eastern Standard Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**Attachments:** ~WRD0003.jpg

Mila – Reviewed and approved for processing and payment - Becky

**From:** Goldstein Consulting Services, LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Thursday, November 10, 2022 10:16 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** Reminder: Invoice (Q5-018) from Goldstein Consulting Services, LLC is overdue

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your payment of **$18,750.00** for invoice (Q5-018) from **Goldstein Consulting Services, LLC** is **now 3 days overdue**

View Invoice

## Bill.com: GCS/Q5-018



# FreshBooks History: GCS/Q5-018



