# Exhibit 8

Invoice: Rearc/Q5id003



**Rearc LLC**  **INVOICE**

P.O. Box556  
Crosswicks, New Jersey, 08515

Invoice #Q5id003  
Date:07/01/2022

**Payment Information:**  
Bank of America  
Account Number: 381042410733  
Account Type: Business Checking  
Routing Number: 021200339 (paper & electronic)  
Routing Number: 026009593 (wires)

**TO:**  
Q5id  
6799 NE Bennett St.  
Hillsboro,  
OR 97124  
United States

| DESCRIPTION | AMOUNT |
|---|---|
| Cloud Automation Services under SOW#1. Time period - June 2022 | |
| Architect (3 days * $1900) - Hunter Grubbs | $5,700.00 |
| Architect (19 days * $1520) - Hunter Grubbs | $28,880.00 |
| Engineer (22 days * $1330) - Sam Babaiantis | $29,260.00 |
| Engineer (22 days * $1330) - Jonathan Frederick | $29,260.00 |
| Engineer (22 days * $1330) - Michael Simon | $29,260.00 |
| Engineer (22 days * $1330) - Ely Erin Haughie | $29,260.00 |
| | $151,620.00 |

Rearc LLC, P.O. Box 556, Crosswicks, New Jersey 08515  
Phone: 1-888-REARC-20  
www.rearc.io

## Approval: Rearc/Q5id003

| | |
|---|---|
| **Subject:** | RE: Rearc LLC pending Invoice |
| **Date:** | Monday, August 15, 2022 at 15:02:46 Eastern Daylight Time |
| **From:** | Becky Wanta |
| **To:** | Elena Eastwood, Steve Larson |
| **CC:** | David Levy |
| **Attachments:** | image001.png |

Steve – We have to get the June Rearc invoice paid. Thanks, Becky



Becky Wanta
CIO & CTO Q5id
480-205-7229
rwanta@q5id.com

Please consider the environment before prin4ng this email.
**Statement of Confid n4ality**: The contents of this e-mail message and any a>achments are confiden4al and are intended solely for the addressee. The informa4on is that of Q5id and may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduc4on or dissemina4on of this transmission is strictly prohibited. If you are not the intended recipient, please immediately no4fy the sender by reply e-mail or call me at: XXX.XXX.XXXX.  As well, please delete this message and its a>achments, if any.

**From:** Elena Eastwood <eeastwood@q5id.com>
**Sent:** Monday, August 15, 2022 11:38 AM
**To:** Steve Larson <slarson@q5id.com>
**Cc:** Becky Wanta <rwanta@q5id.com>
**Subject:** FW: Rearc LLC pending Invoice

Hi Steve,

REARC has been emailing AccounVng almost every day.
They are asking to pay June invoice of $151,620. Please let me know if you give your approval to pay it.


Sincerely,



Elena Eastwood
Controller, Q5id
503.954-5489 Cell
eeastwood@q5id.com

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Sent:** Thursday, August 11, 2022 8:31 AM
**To:** Elena Eastwood <eeastwood@q5id.com>
**Subject:** FW: Rearc LLC pending Invoice

Hi Elena,

Please let Steve know that we have been contacted by Rearc mulVple Vmes since the due date of this past due invoice (see below). The billing is for June 2022 services (5 Rearc engineers), and shortly we

should expect July invoice from them.

Thank you,
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com

**From:** Palak Ghael <palak.ghael@rearc.io>
**Sent:** Thursday, August 11, 2022 6:40 AM
**To:** Ludmila Lantassova <llantassova@q5id.com>
**Cc:** Mahesh Varma <mahesh.varma@rearc.io>; Milin Patel <milin.patel@rearc.io>
**Subject:** Rearc LLC pending Invoice

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mila,

I wanted to follow up on a pending invoice mentioned below and see if there's anything you can do to process it right away.

| Invoice Number | Time Period | Project Name | SOW Number | Invoice Date | Due Date | Amount |
|---|---|---|---|---|---|---|
| Q5iD003 | June-22 | Cloud Automation | SOW#1 | 07-01-2022 | 08-01-2022 | $151,620.00 |

Thanks,

**Palak A. Ghael**
pronouns: she/her/hers



https://www.rearc.io