# Exhibit 9

## Invoice: Rearc/Q5id004



**Rearc LLC**       **INVOICE**

P.O. Box556  
Crosswicks, New Jersey, 08515

Invoice #Q5id004  
Date:08/01/2022

**Payment Information:**  
Bank of America  
Account Number: 381042410733  
Account Type: Business Checking  
Routing Number: 021200339 (paper & electronic)  
Routing Number: 026009593 (wires)

**TO:**  
Q5id  
6799 NE Bennett St.  
Hillsboro,  
OR 97124  
United States

| DESCRIPTION | AMOUNT |
|---|---|
| Cloud Automation Services under SOW#1. Time period - July 2022 | |
| Architect (17 days * $1520) - Hunter Grubbs | $25,840.00 |
| Engineer (20 days * $1330) - Sam Babaiantis | $26,600.00 |
| Engineer (20 days * $1330) - Jonathan Frederick | $26,600.00 |
| Engineer (20 days * $1330) - Michael Simon | $26,600.00 |
| Engineer (20 days * $1330) - Ely Erin Haughie | $26,600.00 |
| | $132,240.00 |

Rearc LLC, P.O. Box 556, Crosswicks, New Jersey 08515  
Phone: 1-888-REARC-20  
www.rearc.io

# Approval: Rearc/Q5id004

| | |
|---|---|
| **Subject:** | Re: Invoice Approval: Rearc - InvoiceQ5id004 |
| **Date:** | Monday, August 22, 2022 at 11:45:56 Eastern Daylight Time |
| **From:** | David Levy |
| **To:** | Ludmila Lantassova |
| **CC:** | Becky Wanta |
| **Attachments:** | image001.png |

Hi Mila,

Coincidentally, I was just reviewing this and was on the phone with Rearc to confirm one detail. This is approved.

Regards,

-David

---

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Date:** Monday, August 22, 2022 at 11:36 AM
**To:** David Levy <dlevy@q5id.com>
**Cc:** Becky Wanta <rwanta@q5id.com>
**Subject:** FW: Invoice Approval: Rearc - InvoiceQ5id004

Hello,

Following up on my approval request as I haven't heard back from you yet.
Please review the aYached invoice and let me know if it is approved.

Thank you,
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com

---

**From:** Ludmila Lantassova
**Sent:** Tuesday, August 16, 2022 10:26 AM
**To:** David Levy <dlevy@q5id.com>
**Cc:** Becky Wanta <rwanta@q5id.com>
**Subject:** Invoice Approval: Rearc - InvoiceQ5id004

Good morning David,

AYached is Rearc invoice for your review as it has been requested by Becky that I send Rearc invoices to you for review prior to ge[ng her approval.

[Back To Top](#)

Please let me know if you can confirm that the billing ( July 2022 – aYached is a revised invoice) is correct.

Thank you,
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com