# Exhibit 10

Invoice: Rearc/Q5id005



**Rearc LLC**      **INVOICE**

P.O. Box556
Crosswicks, New Jersey, 08515

Invoice #Q5id005
Date:09/01/2022

**Payment Information:**
Bank of America
Account Number: 381042410733
Account Type: Business Checking
Routing Number: 021200339 (paper & electronic)
Routing Number: 026009593 (wires)

**TO:**
Q5id
6799 NE Bennett St.
Hillsboro,
OR 97124
United States

| DESCRIPTION | AMOUNT |
|---|---|
| Cloud Automation Services under SOW#1. Time period - August 2022 | |
| Architect (20 days * $1520) - Hunter Grubbs | $30,400.00 |
| Engineer (23 days * $1330) - Sam Babaiantis | $30,590.00 |
| Engineer (16 days * $1330) - Jonathan Frederick | $21,280.00 |
| Engineer (19 days * $1330) - Michael Simon | $25,270.00 |
| Engineer (22 days * $1330) - Ely Erin Haughie | $29,260.00 |
| | $136,800.00 |

Rearc LLC, P.O. Box 556, Crosswicks, New Jersey 08515
Phone: 1-888-REARC-20
www.rearc.io

# Approval: Rearc/Q5id005

| | |
|---|---|
| Subject: | Re: Invoice Approval: Rearc - Q5id005 |
| Date: | Monday, September 19, 2022 at 11:09:24 Eastern Daylight Time |
| From: | Becky Wanta |
| To: | Ludmila Lantassova, David Levy |
| Attachments: | image001.png |

Mila. I have reviewed the invoice. Approved for processing and payment. Thx, Becky

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

---

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Sent:** Wednesday, September 14, 2022 8:15:11 AM
**To:** David Levy <dlevy@q5id.com>
**Cc:** Becky Wanta <rwanta@q5id.com>
**Subject:** Invoice Approval: Rearc - Q5id005

Good morning David,

Please review the aUached Rearc invoice and let me know if you can confirm that the billing for August hours is correct.

Thank you,
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com