# Exhibit 12

Invoice: Rearc/Q5id007



**Rearc LLC**  **INVOICE**

1216 Broadway, New York, NY 10001

Invoice #Q5id007
Date:11/01/2022

**Payment Information:**
Bank of America
Account Number: 381042410733
Account Type: Business Checking
Routing Number: 021200339 (paper & electronic)
Routing Number: 026009593 (wires)

**TO:**
Q5id
6799 NE Bennett St.
Hillsboro,
OR 97124
United States

| DESCRIPTION | AMOUNT |
|---|---|
| Cloud Automation Services under SOW#1. Time period - October 2022 Engineer (21 days * $1330) - Sam Babaiantis | $27,930.00 |
| Engineer (17 days * $1330) - Michael Simon | $22,610.00 |
|  | $50,540.00 |

Rearc LLC,1216 Broadway, New York, NY 10001
Phone: 1-888-REARC-20
www.rearc.io

## Approval: Rearc/Q5id007

**Subject:** FW: Rearc - Q5id Cloud Automation - September 2022 Invoice - SOW#1
**Date:** Tuesday, October 11, 2022 at 11:20:43 Eastern Daylight Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**CC:** David Levy
**Attachments:** Rearc-Q5id-Invoice006-September2022.pdf, ~WRD0001.jpg, image001.png

Mila – Reviewed and approved for processing and payment – Thank you - Becky



Becky Wanta
Global CIO & CTO Q5id
480-205-7229
rwanta@q5id.com

---

**From:** Palak Ghael <palak.ghael@rearc.io>
**Sent:** Tuesday, October 11, 2022 8:17 AM
**To:** Accounting Distro <accounting@q5id.com>; Becky Wanta <rwanta@q5id.com>; David Levy <dlevy@q5id.com>
**Cc:** Mahesh Varma <mahesh.varma@rearc.io>; Milin Patel <milin.patel@rearc.io>
**Subject:** Rearc - Q5id Cloud Automation - September 2022 Invoice - SOW#1

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Please find the attached invoice for SOW#1, for the time period September 2022.

Please feel free to contact me in case of any queries or doubts.

Thanks,

**Palak A. Ghael**
pronouns: she/her/hers

https://www.rearc.io