# Exhibit 13

Invoice: Rearc/Q5id008



**Rearc LLC**  **INVOICE**

1216 Broadway, New York, NY 10001

Invoice #Q5id008
Date:12/01/2022

**Payment Information:**
Bank of America
Account Number: 381042410733
Account Type: Business Checking
Routing Number: 021200339 (paper & electronic)
Routing Number: 026009593 (wires)

**TO:**
Q5id
6799 NE Bennett St.
Hillsboro,
OR 97124
United States

| DESCRIPTION | AMOUNT |
|---|---|
| Cloud Automation Services under SOW#1. Time period - November 2022 | |
| Engineer (21 days * $1330) - Sam Babaiantis | $27,930.00 |
| Engineer (20 days * $1330) - Michael Simon | $26,600.00 |
| | $54,530.00 |

Rearc LLC,1216 Broadway, New York, NY 10001
Phone: 1-888-REARC-20
www.rearc.io

## Approval: Rearc/Q5id008

**Subject:** RE: Invoice Approval: Rearc - Q5id008
**Date:** Tuesday, January 3, 2023 at 14:37:08 Eastern Standard Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**CC:** David Levy, Steph Nolte
**Attachments:** image002.png, image003.png

Mila – Reviewed and approved for processing and payment – We will be working directly with all our vendors on a standstill plan which will include a proposed payment plan to get these outstanding balances successfully resolved – Thanks, Becky



Becky Wanta
COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Sent:** Tuesday, January 3, 2023 11:34 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** David Levy <dlevy@q5id.com>
**Subject:** FW: Invoice Approval: Rearc - Q5id008

Good morning,

This email is to follow up on my message sent on December 28 as I haven't heard from you yet.
Please review the attached invoice and let me know if it is approved for processing.

Our accounting records indicate that Rearc contract term was extended until November 31, 2022. Please let me know if there has been another extension for this vendor.

Thank you for your time.
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com

**From:** Ludmila Lantassova
**Sent:** Wednesday, December 28, 2022 8:34 AM

**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** David Levy <dlevy@q5id.com>
**Subject:** Invoice Approval: Rearc - Q5id008

Good morning,

Please review the attached invoice received from Rearc team and let me know if the billing is correct and approved for processing. The billing is for the last month services (2 engineers: Sam Babaiantis and Michel Simon).

Additionally, our accounting records indicate that Rearc contract term was extended until November 31, 2022. Please let me know if there has been another extension for this vendor.

Thank you for your time.
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com