# Exhibit 14

## Invoice: Xmogrify/0000045



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
08/12/2022

**Due Date**
08/27/2022

**Invoice Number**
0000045

**Amount Due (USD)**
$27,461.37

| Description | Rate | Qty | Line Total |
|---|---:|---:|---:|
| Time<br>(SOW 1) David Levy – Aug 1, 2022 - Aug 12, 2022 | $255.00 | 92.0833 | $23,481.24 |
| Delta Air Lines (SOW 1)<br>Aug 1, 2022 - Flight: JFK <-> PDX | $772.20 | 1 | $772.20 |
| Delta Air Lines (SOW 1)<br>Aug 8, 2022 - In-Flight Internet Access | $5.00 | 1 | $5.00 |
| Uber (SOW 1)<br>Aug 8, 2022 - Taxi: Home -> JFK Airport | $105.19 | 1 | $105.19 |
| Uber (SOW 1)<br>Aug 8, 2022 - Taxi: PDX Airport -> Hotel | $135.08 | 1 | $135.08 |
| Lyft (SOW 1)<br>Aug 9, 2022 - Taxi: Hotel -> Q5id | $18.65 | 1 | $18.65 |
| Longbottom Coffee and Tea (SOW 1)<br>Aug 9, 2022 - Lunch: David Levy, Kevin Goldstein | $29.30 | 1 | $29.30 |
| Mr Bento Burger OS (SOW 1)<br>Aug 11, 2022 | $18.45 | 1 | $18.45 |
| Uber (SOW 1)<br>Aug 12, 2022 - Taxi: Hotel -> PDX Airport | $81.37 | 1 | $81.37 |
| SpringHill Suites (SOW 1)<br>Aug 12, 2022 - Hotel | $1,085.08 | 1 | $1,085.08 |
| Delta Air Lines (SOW 1)<br>Aug 12, 2022 - Flight: JFK <-> PDX | $617.20 | 1 | $617.20 |
| Delta Air Lines (SOW 1)<br>Aug 12, 2022 - In-Flight Internet Access | $5.00 | 1 | $5.00 |
| Uber (SOW 1)<br>Aug 12, 2022 - Taxi: JFK Airport -> Home | $170.41 | 1 | $170.41 |
| Delta Air Lines (SOW 1)<br>Aug 12, 2022 - Flight: HPN <-> JAN | $937.20 | 1 | $937.20 |

| | |
|---:|---:|
| Subtotal | 27,461.37 |
| Tax | 0.00 |
| Total | 27,461.37 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $27,461.37 |

# Approval: Xmogrify/0000045

Monday, February 19, 2024 at 17:56:06 Eastern Standard Time

**Subject:** Fwd: XMOGRIFY LLC sent you an invoice (0000045)
**Date:** Saturday, August 13, 2022 at 11:48:01 Eastern Daylight Time
**From:** Becky Wanta
**To:** Ludmila Lantassova

Mila. I have reviewed. Approved for processing and payment. Need to get the July invoices paid. Thx Becky

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

**From:** XMOGRIFY LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Friday, August 12, 2022 10:07:18 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** XMOGRIFY LLC sent you an invoice (0000045)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

XMOGRIFY LLC sent you an invoice (0000045) for $27,461.37 that's due on August 27, 2022

View Invoice

Create invoices, track expenses and collaborate on projects with FreshBooks. Get Started.

1 of 2

52

Back To Top

## Bill.com: Xmogrify/0000045



## FreshBooks History: Xmogrify/0000045



Back To Top



55