# Exhibit 15

## Invoice: Xmogrify/Q5id-00047



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
08/26/2022

**Due Date**
09/09/2022

**Invoice Number**
Q5id-00047

**Amount Due (USD)**
$14,362.11

| Description | Rate | Qty | Line Total |
|---|---:|---:|---:|
| Time<br>(SOW 1) David Levy – Aug 14, 2022 - Aug 26, 2022 | $255.00 | 98.3833 | $25,087.74 |
| Delta Air Lines (SOW 1)<br>Aug 22, 2022 - In-Flight Internet Access | $5.00 | 1 | $5.00 |
| Uber (SOW 1)<br>Aug 22, 2022 - Taxi: PDX Airport -> Hotel | $100.32 | 1 | $100.32 |
| Uber (SOW 1)<br>Aug 22, 2022 - Taxi: Home -> JFK Airport | $90.09 | 1 | $90.09 |
| Sprigs Grille (SOW 1)<br>Aug 23, 2022 - Dinner | $24.10 | 1 | $24.10 |
| Uber (SOW 1)<br>Aug 23, 2022 - Taxi: Hotel -> Q5id | $12.55 | 1 | $12.55 |
| Longbottom Coffee and Tea (SOW 1)<br>Aug 24, 2022 - Lunch: David Levy, Dave Morgan, Colin Dabritz | $30.45 | 1 | $30.45 |
| Uber (SOW 1)<br>Aug 24, 2022 - Taxi: Hotel -> Q5id | $12.86 | 1 | $12.86 |
| Delta Air Lines (SOW 1)<br>Aug 26, 2022 - In-Flight Internet Access | $5.00 | 1 | $5.00 |
| Embassy Suites (SOW 1)<br>Aug 26, 2022 - Hotel | $1,246.00 | 1 | $1,246.00 |
| Uber (SOW 1)<br>Aug 26, 2022 - Taxi: Hotel -> PDX Airport | $77.82 | 1 | $77.82 |
| Uber (SOW 1)<br>Aug 26, 2022 - Taxi: JFK Airport -> Home | $170.56 | 1 | $170.56 |

| | |
|---:|---:|
| Subtotal | 26,862.49 |
| Tax | 0.00 |
| Total | 26,862.49 |
| Amount Paid | 12,500.38 |
| **Amount Due (USD)** | **$14,362.11** |

## Aging Account Payable, Excerpt: Xmogrify/Q5id-00047

**Q5id, Inc.**
**A/P Aging Detail**
As of January 13, 2023

| | Date | Transaction Type | Num | Vendor | Due Date | Past Due | Amount | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **91 or more days past due** | | | | | | | | |
| | 08/26/2022 | Bill | Q5id-00047 | XMOGRIFY LLC | 09/09/2022 | 126 | 26,862.49 | 26,862.49 |

## Bill.com: Xmogrify/Q5id-00047



## FreshBooks History: Xmogrify/Q5id-00047



