# Exhibit 16

## Inovice: : Xmogrify/Q5id-00049



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
09/23/2022

**Due Date**
10/08/2022

**Invoice Number**
Q5id-00049

**Amount Due (USD)**
$26,216.24

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Sep 12, 2022 - Sep 23, 2022 | $255.00 | 96.1833 | $24,526.74 |
| Uber (SOW 1)<br>Sep 12, 2022 - Taxi: Home -> JFK Airport | $106.88 | 1 | $106.88 |
| Uber (SOW 1)<br>Sep 12, 2022 - Taxi: PDX Airport -> Hotel | $113.00 | 1 | $113.00 |
| Delta Air Lines (SOW 1)<br>Sep 12, 2022 - In-Flight Internet Access | $5.00 | 1 | $5.00 |
| Longbottom Coffee and Tea (SOW 1)<br>Sep 13, 2022 - Lunch: Kevin Goldstein, David Levy | $17.95 | 1 | $17.95 |
| Mr Bento Burger OS (SOW 1)<br>Sep 15, 2022 - Dinner | $18.45 | 1 | $18.45 |
| Delta Air Lines (SOW 1)<br>Sep 16, 2022 - In-Flight Internet Access | $5.00 | 1 | $5.00 |
| Uber (SOW 1)<br>Sep 16, 2022 - Taxi: JFK Airport -> Home | $163.66 | 1 | $163.66 |
| Uber (SOW 1)<br>Sep 16, 2022 - Taxi: Hotel -> PDX Airport | $83.68 | 1 | $83.68 |
| SpringHill Suites (SOW 1)<br>Sep 16, 2022 - Hotel | $1,175.88 | 1 | $1,175.88 |

| | |
|---|---|
| Subtotal | 26,216.24 |
| Tax | 0.00 |
| Total | 26,216.24 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $26,216.24 |

# Approval: Xmogrify/Q5id-00049

**Subject:** Fwd: XMOGRIFY LLC sent you an updated invoice (Q5id-00049)
**Date:** Monday, September 26, 2022 at 17:46:02 Eastern Daylight Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**Attachments:** invoice_Q5id-00049.pdf

Mila – I have reviewed – Approved for processing and payment- Thanks, Becky

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

**From:** XMOGRIFY LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Monday, September 26, 2022 8:44:59 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** XMOGRIFY LLC sent you an updated invoice (Q5id-00049)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



XMOGRIFY LLC sent you an updated invoice (Q5id-00049) for $26,216.24 that's due on October 8, 2022. Re-issuing for missing time entry due to software error.

View Invoice

Powered by FreshBooks

Create invoices, track expenses and collaborate on projects with FreshBooks. Get Started.

Back To Top

## Bill.com: Xmogrify/Q5id-00049



FreshBooks History: Xmogrify/Q5id-00049



9

Back To Top

