# Exhibit 17

## Invoice: Xmogrify/Q5id-00050



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
10/07/2022

**Due Date**
10/22/2022

**Invoice Number**
Q5id-00050

**Amount Due (USD)**
$24,089.01

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Sep 25, 2022 - Oct 7, 2022 | $255.00 | 94.4667 | $24,089.01 |

| | | |
|---|---|---|
| Subtotal | | 24,089.01 |
| Tax | | 0.00 |
| Total | | 24,089.01 |
| Amount Paid | | 0.00 |
| **Amount Due (USD)** | | **$24,089.01** |

# Approval: Xmogrify/Q5id-00050

**Subject:** FW: XMOGRIFY LLC sent you an invoice (Q5id-00050)
**Date:** Saturday, October 8, 2022 at 12:05:43 Eastern Daylight Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**Attachments:** invoice_Q5id-00050.pdf, ~WRD0000.jpg

Mila – I have reviewed – Approved for processing and payment - Becky

**From:** XMOGRIFY LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Friday, October 7, 2022 6:32 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** XMOGRIFY LLC sent you an invoice (Q5id-00050)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

XMOGRIFY LLC sent you an invoice (Q5id-00050) for $24,089.01 that's due on October 22, 2022

View Invoice

Back To Top

## Bill.com: Xmogrify/Q5id-00050



*Back To Top*

## FreshBooks History: Xmogrify/Q5id-00050

