# Exhibit 18

## Approval: Xmogrify/Q5id-00051



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
10/21/2022

**Due Date**
11/05/2022

**Invoice Number**
Q5id-00051

**Amount Due (USD)**
$26,658.21

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Oct 9, 2022 - Oct 21, 2022 | $255.00 | 102.8667 | $26,231.01 |
| Delta Air Lines (SOW 1)<br>Oct 20, 2022 - Flight: JFK <-> PDX: $682.20 Total - $255 Q5id eCredit = $427.20. ($378.60 Personal eCredit, + $48.60 Paid with Amex Personal = $427.20). | $427.20 | 1 | $427.20 |

| | | |
|---|---|---|
| Subtotal | | 26,658.21 |
| Tax | | 0.00 |
| Total | | 26,658.21 |
| Amount Paid | | 0.00 |
| Amount Due (USD) | | $26,658.21 |

Back To Top

# Approval: Xmogrify/Q5id-00051

| | |
|---|---|
| **Subject:** | Fwd: XMOGRIFY LLC sent you an invoice (Q5id-00051) |
| **Date:** | Saturday, October 22, 2022 at 02:17:41 Eastern Daylight Time |
| **From:** | Becky Wanta |
| **To:** | Ludmila Lantassova |
| **Attachments:** | invoice_Q5id-00051.pdf |

Mila. I have reviewed. Approved for processing & payment. Thx, Becky

Sent via the Samsung Galaxy Note10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

---

**From:** XMOGRIFY LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Friday, October 21, 2022 9:05:23 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** XMOGRIFY LLC sent you an invoice (Q5id-00051)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



XMOGRIFY LLC sent you an invoice (Q5id-00051) for $26,658.21 that's due on November 5, 2022

[View Invoice]

Powered by FreshBooks

Create invoices, track expenses and collaborate on projects with FreshBooks. Get Started.

## Bill.com: GCS/Q5-00051



Back To Top

## FreshBooks History: Xmogrify/Q5id-00051

