# Exhibit 20

## Invoice: Xmogrify/Q5id-00054



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
12/02/2022

**Due Date**
12/17/2022

**Invoice Number**
Q5id-00054

**Amount Due (USD)**
$20,502.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Nov 20, 2022 - Dec 2, 2022 | $255.00 | 80.4 | $20,502.00 |

| | |
|---|---|
| Subtotal | 20,502.00 |
| Tax | 0.00 |
| Total | 20,502.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$20,502.00** |

# Approval: Xmogrify/Q5id-00054

**Subject:** RE: Invoice Approval: Xmogrify - Q5id-00054
**Date:** Monday, December 5, 2022 at 13:45:40 Eastern Standard Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**Attachments:** image001.png

Mila – Reviewed and approved for processing and payment when we receive additional funds – Thanks, Becky

---

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Sent:** Monday, December 5, 2022 8:35 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** Invoice Approval: Xmogrify - Q5id-00054

Good morning Becky,

Please review the attached invoice received from David and let me know if it is approved for processing.

Thank you,
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com

Back To Top

## Bill.com: Xmogrify/Q5-00054



Back To Top

## FreshBooks History: Xmogrify/Q5id-00054

