# Exhibit 21

## Invoice: Xmogrify/Q5id-00055



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
12/16/2022

**Due Date**
12/31/2022

**Invoice Number**
Q5id-00055

**Amount Due (USD)**
$24,522.51

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Dec 4, 2022 - Dec 16, 2022 | $255.00 | 96.1667 | $24,522.51 |

| | | |
|---|---|---|
| Subtotal | | 24,522.51 |
| Tax | | 0.00 |
| Total | | 24,522.51 |
| Amount Paid | | 0.00 |
| **Amount Due (USD)** | | **$24,522.51** |

# Approval: Xmogrify/Q5id-00055

**Subject:** FW: XMOGRIFY LLC sent you an invoice (Q5id-00055)
**Date:** Monday, December 19, 2022 at 10:59:45 Eastern Standard Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**Attachments:** ~WRD0000.jpg

Mila – Reviewed and approved for processing and payment. Thanks, Becky

**From:** XMOGRIFY LLC via FreshBooks <mail@H 02.freshbooks.com>
**Sent:** Saturday, December 17, 2022 5:46 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** XMOGRIFY LLC sent you an invoice (Q5id-00055)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

XMOGRIFY LLC sent you an invoice (Q5id-00055) for $24,522.51 that's due on December 31, 2022

View Invoice

## Bill.com: GCS/Q5id-00055



Back To Top

## FreshBooks History: Xmogrify/Q5id-00055



Back To Top

