# Exhibit 22

## Invoice: Xmogrify/Q5id-00056



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
12/30/2022

**Due Date**
01/14/2023

**Invoice Number**
Q5id-00056

**Amount Due (USD)**
$22,269.99

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time (SOW 1) David Levy – Dec 19, 2022 - Dec 30, 2022 | $255.00 | 87.3333 | $22,269.99 |

| | | |
|---|---|---|
| Subtotal | | 22,269.99 |
| Tax | | 0.00 |
| Total | | 22,269.99 |
| Amount Paid | | 0.00 |
| Amount Due (USD) | | $22,269.99 |

# Approval: Xmogrify/Q5id-00056

| | |
|---|---|
| **Subject:** | FW: XMOGRIFY LLC sent you an invoice (Q5id-00056) |
| **Date:** | Friday, December 30, 2022 at 23:15:41 Eastern Standard Time |
| **From:** | Becky Wanta |
| **To:** | Ludmila Lantassova |
| **Attachments:** | ~WRD0003.jpg, image001.png |

Mila – Reviewed and approved for processing and payment – Thank you – Becky



Becky Wanta
COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

**From:** XMOGRIFY LLC via FreshBooks <mail@U 02.freshbooks.com>
**Sent:** Friday, December 30, 2022 6:27 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** XMOGRIFY LLC sent you an invoice (Q5id-00056)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

XMOGRIFY LLC sent you an invoice (Q5id-00056) for $19,801.33 that's due on January 14, 2023. Please note this includes a credit of $2,468.66

## Bill.com: Xmogrify/Q5-00056



## FreshBooks History: Xmogrify/Q5id-00056



