# Exhibit 23

## Invoice: Xmogrify/Q5id-00058



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
01/17/2023

**Due Date**
02/01/2023

**Invoice Number**
Q5id-00058

**Amount Due (USD)**
$20,421.24

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Jan 2, 2023 - Jan 13, 2023 | $255.00 | 80.0833 | $20,421.24 |

| | | |
|---|---|---|
| | Subtotal | 20,421.24 |
| | Tax | 0.00 |
| | Total | 20,421.24 |
| | Amount Paid | 0.00 |
| | **Amount Due (USD)** | **$20,421.24** |

# Approval: Xmogrify/Q5id-00058

| | |
|---|---|
| **Subject:** | RE: Invoice Approval: Xmogrify - Q5id-00058 |
| **Date:** | Wednesday, January 18, 2023 at 13:56:39 Eastern Standard Time |
| **From:** | Becky Wanta |
| **To:** | Ludmila Lantassova |
| **CC:** | David Levy |
| **Attachments:** | image002.png, image003.png |

Mila – Reviewed and approved for processing and payment when we secure the funds. Thank you – Becky



Becky Wanta
COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

---

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Sent:** Wednesday, January 18, 2023 8:29 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** David Levy <dlevy@q5id.com>
**Subject:** Invoice Approval: Xmogrify - Q5id-00058

Good morning Becky,

Please review the attached invoice and let me know if it is approved for processing.

Thank you,
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com

## Bill.com: Xmogrify/Q5id-00058



Back To Top

## FreshBooks History: Xmogrify/Q5id-00058



Back To Top

