# Exhibit 24

## Invoice: Xmogrify/Q5id-00059



**XMOGRIFY LLC**
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
01/27/2023

**Due Date**
02/11/2023

**Invoice Number**
Q5id-00059

**Amount Due (USD)**
$22,983.99

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Jan 17, 2023 - Jan 27, 2023 | $255.00 | 90.1333 | $22,983.99 |

| | | |
|---|---|---|
| Subtotal | | 22,983.99 |
| Tax | | 0.00 |
| Total | | 22,983.99 |
| Amount Paid | | 0.00 |
| **Amount Due (USD)** | | **$22,983.99** |

# Approval: Xmogrify/Q5id-00059

**Subject:** RE: Invoice Approval: Xmogrify - Q5id-00059
**Date:** Sunday, January 29, 2023 at 14:56:10 Eastern Standard Time
**From:** Becky Wanta
**To:** Ludmila Lantassova
**CC:** David Levy
**Attachments:** image002.png, image003.png

Mila – Reviewed and approved for payment – Thanks, Becky



Becky Wanta
BOD, COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Sent:** Friday, January 27, 2023 4:50 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** David Levy <dlevy@q5id.com>
**Subject:** Invoice Approval: Xmogrify - Q5id-00059

Becky,

David's invoice is attached for your review and approval.

Thank you,
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com

Back To Top

## Bill.com: Xmogrify/Q5-00059



Back To Top

## FreshBooks History: Xmogrify/Q5id-00059

