# Exhibit 25

Invoice: Xmogrify/Q5id-00060



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
02/10/2023

**Due Date**
02/25/2023

**Invoice Number**
Q5id-00060

**Amount Due (USD)**
$23,289.99

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Jan 28, 2023 - Feb 10, 2023 | $255.00 | 91.3333 | $23,289.99 |

|  |  |
|---|---|
| Subtotal | 23,289.99 |
| Tax | 0.00 |
| Total | 23,289.99 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$23,289.99** |

## Approval: Xmogrify/Q5id-00060

| | |
|---|---|
| Subject: | FW: XMOGRIFY LLC sent you an invoice (Q5id-00060) |
| Date: | Monday, February 13, 2023 at 10:46:36 Eastern Standard Time |
| From: | Becky Wanta |
| To: | Ludmila Lantassova |
| CC: | David Levy |
| Attachments: | ~WRD0000.jpg, image001.png |

Mila – Reviewed and approved for processing and payment - Becky



Becky Wanta
BOD, COO & Global CIO/CTO Q5id
480-205-7229
rwanta@q5id.com

**From:** XMOGRIFY LLC via FreshBooks <mail@fb02.freshbooks.com>
**Sent:** Friday, February 10, 2023 8:17 PM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** XMOGRIFY LLC sent you an invoice (Q5id-00060)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

XMOGRIFY LLC sent you an invoice (Q5id-00060) for $23,289.99 that's due on February 25, 2023

## Bill.com: Xmogrify/Q5-00060



Back To Top

## FreshBooks History: Xmogrify/Q5id-00060

