## Exhibit 26

### Approval: Xmogrify/Q5id-00061



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

**Billed To**
Q5id
6799 NE Bennett St.
Hillsboro, Oregon
97124
United States

**Date of Issue**
02/24/2023

**Due Date**
03/11/2023

**Invoice Number**
Q5id-00061

**Amount Due (USD)**
$16,634.49

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time (SOW 1) David Levy – Feb 13, 2023 - Feb 24, 2023 | $255.00 | 65.2333 | $16,634.49 |

| | |
|---|---|
| Subtotal | 16,634.49 |
| Tax | 0.00 |
| Total | 16,634.49 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$16,634.49** |

# Approval: Xmogrify/Q5id-00061

**Subject:** FW: Invoice Approval: Xmogrify - Q5id-00061
**Date:** Monday, February 27, 2023 at 20:36:21 Eastern Standard Time
**From:** Kevin Goldstein
**To:** David Levy
**Attachments:** image001.png, image002.png

FYI,



Kevin A. Goldstein R.
VP of Software Development
917-749-4259 M
keving@q5id.com

This message contains confidential information and is intended only for the named individual. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this message in error and delete this e-message from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, delayed in transmission, incomplete, or may contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.

**From:** Kevin Goldstein <KevinG@q5id.com>
**Date:** Monday, February 27, 2023 at 20:36
**To:** Ludmila Lantassova <llantassova@q5id.com>
**Cc:** Accounting Distro <accounting@q5id.com>
**Subject:** Re: Invoice Approval: Xmogrify - Q5id-00061

Hi Ludmila,
Those hours look correct.
The invoice is approved,
Thanks!



Kevin A. Goldstein R.
VP of Software Development
917-749-4259 M
keving@q5id.com

This message contains confidential information and is intended only for the named individual. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this message in error and delete this e-message from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, delayed in transmission, incomplete, or may contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message

[Back To Top](#)

which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.

---

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Date:** Monday, February 27, 2023 at 13:38
**To:** Kevin Goldstein <KevinG@q5id.com>
**Cc:** Accounting Distro <accounting@q5id.com>
**Subject:** Invoice Approval: Xmogrify - Q5id-00061

Hello Kevin,

Since Becky resigned from her position at Q5id, I will be reaching out to you with my invoice approval requests related to Engineering department billing and expenses.
Please see David's invoice attached for your review. Please confirm that the billed hours are correct.

Thank you for your time,
Mila



Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com

## Bill.com: Xmogrify/Q5id-00061



Back To Top

## FreshBooks History: Xmogrify/Q5id-00061



[Back To Top](#)

