Back To Top

# Exhibit 27

## Approval: Xmogrify/Q5id-00062



XMOGRIFY LLC
+1 (917) 968-6350
23 Arden Dr
Hartsdale, New York
10530
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Q5id | 03/06/2023 | Q5id-00062 | **$11,309.25** |
| 6799 NE Bennett St. | | | |
| Hillsboro, Oregon | Due Date | | |
| 97124 | 03/21/2023 | | |
| United States | | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Time<br>(SOW 1) David Levy – Feb 27, 2023 - Mar 3, 2023 | $255.00 | 44.35 | $11,309.25 |

| | | |
|---|---|---|
| Subtotal | 11,309.25 |
| Tax | 0.00 |
| Total | 11,309.25 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $11,309.25 |

Back To Top

## Approval: Xmogrify/Q5id-00062

| | |
|---|---|
| **Subject:** | Re: Invoice Approval: Xmogrify - Q5id-00062 |
| **Date:** | Monday, March 6, 2023 at 14:44:45 Eastern Standard Time |
| **From:** | Kevin Goldstein |
| **To:** | Ludmila Lantassova |
| **CC:** | Accounting Distro, David Levy |
| **Attachments:** | image001.png |

The total amount of hours looks correct.
Thanks!



Kevin A. Goldstein R.
VP of Software Development
917-749-4259 M
keving@q5id.com

This message contains confiden8al informa8on and is intended only for the named individual. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please no8fy the sender immediately by e-mail if you have received this message in error and delete this e-message from your system. E-mail transmission cannot be guaranteed to be secure or error-free as informa8on could be intercepted, corrupted, lost, destroyed, delayed in transmission, incomplete, or may contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verifica8on is required please request a hard-copy version. This message is provided for informa8onal purposes and should not be construed as a solicita8on or offer to buy or sell any securi8es or related financial instruments.

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Date:** Monday, March 6, 2023 at 14:30
**To:** Kevin Goldstein <KevinG@q5id.com>
**Cc:** Accoun8ng Distro <accoun8ng@q5id.com>
**Subject:** Invoice Approval: Xmogrify - Q5id-00062

Hello Kevin,

Please see the attached invoice received from David Levy today, March 6. Please review the invoice and confirm that the billed hours are correct.
Billing is for the period of February 27 – March 3.

Thank you,
Mila

Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell

Back To Top

## Bill.com: Xmogrify/Q5-00062



Back To Top

FreshBooks History: Xmogrify/Q5id-00062



Back To Top

