# Exhibit 28

## Email Message

**Subject:** FW: AP report 1-13-23
**Date:** Friday, January 13, 2023 at 15:37:53 Eastern Standard Time
**From:** Becky Wanta
**To:** Rebecca Wanta
**Attachments:** AP detail 1-13-23.xlsx, image001.png, image002.png, AP summary 1-13-23.xlsx, Invoices NOT in QB.xlsx

**From:** Elena Eastwood <eeastwood@q5id.com>
**Sent:** Friday, January 13, 2023 10:29 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** AP report 1-13-23

No problem. Attached are AP detail with a list of all unpaid invoices and AP summary. Please note, I've just paid one of the Michael Franz's invoices, but it'll still show on AP report until the payment is processed by Bill.com. I've highlighted this invoice in yellow on AP summary report, so you know it's paid already.

Also, attached is the list of invoices pending on internal approval, so these invoices are not on AP report yet. Accounting enters invoices in the system after department managers approve it for payment. We track pending invoices separately while waiting for internal review and approval.

Sincerely,



Elena Eastwood
Controller, Q5id
503.954-5489 Cell
eeastwood@q5id.com

**From:** Becky Wanta <rwanta@q5id.com>
**Sent:** Friday, January 13, 2023 9:54 AM
**To:** Elena Eastwood <eeastwood@q5id.com>
**Subject:** RE: Cash report 1-13-23

Elena – Thank you – Can you also send me the latest Aging AP Account Report – Thank you again – Becky



Becky Wanta
COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

## Attachment to Email: AP detail 1-13-23.xlsx

**Q5id, Inc.**
**A/P Aging Detail**
**As of January 13, 2023**

| Date | Transaction Type | Num | Vendor | Due Date | Past Due | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| 12/31/2021 | Journal Entry | MW-413 | ID R&D, Inc | 12/31/2021 | 378 | 150,000.00 | 100,000.00 |
| 02/23/2022 | Bill | 1723619 | Schwabe Williamson & Wyatt P.C. | 02/23/2022 | 324 | 23,125.23 | 23,125.23 |
| 02/23/2022 | Bill | 1723614 | Schwabe Williamson & Wyatt P.C. | 02/23/2022 | 324 | 9,204.00 | 9,204.00 |
| 03/28/2022 | Bill | 1728075 | Schwabe Williamson & Wyatt P.C. | 03/28/2022 | 291 | 19,626.29 | 19,626.29 |
| 03/28/2022 | Bill | 1728071 | Schwabe Williamson & Wyatt P.C. | 03/28/2022 | 291 | 12,132.50 | 12,132.50 |
| 03/28/2022 | Bill | 1728076 | Schwabe Williamson & Wyatt P.C. | 03/28/2022 | 291 | 11,665.36 | 11,665.36 |
| 04/27/2022 | Bill | 1732459 | Schwabe Williamson & Wyatt P.C. | 04/27/2022 | 261 | 33,095.00 | 33,095.00 |
| 04/27/2022 | Bill | 1732461 | Schwabe Williamson & Wyatt P.C. | 04/27/2022 | 261 | 3,958.00 | 3,958.00 |
| 04/27/2022 | Bill | 1732457 | Schwabe Williamson & Wyatt P.C. | 04/27/2022 | 261 | 3,010.03 | 3,010.03 |
| 04/30/2022 | Bill | CSG08468 | Skypoint Cloud, Inc | 05/15/2022 | 243 | 51,100.00 | 51,100.00 |
| 05/20/2022 | Bill | 1240 | Skypoint Cloud, Inc | 05/20/2022 | 238 | 11,931.92 | 11,931.92 |
| 05/23/2022 | Bill | 1736742 | Schwabe Williamson & Wyatt P.C. | 05/23/2022 | 235 | 10,959.25 | 10,959.25 |
| 05/23/2022 | Bill | 1736744 | Schwabe Williamson & Wyatt P.C. | 05/23/2022 | 235 | 6,930.00 | 6,930.00 |
| 05/23/2022 | Bill | 1736741 | Schwabe Williamson & Wyatt P.C. | 05/23/2022 | 235 | 985.03 | 985.03 |
| 05/23/2022 | Bill | 1736743 | Schwabe Williamson & Wyatt P.C. | 05/23/2022 | 235 | 440.00 | 440.00 |
| 04/29/2022 | Bill | 042922TC | Collaborative Vision | 05/29/2022 | 229 | 1,818.18 | 1,818.18 |
| 05/13/2022 | Bill | CSG08521 | Skypoint Cloud, Inc | 05/31/2022 | 227 | 38,115.00 | 38,115.00 |
| 05/31/2022 | Bill | CSG08575 | Skypoint Cloud, Inc | 06/15/2022 | 212 | 44,232.50 | 44,232.50 |
| 06/20/2022 | Bill | 1260 | Skypoint Cloud, Inc | 06/20/2022 | 207 | 11,931.92 | 11,931.92 |
| 06/28/2022 | Bill | 3301851 | Schwabe Williamson & Wyatt P.C. | 06/28/2022 | 199 | 73,638.72 | 73,638.72 |
| 06/28/2022 | Bill | 3301849 | Schwabe Williamson & Wyatt P.C. | 06/28/2022 | 199 | 5,040.00 | 5,040.00 |
| 06/28/2022 | Bill | 3301850 | Schwabe Williamson & Wyatt P.C. | 06/28/2022 | 199 | 1,430.00 | 1,430.00 |
| 06/28/2022 | Bill | 3301848 | Schwabe Williamson & Wyatt P.C. | 06/28/2022 | 199 | 880.10 | 880.10 |
| 06/28/2022 | Bill | 3301843 | Schwabe Williamson & Wyatt P.C. | 06/28/2022 | 199 | 809.85 | 809.85 |
| 07/01/2022 | Bill | Q5id003 | Rearc, LLC | 07/01/2022 | 196 | 151,620.00 | 51,620.00 |
| 06/17/2022 | Bill | CSG08646 | Skypoint Cloud, Inc | 07/02/2022 | 195 | 42,207.50 | 42,207.50 |
| 06/30/2022 | Bill | CSG08702 | Skypoint Cloud, Inc | 07/15/2022 | 182 | 27,762.50 | 27,762.50 |
| 07/18/2022 | Bill | 11 | Kevin Mochrie | 07/18/2022 | 179 | 6,000.00 | 6,000.00 |
| 07/20/2022 | Bill | 1276 | Skypoint Cloud, Inc | 07/20/2022 | 177 | 11,931.92 | 11,931.92 |
| 03/01/2022 | Bill | IN-USIR-202200659 | ID R&D, Inc | 07/25/2022 | 172 | 50,000.00 | 25,000.00 |
| 07/27/2022 | Bill | 3305898 | Schwabe Williamson & Wyatt P.C. | 07/27/2022 | 170 | 1,040.00 | 1,040.00 |
| 07/15/2022 | Bill | CSG08768 | Skypoint Cloud, Inc | 07/30/2022 | 167 | 8,721.25 | 8,721.25 |
| 08/01/2022 | Bill | Q5id004 | Rearc, LLC | 08/01/2022 | 165 | 132,240.00 | 132,240.00 |
| 07/05/2022 | Bill | 070522KH | Collaborative Vision | 08/04/2022 | 162 | 1,000.00 | 1,000.00 |
| 07/06/2022 | Bill | 070622MG | Collaborative Vision | 08/05/2022 | 161 | 1,454.50 | 1,454.50 |
| 07/07/2022 | Bill | 070722JA | Collaborative Vision | 08/06/2022 | 160 | 1,545.50 | 1,545.50 |
| 07/08/2022 | Bill | 070822NS | Collaborative Vision | 08/07/2022 | 159 | 1,181.82 | 1,181.82 |
| 07/08/2022 | Bill | 070822EE | Collaborative Vision | 08/07/2022 | 159 | 1,045.46 | 1,045.46 |
| 08/01/2022 | Bill | Q5-011 | Kevin A. Goldstein | 08/08/2022 | 158 | 27,570.00 | 27,570.00 |
| 08/08/2022 | Bill | 14 | Kevin Mochrie | 08/08/2022 | 158 | 6,000.00 | 6,000.00 |
| 07/31/2022 | Bill | 317832 | Pacific Office Automation | 08/10/2022 | 156 | 262.38 | 262.38 |
| 07/13/2022 | Bill | INV-0264 | Childhelp, Inc. | 08/12/2022 | 154 | 25,000.00 | 25,000.00 |
| 07/15/2022 | Bill | 071522BS | Collaborative Vision | 08/14/2022 | 152 | 1,318.18 | 1,318.18 |
| 07/15/2022 | Bill | 071522AC | Collaborative Vision | 08/14/2022 | 152 | 772.70 | 772.70 |
| 07/16/2022 | Bill | 071622RS | Collaborative Vision | 08/15/2022 | 151 | 681.80 | 681.80 |
| 07/31/2022 | Bill | CSG08820 | Skypoint Cloud, Inc | 08/15/2022 | 151 | 1,040.00 | 1,040.00 |
| 08/15/2022 | Bill | 15 | Kevin Mochrie | 08/15/2022 | 151 | 6,000.00 | 6,000.00 |
| 08/16/2022 | Bill | 2022-Q3 | Free Bikes 4 Kidz | 08/16/2022 | 150 | 10,000.00 | 10,000.00 |
| 07/18/2022 | Bill | 071822AA | Collaborative Vision | 08/17/2022 | 149 | 2,925.92 | 2,925.92 |
| 07/19/2022 | Bill | 7209 | IOActive, Inc. | 08/18/2022 | 148 | 100,796.00 | 100,796.00 |
| 07/19/2022 | Bill | 071922DM | Collaborative Vision | 08/18/2022 | 148 | 1,363.60 | 1,363.60 |
| 08/18/2022 | Bill | B1-6381 | Roger Strukhoff | 08/18/2022 | 148 | 4,546.00 | 4,546.00 |
| 07/20/2022 | Bill | 072022OS | Collaborative Vision | 08/19/2022 | 147 | 1,136.40 | 1,136.40 |
| 07/20/2022 | Bill | 071522GF | Collaborative Vision | 08/19/2022 | 147 | 772.70 | 772.70 |
| 08/12/2022 | Bill | Q5-012 | Kevin A. Goldstein | 08/19/2022 | 147 | 26,250.00 | 26,250.00 |
| 07/21/2022 | Bill | 072127RC | Collaborative Vision | 08/20/2022 | 146 | 590.90 | 590.90 |
| 08/20/2022 | Bill | 1291 | Skypoint Cloud, Inc | 08/20/2022 | 146 | 11,931.92 | 11,931.92 |
| 08/22/2022 | Bill | BGCA-2nd Installment | Boys & Girls Clubs of America | 08/22/2022 | 144 | 56,250.00 | 56,250.00 |
| 08/22/2022 | Bill | 16 | Kevin Mochrie | 08/22/2022 | 144 | 6,000.00 | 6,000.00 |
| 08/17/2022 | Bill | INV/2022/0638 | Altoros LLC | 08/24/2022 | 142 | 32,744.35 | 32,744.35 |
| 08/12/2022 | Bill | 45 | XMOGRIFY LLC | 08/27/2022 | 139 | 27,461.37 | 5,650.38 |
| 07/29/2022 | Bill | 072922TC | Collaborative Vision | 08/28/2022 | 138 | 1,818.18 | 1,818.18 |
| 08/29/2022 | Bill | 3310249 | Schwabe Williamson & Wyatt P.C. | 08/29/2022 | 137 | 6,936.00 | 6,936.00 |
| 08/29/2022 | Bill | 3310247 | Schwabe Williamson & Wyatt P.C. | 08/29/2022 | 137 | 6,898.00 | 6,898.00 |
| 08/29/2022 | Bill | 17 | Kevin Mochrie | 08/29/2022 | 137 | 6,000.00 | 6,000.00 |
| 08/29/2022 | Bill | 3310248 | Schwabe Williamson & Wyatt P.C. | 08/29/2022 | 137 | 1,881.00 | 1,881.00 |
| 08/29/2022 | Bill | 3310246 | Schwabe Williamson & Wyatt P.C. | 08/29/2022 | 137 | 1,798.00 | 1,798.00 |
| 08/29/2022 | Bill | 3310250 | Schwabe Williamson & Wyatt P.C. | 08/29/2022 | 137 | 456.08 | 456.08 |
| 08/01/2022 | Bill | 080123YS | Collaborative Vision | 08/31/2022 | 135 | 545.50 | 545.50 |
| 07/27/2022 | Bill | NCMEC-072722A | The National Center for Missing and Exploited Children | 09/01/2022 | 134 | 25,000.00 | 25,000.00 |
| 08/02/2022 | Bill | 080222RJG | Collaborative Vision | 09/01/2022 | 134 | 909.10 | 909.10 |
| 08/09/2022 | Bill | 1003 | Free Guitars 4 Kids | 09/01/2022 | 134 | 5,000.00 | 5,000.00 |
| 09/01/2022 | Bill | Q5id005 | Rearc, LLC | 09/01/2022 | 134 | 136,800.00 | 136,800.00 |
| 09/01/2022 | Bill | 2014 | National CASA/GAL Association for Children | 09/01/2022 | 134 | 25,000.00 | 25,000.00 |
| 08/26/2022 | Bill | Q5-013 | Kevin A. Goldstein | 09/02/2022 | 133 | 27,570.00 | 27,570.00 |
| 09/02/2022 | Bill | B1-6392 | Roger Strukhoff | 09/02/2022 | 133 | 7,739.00 | 7,739.00 |
| 09/02/2022 | Bill | B1-6391 | Roger Strukhoff | 09/02/2022 | 133 | 3,312.00 | 3,312.00 |
| 08/04/2022 | Bill | 080422TM | Collaborative Vision | 09/03/2022 | 132 | 15,000.00 | 15,000.00 |
| 08/05/2022 | Bill | 080522KH | Collaborative Vision | 09/04/2022 | 131 | 11,000.00 | 11,000.00 |
| 08/06/2022 | Bill | 080622MG | Collaborative Vision | 09/05/2022 | 130 | 1,454.50 | 1,454.50 |
| 08/07/2022 | Bill | 080722JA | Collaborative Vision | 09/06/2022 | 129 | 1,545.50 | 1,545.50 |
| 09/06/2022 | Bill | 18 | Kevin Mochrie | 09/06/2022 | 129 | 6,000.00 | 6,000.00 |

| Date | Type | Num | Name | Due Date | Aging | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| 08/08/2022 | Bill | 080822NS | Collaborative Vision | 09/07/2022 | 128 | 1,181.82 | 1,181.82 |
| 08/08/2022 | Bill | 080822EE | Collaborative Vision | 09/07/2022 | 128 | 1,045.46 | 1,045.46 |
| 08/26/2022 | Bill | Q5id-00047 | XMOGRIFY LLC | 09/09/2022 | 126 | 26,862.49 | 26,862.49 |
| 09/10/2022 | Bill | September 2022 | Maurice Lucas Foundation | 09/10/2022 | 125 | 15,000.00 | 15,000.00 |
| 09/05/2022 | Bill | INV/2022/0687 | Altoros LLC | 09/12/2022 | 123 | 36,813.91 | 36,813.91 |
| 09/12/2022 | Bill | 19 | Kevin Mochrie | 09/12/2022 | 123 | 4,800.00 | 4,800.00 |
| 08/15/2022 | Bill | 081522BS | Collaborative Vision | 09/14/2022 | 121 | 1,318.18 | 1,318.18 |
| 08/15/2022 | Bill | 081522AC | Collaborative Vision | 09/14/2022 | 121 | 772.70 | 772.70 |
| 08/15/2022 | Bill | 081522GF | Collaborative Vision | 09/14/2022 | 121 | 772.70 | 772.70 |
| 08/18/2022 | Bill | 081822AA | Collaborative Vision | 09/17/2022 | 118 | 2,925.92 | 2,925.92 |
| 08/19/2022 | Bill | 081922DM | Collaborative Vision | 09/18/2022 | 117 | 1,363.60 | 1,363.60 |
| 08/20/2022 | Bill | 082022OS | Collaborative Vision | 09/19/2022 | 116 | 1,136.40 | 1,136.40 |
| 08/20/2022 | Bill | 081622RS | Collaborative Vision | 09/19/2022 | 116 | 681.80 | 681.80 |
| 09/19/2022 | Bill | 20 | Kevin Mochrie | 09/19/2022 | 116 | 6,000.00 | 6,000.00 |
| 08/21/2022 | Bill | 082128RC | Collaborative Vision | 09/20/2022 | 115 | 590.90 | 590.90 |
| 09/20/2022 | Bill | 1316 | Skypoint Cloud, Inc | 09/20/2022 | 115 | 11,931.92 | 11,931.92 |
| 09/22/2022 | Bill | 3313333 | Schwabe Williamson & Wyatt P.C. | 09/22/2022 | 113 | 2,665.50 | 2,665.50 |
| 09/22/2022 | Bill | 3313331 | Schwabe Williamson & Wyatt P.C. | 09/22/2022 | 113 | 1,100.00 | 1,100.00 |
| 09/22/2022 | Bill | 3313334 | Schwabe Williamson & Wyatt P.C. | 09/22/2022 | 113 | 920.00 | 920.00 |
| 09/22/2022 | Bill | 3313329 | Schwabe Williamson & Wyatt P.C. | 09/22/2022 | 113 | 860.33 | 860.33 |
| 09/22/2022 | Bill | 3313330 | Schwabe Williamson & Wyatt P.C. | 09/22/2022 | 113 | 781.00 | 781.00 |
| 09/22/2022 | Bill | 3313335 | Schwabe Williamson & Wyatt P.C. | 09/22/2022 | 113 | 177.00 | 177.00 |
| 09/16/2022 | Bill | Q5-015 | Kevin A. Goldstein | 09/23/2022 | 112 | 18,750.00 | 18,750.00 |
| 09/23/2022 | Bill | GSUSA9232022 | Girl Scouts of the USA | 09/23/2022 | 112 | 87,500.00 | 87,500.00 |
| 09/09/2022 | Bill | Q5id-00048 | XMOGRIFY LLC | 09/24/2022 | 111 | 21,810.99 | 21,810.99 |
| 09/20/2022 | Bill | INV/2022/0716 | Altoros LLC | 09/27/2022 | 108 | 30,836.36 | 30,836.36 |
| 09/27/2022 | Bill | 21 | Kevin Mochrie | 09/27/2022 | 108 | 6,000.00 | 6,000.00 |
| 08/29/2022 | Bill | 082922TB | Collaborative Vision | 09/28/2022 | 107 | 13,000.00 | 13,000.00 |
| 08/29/2022 | Bill | 082922TC | Collaborative Vision | 09/28/2022 | 107 | 1,818.18 | 1,818.18 |
| 09/28/2022 | Bill | B1-6393 | Roger Strukhoff | 09/28/2022 | 107 | 2,160.00 | 2,160.00 |
| 09/23/2022 | Bill | INV/2022/0718 | Altoros LLC | 09/30/2022 | 105 | 14,909.09 | 14,909.09 |
| 09/01/2022 | Bill | 1382 | Stixis Technologies, Inc. | 10/01/2022 | 104 | 30,360.00 | 30,360.00 |
| 09/01/2022 | Bill | 1381 | Stixis Technologies, Inc. | 10/01/2022 | 104 | 25,760.00 | 25,760.00 |
| 09/01/2022 | Bill | 1380 | Stixis Technologies, Inc. | 10/01/2022 | 104 | 25,760.00 | 25,760.00 |
| 09/01/2022 | Bill | 1379 | Stixis Technologies, Inc. | 10/01/2022 | 104 | 20,240.00 | 20,240.00 |
| 09/01/2022 | Bill | 1378 | Stixis Technologies, Inc. | 10/01/2022 | 104 | 18,480.00 | 18,480.00 |
| 09/01/2022 | Bill | 090122KK | Collaborative Vision | 10/01/2022 | 104 | 10,000.00 | 10,000.00 |
| 09/01/2022 | Bill | 090122YS | Collaborative Vision | 10/01/2022 | 104 | 545.50 | 545.50 |
| 10/01/2022 | Bill | Q5id006 | Rearc, LLC | 10/01/2022 | 104 | 130,340.00 | 130,340.00 |
| 10/01/2022 | Bill | 100122-Q5 | SASK Properties LLC | 10/01/2022 | 104 | 8,360.61 | 8,360.61 |
| 09/02/2022 | Bill | 090222RJG | Collaborative Vision | 10/02/2022 | 103 | 909.10 | 909.10 |
| 10/03/2022 | Bill | 22 | Kevin Mochrie | 10/03/2022 | 102 | 6,000.00 | 6,000.00 |
| 09/04/2022 | Bill | 090422TM | Collaborative Vision | 10/04/2022 | 101 | 1,363.60 | 1,363.60 |
| 09/05/2022 | Bill | 090522KH | Collaborative Vision | 10/05/2022 | 100 | 1,000.00 | 1,000.00 |
| 09/06/2022 | Bill | 090622MG | Collaborative Vision | 10/06/2022 | 99 | 1,454.50 | 1,454.50 |
| 10/06/2022 | Bill | B1-6394 | Roger Strukhoff | 10/06/2022 | 99 | 2,520.00 | 2,520.00 |
| 09/07/2022 | Bill | 090722JA | Collaborative Vision | 10/07/2022 | 98 | 1,545.50 | 1,545.50 |
| 09/08/2022 | Bill | 090822EE | Collaborative Vision | 10/08/2022 | 97 | 1,045.46 | 1,045.46 |
| 09/23/2022 | Bill | Q5id-00049 | XMOGRIFY LLC | 10/08/2022 | 97 | 26,216.24 | 26,216.24 |
| 10/01/2022 | Bill | Q5-016 | Kevin A. Goldstein | 10/08/2022 | 97 | 18,750.00 | 18,750.00 |
| 09/09/2022 | Bill | 090822NS | Collaborative Vision | 10/09/2022 | 96 | 1,181.82 | 1,181.82 |
| 10/10/2022 | Bill | LV-034486 | Las Vegas Convention Center | 10/10/2022 | 95 | 2,450.00 | 2,450.00 |
| 10/14/2022 | Bill | 2022-428 | Wicked PR and Advertising, LLC | 10/14/2022 | 91 | 4,000.00 | 4,000.00 |
| | | | | | | $ 2,262,654.99 | $ 2,065,844.00 |
| 07/15/2022 | Bill | 071522BJ | Collaborative Vision | 10/15/2022 | 90 | 1,363.60 | 1,363.60 |
| 09/15/2022 | Bill | 091522BS | Collaborative Vision | 10/15/2022 | 90 | 1,318.18 | 1,318.18 |
| 09/15/2022 | Bill | 091522GF | Collaborative Vision | 10/15/2022 | 90 | 772.70 | 772.70 |
| 09/15/2022 | Bill | 091522AC | Collaborative Vision | 10/15/2022 | 90 | 772.70 | 772.70 |
| 09/16/2022 | Bill | 091622RS | Collaborative Vision | 10/16/2022 | 89 | 681.80 | 681.80 |
| 09/18/2022 | Bill | 091822AA | Collaborative Vision | 10/18/2022 | 87 | 2,925.92 | 2,925.92 |
| 09/19/2022 | Bill | 091922DM | Collaborative Vision | 10/19/2022 | 86 | 15,000.00 | 15,000.00 |
| 09/20/2022 | Bill | 092022OS | Collaborative Vision | 10/20/2022 | 85 | 12,500.00 | 12,500.00 |
| 09/21/2022 | Bill | 092129RC | Collaborative Vision | 10/21/2022 | 84 | 590.90 | 590.90 |
| 10/14/2022 | Bill | Q5-017 | Kevin A. Goldstein | 10/21/2022 | 84 | 18,750.00 | 3,750.00 |
| 10/07/2022 | Bill | Q5id-00050 | XMOGRIFY LLC | 10/22/2022 | 83 | 24,089.01 | 24,089.01 |
| 09/25/2022 | Bill | INV01068481 | Five9, Inc. | 10/25/2022 | 80 | 39,564.00 | 39,564.00 |
| 09/27/2022 | Bill | 1392 | Stixis Technologies, Inc. | 10/27/2022 | 78 | 14,960.00 | 14,960.00 |
| 09/27/2022 | Bill | 1391 | Stixis Technologies, Inc. | 10/27/2022 | 78 | 14,080.00 | 14,080.00 |
| 09/27/2022 | Bill | 1393 | Stixis Technologies, Inc. | 10/27/2022 | 78 | 12,320.00 | 12,320.00 |
| 09/27/2022 | Bill | 1394 | Stixis Technologies, Inc. | 10/27/2022 | 78 | 11,880.00 | 11,880.00 |
| 09/29/2022 | Bill | 092922TC | Collaborative Vision | 10/29/2022 | 76 | 1,818.18 | 1,818.18 |
| 09/29/2022 | Bill | 092922TB | Collaborative Vision | 10/29/2022 | 76 | 1,181.82 | 1,181.82 |
| 10/01/2022 | Bill | 7174499 | NICE | 10/30/2022 | 75 | 10,799.31 | 10,799.31 |
| 10/01/2022 | Bill | INV356 | Portland Timbers | 10/31/2022 | 74 | 75,000.00 | 75,000.00 |
| 10/01/2022 | Bill | 100122KK | Collaborative Vision | 10/31/2022 | 74 | 909.10 | 909.10 |
| 10/01/2022 | Bill | 100122YS | Collaborative Vision | 10/31/2022 | 74 | 545.50 | 545.50 |
| 10/31/2022 | Bill | Oct. 2022 Invoice | Charles D. Shepherd | 10/31/2022 | 74 | 10,000.00 | 10,000.00 |
| 10/31/2022 | Bill | 20164 | Acuant | 10/31/2022 | 74 | 400.00 | 400.00 |
| 10/02/2022 | Bill | 100222RJG | Collaborative Vision | 11/01/2022 | 73 | 909.10 | 909.10 |
| 11/01/2022 | Bill | Q5id007 | Rearc, LLC | 11/01/2022 | 73 | 50,540.00 | 50,540.00 |
| 11/01/2022 | Bill | 11/22-rent | VW Credit, Inc. | 11/01/2022 | 73 | 24,012.54 | 24,012.54 |
| 11/01/2022 | Bill | 110122-Q5 | SASK Properties LLC | 11/01/2022 | 73 | 8,354.23 | 8,354.23 |
| 10/04/2022 | Bill | 100422TM | Collaborative Vision | 11/03/2022 | 71 | 1,363.60 | 1,363.60 |
| 10/04/2022 | Bill | 100522KH | Collaborative Vision | 11/03/2022 | 71 | 1,000.00 | 1,000.00 |
| 11/04/2022 | Bill | 433027 | Woodruff Sawyer | 11/04/2022 | 70 | 658.00 | 658.00 |
| 10/06/2022 | Bill | 100622MG | Collaborative Vision | 11/05/2022 | 69 | 1,454.50 | 1,454.50 |
| 10/21/2022 | Bill | Q5id-00051 | XMOGRIFY LLC | 11/05/2022 | 69 | 26,658.21 | 26,658.21 |

| Date | Type | Num | Name | Due Date | Age | Open Balance | Amount |
|---|---|---|---|---|---|---:|---:|
| 10/07/2022 | Bill | 100722JA | Collaborative Vision | 11/08/2022 | 68 | 1,545.50 | 1,545.50 |
| 10/07/2022 | Bill | 84168 | DarkTrace | 11/08/2022 | 68 | 1,200.00 | 1,200.00 |
| 11/01/2022 | Bill | 1137 | Dementia Society | 11/08/2022 | 68 | 25,000.00 | 25,000.00 |
| 10/08/2022 | Bill | 100822NS | Collaborative Vision | 11/07/2022 | 67 | 1,181.82 | 1,181.82 |
| 10/08/2022 | Bill | 100822EE | Collaborative Vision | 11/07/2022 | 67 | 1,045.46 | 1,045.46 |
| 11/01/2022 | Bill | Q5-018 | Kevin A. Goldstein | 11/08/2022 | 66 | 18,750.00 | 18,750.00 |
| 10/10/2022 | Bill | 102022OS | Collaborative Vision | 11/09/2022 | 65 | 1,136.40 | 1,136.40 |
| 10/13/2022 | Bill | INV-0414 | Childhelp, Inc. | 11/12/2022 | 62 | 25,000.00 | 25,000.00 |
|  |  |  |  |  |  | $ 462,032.08 | $ 447,032.08 |
| 10/15/2022 | Bill | 101522BS | Collaborative Vision | 11/14/2022 | 60 | 1,318.18 | 1,318.18 |
| 10/15/2022 | Bill | 101522GF | Collaborative Vision | 11/14/2022 | 60 | 772.70 | 772.70 |
| 10/15/2022 | Bill | 101522AC | Collaborative Vision | 11/14/2022 | 60 | 772.70 | 772.70 |
| 11/14/2022 | Bill | BGCA-3rd Installment | Boys & Girls Clubs of America | 11/14/2022 | 60 | 56,250.00 | 56,250.00 |
| 08/15/2022 | Bill | 081522BJ | Collaborative Vision | 11/15/2022 | 59 | 1,363.60 | 1,363.60 |
| 10/16/2022 | Bill | 101622RS | Collaborative Vision | 11/15/2022 | 59 | 681.80 | 681.80 |
| 10/19/2022 | Bill | 101922DM | Collaborative Vision | 11/18/2022 | 56 | 1,363.60 | 1,363.60 |
| 10/21/2022 | Bill | 102122RC | Collaborative Vision | 11/20/2022 | 54 | 590.90 | 590.90 |
| 10/31/2022 | Bill | 1725237-20221031 | LexisNexis | 11/20/2022 | 54 | 95,781.60 | 92,781.60 |
| 10/24/2022 | Bill | 81222/0072 | Sellsk Consulting Ltd. | 11/23/2022 | 51 | 48,000.00 | 35,000.00 |
| 10/29/2022 | Bill | 102922TC | Collaborative Vision | 11/28/2022 | 46 | 1,818.18 | 1,818.18 |
| 10/29/2022 | Bill | 102922TB | Collaborative Vision | 11/28/2022 | 46 | 1,181.82 | 1,181.82 |
| 11/28/2022 | Bill | 2154246 | DLA Piper LLP | 11/28/2022 | 46 | 8,535.70 | 8,535.70 |
| 10/31/2022 | Bill | 593467 | Entertainment Corporate Marketing Solutions | 11/30/2022 | 44 | 5,000.00 | 5,000.00 |
| 11/01/2022 | Bill | 7193300 | NICE | 11/30/2022 | 44 | 10,830.38 | 10,830.38 |
| 11/30/2022 | Bill | Nov. 2022 invoice | Charles D. Shepherd | 11/30/2022 | 44 | 10,000.00 | 10,000.00 |
| 11/30/2022 | Bill | 3322510 | Schwabe Williamson & Wyatt P.C. | 11/30/2022 | 44 | 7,776.00 | 7,776.00 |
| 11/30/2022 | Bill | 3322508 | Schwabe Williamson & Wyatt P.C. | 11/30/2022 | 44 | 988.18 | 988.18 |
| 11/30/2022 | Bill | 3322512 | Schwabe Williamson & Wyatt P.C. | 11/30/2022 | 44 | 983.89 | 983.89 |
| 11/30/2022 | Bill | 3322509 | Schwabe Williamson & Wyatt P.C. | 11/30/2022 | 44 | 660.00 | 660.00 |
| 11/30/2022 | Bill | 20666 | Acuant | 11/30/2022 | 44 | 400.00 | 400.00 |
| 11/01/2022 | Bill | 110122KK | Collaborative Vision | 12/01/2022 | 43 | 909.10 | 909.10 |
| 11/01/2022 | Bill | 110123YS | Collaborative Vision | 12/01/2022 | 43 | 545.50 | 545.50 |
| 11/09/2022 | Bill | 1686 | First Class Talent LLC | 12/01/2022 | 43 | 25,000.00 | 25,000.00 |
| 11/15/2022 | Bill | 111522-122 | Michael Franz | 12/01/2022 | 43 | 3,812.50 | 3,812.50 |
| 12/01/2022 | Bill | Q5id008 | Rearc, LLC | 12/01/2022 | 43 | 54,530.00 | 54,530.00 |
| 12/01/2022 | Bill | 20221201 | AlertNest, Inc. | 12/01/2022 | 43 | 35,000.00 | 35,000.00 |
| 12/01/2022 | Bill | 12/22-rent | VW Credit, Inc. | 12/01/2022 | 43 | 24,012.54 | 24,012.54 |
| 12/01/2022 | Bill | 2022-12 | Anderson Group Public Relations, LTD | 12/01/2022 | 43 | 10,244.80 | 10,244.80 |
| 12/01/2022 | Bill | December 2022 | Little Gidding, Inc | 12/01/2022 | 43 | 10,000.00 | 10,000.00 |
| 12/01/2022 | Bill | 120122-Q5 | SASK Properties LLC | 12/01/2022 | 43 | 8,280.00 | 8,280.00 |
| 12/01/2022 | Bill | 12012022 | Allen Global Consulting LLC | 12/01/2022 | 43 | 8,000.00 | 8,000.00 |
| 11/02/2022 | Bill | 110222RJG | Collaborative Vision | 12/02/2022 | 42 | 909.10 | 909.10 |
| 11/18/2022 | Bill | Q5id-00053 | XMOGRIFY LLC | 12/03/2022 | 41 | 19,592.49 | 19,592.49 |
| 11/04/2022 | Bill | 110422TM | Collaborative Vision | 12/04/2022 | 40 | 1,363.60 | 1,363.60 |
| 11/05/2022 | Bill | 110522KH | Collaborative Vision | 12/05/2022 | 39 | 1,000.00 | 1,000.00 |
| 11/06/2022 | Bill | 110622MG | Collaborative Vision | 12/06/2022 | 38 | 1,454.50 | 1,454.50 |
| 11/07/2022 | Bill | 110722JA | Collaborative Vision | 12/07/2022 | 37 | 1,545.50 | 1,545.50 |
| 11/07/2022 | Bill | 84169 | DarkTrace | 12/07/2022 | 37 | 1,200.00 | 1,200.00 |
| 12/08/2022 | Bill | 2601 | Focus Security Group | 12/08/2022 | 36 | 165.00 | 165.00 |
| 11/30/2022 | Bill | 5807 | Ntooitive Digital LLC | 12/10/2022 | 34 | 21,391.53 | 21,391.53 |
| 11/11/2022 | Bill | 212122RC | Collaborative Vision | 12/11/2022 | 33 | 590.90 | 590.90 |
| 12/12/2022 | Bill | 438191 | Woodruff Sawyer | 12/12/2022 | 32 | 1,446.00 | 1,446.00 |
|  |  |  |  |  |  | $ 486,062.29 | $ 470,062.29 |
| 09/15/2022 | Bill | 091522BJ | Collaborative Vision | 12/15/2022 | 29 | 1,363.60 | 1,363.60 |
| 11/15/2022 | Bill | 111522GF | Collaborative Vision | 12/15/2022 | 29 | 772.70 | 772.70 |
| 11/15/2022 | Bill | 111522AC | Collaborative Vision | 12/15/2022 | 29 | 772.70 | 772.70 |
| 11/30/2022 | Bill | 1062900 | SecurTest | 12/15/2022 | 29 | 260.00 | 260.00 |
| 11/16/2022 | Bill | 111622RS | Collaborative Vision | 12/16/2022 | 28 | 681.80 | 681.80 |
| 12/02/2022 | Bill | Q5id-00054 | XMOGRIFY LLC | 12/17/2022 | 27 | 20,502.00 | 20,502.00 |
| 10/19/2022 | Bill | 22I_US4094RM | LEYTON USA, INC. | 12/18/2022 | 26 | 45,361.50 | 45,361.50 |
| 11/19/2022 | Bill | 111922DM | Collaborative Vision | 12/19/2022 | 25 | 1,363.60 | 1,363.60 |
| 12/19/2022 | Bill | 3325231 | Schwabe Williamson & Wyatt P.C. | 12/19/2022 | 25 | 83,422.57 | 83,422.57 |
| 12/19/2022 | Bill | 3325233 | Schwabe Williamson & Wyatt P.C. | 12/19/2022 | 25 | 5,568.00 | 5,568.00 |
| 12/19/2022 | Bill | 3325232 | Schwabe Williamson & Wyatt P.C. | 12/19/2022 | 25 | 4,148.00 | 4,148.00 |
| 11/20/2022 | Bill | 112022OS | Collaborative Vision | 12/20/2022 | 24 | 1,136.40 | 1,136.40 |
| 11/30/2022 | Bill | 1725237-20221130 | LexisNexis | 12/20/2022 | 24 | 15.60 | 15.60 |
| 12/20/2022 | Bill | 401267 | ZoomInfo Technologies, LLC | 12/20/2022 | 24 | 8,375.00 | 8,375.00 |
| 10/24/2022 | Bill | 22I_US4106TA | LEYTON USA, INC. | 12/23/2022 | 21 | 62,305.65 | 62,305.65 |
| 11/29/2022 | Bill | 112922TB | Collaborative Vision | 12/29/2022 | 15 | 1,181.82 | 1,181.82 |
| 11/30/2022 | Bill | NGXUCF-2022-11 | Twilio, Inc | 12/30/2022 | 14 | 6,800.50 | 6,800.50 |
| 11/30/2022 | Bill | 592523 | Entertainment Corporate Marketing Solutions | 12/30/2022 | 14 | 5,000.00 | 5,000.00 |
| 11/30/2022 | Bill | CZCDUQ-2022-11 | Twilio, Inc | 12/30/2022 | 14 | 1,500.50 | 1,500.50 |
| 11/30/2022 | Bill | DZTEPJ-2022-11 | Twilio, Inc | 12/31/2022 | 13 | 14.58 | 14.58 |
| 12/01/2022 | Bill | INV42116 | Applause, Inc | 12/31/2022 | 13 | 16,456.08 | 16,456.08 |
| 12/01/2022 | Bill | 12122-122 | Michael Franz | 12/31/2022 | 13 | 3,500.00 | 3,500.00 |
| 12/01/2022 | Bill | 120122KK | Collaborative Vision | 12/31/2022 | 13 | 909.10 | 909.10 |
| 12/01/2022 | Bill | 120122YS | Collaborative Vision | 12/31/2022 | 13 | 545.50 | 545.50 |
| 12/12/2022 | Bill | 111322NMSDC | Collaborative Vision LLC - Consulting | 12/31/2022 | 13 | 9,667.25 | 9,667.25 |
| 12/16/2022 | Bill | Q5id-00055 | XMOGRIFY LLC | 12/31/2022 | 13 | 24,522.51 | 24,522.51 |
| 12/16/2022 | Bill | Q4 2022 | Kirk Clothier | 12/31/2022 | 13 | 1,956.16 | 1,956.16 |
| 12/16/2022 | Bill | Q4 2022 | Wilson, Theresa | 12/31/2022 | 13 | 484.93 | 484.93 |
| 12/31/2022 | Bill | 21433 | Acuant | 12/31/2022 | 13 | 350.00 | 350.00 |
| 12/31/2022 | Bill | 646280 | KBF CPAs LLP | 12/31/2022 | 13 | 70.00 | 70.00 |
| 12/02/2022 | Bill | 1687 | First Class Talent LLC | 01/01/2023 | 12 | 25,000.00 | 25,000.00 |
| 12/02/2022 | Bill | 120222RJG | Collaborative Vision | 01/01/2023 | 12 | 909.10 | 909.10 |
| 01/01/2023 | Bill | 01/23-Rent | VW Credit, Inc. | 01/01/2023 | 12 | 24,012.54 | 24,012.54 |

| Date | Type | Num | Name | Date 2 | Age | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| 01/01/2023 | Bill | January 2023 | Little Gidding, Inc | 01/01/2023 | 12 | 10,000.00 | 10,000.00 |
| 12/04/2022 | Bill | 120422TM | Collaborative Vision | 01/03/2023 | 10 | 1,363.60 | 1,363.60 |
| 12/05/2022 | Bill | 120522KH | Collaborative Vision | 01/04/2023 | 9 | 1,000.00 | 1,000.00 |
| 12/06/2022 | Bill | 120622MG | Collaborative Vision | 01/05/2023 | 8 | 1,454.50 | 1,454.50 |
| 12/07/2022 | Bill | 120722JA | Collaborative Vision | 01/06/2023 | 7 | 1,545.50 | 1,545.50 |
| 12/09/2022 | Bill | Inv. 2022.12.08 | Amato Mediation | 01/08/2023 | 5 | 5,000.00 | 5,000.00 |
| 12/09/2022 | Bill | 84170 | DarkTrace | 01/08/2023 | 5 | 1,200.00 | 1,200.00 |
| 12/31/2022 | Bill | 2660 | Focus Security Group | 01/08/2023 | 5 | 165.00 | 165.00 |
| 12/31/2022 | Bill | 5881 | Ntooitive Digital LLC | 01/10/2023 | 3 | 9,465.46 | 9,465.46 |
| 12/31/2022 | Bill | 33 | JTorres Cleaning Services LLC | 01/10/2023 | 3 | 3,257.65 | 3,257.65 |
| 01/10/2023 | Bill | Q5ID00002-2023-01 | Wallace A. Glausi | 01/10/2023 | 3 | 5,000.00 | 5,000.00 |
| | | | | | | $ 398,381.40 | $ 398,381.40 |
| 12/15/2022 | Bill | 121522GF | Collaborative Vision | 01/14/2023 | -1 | 772.70 | 772.70 |
| 12/15/2022 | Bill | 121522AC | Collaborative Vision | 01/14/2023 | -1 | 772.70 | 772.70 |
| 12/30/2022 | Bill | Q5id-00056 | XMOGRIFY LLC | 01/14/2023 | -1 | 22,269.99 | 22,269.99 |
| 10/15/2022 | Bill | 101522BJ | Collaborative Vision | 01/15/2023 | -2 | 1,363.60 | 1,363.60 |
| 12/16/2022 | Bill | 121622RS | Collaborative Vision | 01/15/2023 | -2 | 681.80 | 681.80 |
| 12/31/2022 | Bill | Q5id-00057 | XMOGRIFY LLC | 01/15/2023 | -2 | 3,375.79 | 3,375.79 |
| 12/19/2022 | Bill | 121922DM | Collaborative Vision | 01/18/2023 | -5 | 1,363.60 | 1,363.60 |
| 12/20/2022 | Bill | 120222OS | Collaborative Vision | 01/19/2023 | -6 | 1,136.40 | 1,136.40 |
| 12/21/2022 | Bill | 112122RC | Collaborative Vision | 01/20/2023 | -7 | 590.90 | 590.90 |
| 12/31/2022 | Bill | 1725237-20221231 | LexisNexis | 01/20/2023 | -7 | 324.99 | 324.99 |
| 01/01/2023 | Bill | 1000869123 | SAIF | 01/25/2023 | -12 | 1,435.58 | 1,435.58 |
| 12/29/2022 | Bill | 122922TB | Collaborative Vision | 01/28/2023 | -15 | 1,181.82 | 1,181.82 |
| 01/04/2023 | Bill | 491162434 | US Bank Equipment Finance | 01/28/2023 | -15 | 385.00 | 385.00 |
| 01/04/2023 | Bill | 491162558 | US Bank Equipment Finance | 01/28/2023 | -15 | 326.00 | 326.00 |
| 12/31/2022 | Bill | 593579 | Entertainment Corporate Marketing Solutions | 01/30/2023 | -17 | 5,000.00 | 5,000.00 |
| 01/01/2023 | Bill | INV42345 | Applause, Inc | 01/31/2023 | -18 | 16,456.08 | 16,456.08 |
| 01/01/2023 | Bill | 010223RJG | Collaborative Vision | 01/31/2023 | -18 | 909.10 | 909.10 |
| 01/01/2023 | Bill | 010123KK | Collaborative Vision | 01/31/2023 | -18 | 909.10 | 909.10 |
| 01/01/2023 | Bill | 010123YS | Collaborative Vision | 01/31/2023 | -18 | 545.50 | 545.50 |
| 01/03/2023 | Bill | 15 | Redrock | 02/02/2023 | -20 | 15,000.00 | 15,000.00 |
| 01/04/2023 | Bill | 010423TM | Collaborative Vision | 02/03/2023 | -21 | 1,363.60 | 1,363.60 |
| 01/05/2023 | Bill | 010522KH | Collaborative Vision | 02/04/2023 | -22 | 1,000.00 | 1,000.00 |
| 01/06/2023 | Bill | 010622MG | Collaborative Vision | 02/05/2023 | -23 | 1,454.50 | 1,454.50 |
| 01/07/2023 | Bill | 010723JA | Collaborative Vision | 02/06/2023 | -24 | 1,545.50 | 1,545.50 |
| 01/09/2023 | Bill | 84171 | DarkTrace | 02/08/2023 | -26 | 1,200.00 | 1,200.00 |
| 11/15/2022 | Bill | 111522BJ | Collaborative Vision | 02/15/2023 | -33 | 15,000.00 | 15,000.00 |
| 12/15/2022 | Bill | 121522BJ | Collaborative Vision | 03/15/2023 | -61 | 1,363.60 | 1,363.60 |
| | | | | | | $ 97,727.85 | $ 97,727.85 |
| | | | | | | $ 3,706,858.61 | $ 3,479,047.62 |

Friday, Jan 13, 2023 10:15:26 AM GMT-8

## Attachment to Email: AP summary 1-13-23.xlsx

**Qora, Inc.**
**A/P Aging Summary**
**As of January 13, 2023**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Acuant | | 350.00 | 400.00 | 400.00 | | 1,150.00 |
| AlertNest, Inc. | | | 35,000.00 | | | 35,000.00 |
| Allen Global Consulting LLC | | | 8,000.00 | | | 8,000.00 |
| Altoros LLC | | | | | 115,303.71 | 115,303.71 |
| Amato Mediation | | 5,000.00 | | | | 5,000.00 |
| Anderson Group Public Relations, LTD | | | 10,244.80 | | | 10,244.80 |
| Applause, Inc | 16,456.08 | 16,456.08 | | | | 32,912.16 |
| Boys & Girls Clubs of America | | | 56,250.00 | | 56,250.00 | 112,500.00 |
| Charles D. Shepherd | | | 10,000.00 | 10,000.00 | | 20,000.00 |
| Childhelp, Inc. | | | | 25,000.00 | 25,000.00 | 50,000.00 |
| Collaborative Vision | 31,954.42 | 14,999.92 | 18,181.68 | 50,016.78 | 95,533.58 | 210,686.38 |
| Collaborative Vision LLC - Consulting | | 9,667.25 | | | | 9,667.25 |
| DarkTrace | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | | 4,800.00 |
| Dementia Society | | | | 25,000.00 | | 25,000.00 |
| DLA Piper LLP | | | 8,535.70 | | | 8,535.70 |
| Entertainment Corporate Marketing Solutions | 5,000.00 | 5,000.00 | 5,000.00 | | | 15,000.00 |
| First Class Talent LLC | | 25,000.00 | 25,000.00 | | | 50,000.00 |
| Five9, Inc. | | | | 39,564.00 | | 39,564.00 |
| Focus Security Group | | 165.00 | 165.00 | | | 330.00 |
| Free Bikes 4 Kidz | | | | | 10,000.00 | 10,000.00 |
| Free Guitars 4 Kids | | | | | 5,000.00 | 5,000.00 |
| Girl Scouts of the USA | | | | | 87,500.00 | 87,500.00 |
| ID R&D, Inc | | | | | 125,000.00 | 125,000.00 |
| IOActive, Inc. | | | | | 100,796.00 | 100,796.00 |
| JTorres Cleaning Services LLC | | 3,257.65 | | | | 3,257.65 |
| KBF CPAs LLP | | 70.00 | | | | 70.00 |
| Kevin A. Goldstein | | | | 22,500.00 | 118,890.00 | 141,390.00 |
| Kevin Mochrie | | | | | 58,800.00 | 58,800.00 |
| Kirk Clothier | | 1,956.16 | | | | 1,956.16 |
| Las Vegas Convention Center | | | | | 2,450.00 | 2,450.00 |
| LexisNexis | 324.99 | 15.60 | 92,781.60 | | | 93,122.19 |
| LEYTON USA, INC. | | 107,667.15 | | | | 107,667.15 |
| Little Gidding, Inc | | 10,000.00 | 10,000.00 | | | 20,000.00 |
| Maurice Lucas Foundation | | | | | 15,000.00 | 15,000.00 |
| Michael Franz | | 3,500.00 | 3,812.50 | | | 7,312.50 |
| National CASA/GAL Association for Children | | | | | 25,000.00 | 25,000.00 |
| NICE | | | 10,830.38 | 10,799.31 | | 21,629.69 |
| Ntooitive Digital LLC | | 9,465.46 | 21,391.53 | | | 30,856.99 |
| Pacific Office Automation | | | | | 262.38 | 262.38 |
| Portland Timbers | | | | 75,000.00 | | 75,000.00 |
| Rearc, LLC | | | 54,530.00 | 50,540.00 | 451,000.00 | 556,070.00 |
| Redrock | 15,000.00 | | | | | 15,000.00 |
| Roger Strukhoff | | | | | 20,277.00 | 20,277.00 |
| SAIF | 1,435.58 | | | | | 1,435.58 |
| SASK Properties LLC | | | 8,280.00 | 8,354.23 | 8,360.61 | 24,994.84 |
| Schwabe Williamson & Wyatt P.C. | | 93,138.57 | 10,408.07 | | 242,442.27 | 345,988.91 |
| SecurTest | | 260.00 | | | | 260.00 |
| Selltik Consulting Ltd. | | | 35,000.00 | | | 35,000.00 |
| Skypoint Cloud, Inc | | | | | 272,838.35 | 272,838.35 |
| Stixis Technologies, Inc. | | | | 53,240.00 | 120,600.00 | 173,840.00 |
| The National Center for Missing and Exploited Children | | | | | 25,000.00 | 25,000.00 |
| Twilio, Inc | | 8,315.58 | | | | 8,315.58 |
| US Bank Equipment Finance | 711.00 | | | | | 711.00 |
| VW Credit, Inc. | | 24,012.54 | 24,012.54 | 24,012.54 | | 72,037.62 |
| Wallace A. Glausi | | 5,000.00 | | | | 5,000.00 |
| Wicked PR and Advertising, LLC | | | | | 4,000.00 | 4,000.00 |
| Wilson, Theresa | | 484.93 | | | | 484.93 |
| Woodruff Sawyer | | | 1,446.00 | 658.00 | | 2,104.00 |
| XMOGRIFY LLC | 25,645.78 | 45,024.51 | 19,592.49 | 50,747.22 | 80,540.10 | 221,550.10 |
| ZoomInfo Technologies, LLC | | 8,375.00 | | | | 8,375.00 |
| **TOTAL** | **$ 97,727.85** | **$ 398,381.40** | **$ 470,062.29** | **$ 447,032.08** | **$ 2,065,844.00** | **$ 3,479,047.62** |

Friday, Jan 13, 2023 10:16:33 AM GMT-8

A P Aging Summary

## Attachment to Email: Invoices NOT in QB.xlsx

| | Vendor | Invoice No. | Amount | Invoice Date | Invoice Due Date | Approver | Notes |
|---|---|---|---|---|---|---|---|
| 3 | Five9 | INV01080445 | $ 10,713.53 | 11/25/22 | 12/25/22 | Becky/Belynda | For Nov-Dec. Five9 didn't confirm pause on payments |
| 4 | Five9 | INV01085691 | $ 12,133.41 | 12/25/22 | 1/24/23 | Becky/Belynda | For Dec-Jan. Five9 didn't confirm pause on payments |
| 5 | NICE | 7214811 | $ 10,991.25 | 12/1/22 | 12/30/22 | Becky/Belynda | for Nov. 2022. I contacted NICE & informed Belynda. Likely to be revised since Termination notice date is 10/7/22 |
| 6 | NICE | 7240452 | $ 199,160.83 | 1/1/23 | 1/30/23 | Becky/Belynda | for Dec. 2023 & early termintation fees + late fee & taxes. Likely to be cancelled |
| 7 | Anderson | 2023-01 | $ 10,392.15 | 1/1/23 | 1/1/23 | Debbie Bingham | revised invoice to be received - services are on pause as per Debbie |
| 8 | Goldstein Consulting Services | Q5-020 | $ 8,100.35 | 1/6/23 | 1/13/23 | Becky | waiting for supporting documentation from Kevin. Approval from Becky was received |
| 9 | Collaborative Vision | 020324KK | $ 200,000.00 | 10/13/22 | 11/13/22 | Dominic | bridge loan repayment (matures in Feb. 2023) - expecting approval/directions from Dominic |
| 10 | Steve Larson | 01/23-ER | $ 916.33 | 1/11/23 | 1/11/23 | Becky | Expense report - expecting approval from Becky |
| 11 | Twilio | CZCDUQ-2022-12 | $ 1,500.50 | 12/31/22 | 1/30/23 | James | approved but not in QB yet. Pmt for Nov. was by Brex & charges were more. Expecting clarification from Twilio |
| 12 | Twilio | NGXUCF-2022-12 | $ 7,500.50 | 12/31/22 | 1/30/23 | James | approved but not in QB yet. Pmt for Nov. was by Brex & charges were more. Expecting clarification from Twilio |
| 13 | Twilio | DZTEPJ-2022-12 | $ 19.64 | 12/31/23 | 1/30/23 | James | approved but not in QB yet. Pmt for Nov. was by Brex & charges were more. Expecting clarification from Twilio |
| 14 | | TOTAL | $ 461,428.49 | | | | |

Sheet1