| Information to identify the case: | | |
|---|---|---|
| Debtor | ArtiusID, Inc.<br>Name | EIN: 00–0000000 |
| United States Bankruptcy Court Western District of Texas | | Date case filed for chapter: 7 11/30/23 |
| Case number: 23–11007–cgb | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | ArtiusID, Inc. | |
| 2. **All other names used in the last 8 years** | fka Q5ID, Inc. | |
| 3. **Address** | 801 Barton Springs<br>Austin, TX 78704 | |
| 4. **Debtor's attorney**<br>Name and address | Eric A Liepins<br>Legal Aid of Northwest Texas<br>1515 Main Street<br>Dallas, TX 75201 | Contact phone 214–243–2231<br><br>Email: liepinse@lanwt.org |
| 5. **Bankruptcy trustee**<br>Name and address | Ron Satija<br>P.O. Box 660208<br>Austin, TX 78766 | Contact phone 512–733–1311<br><br>Email: rsatija@haywardfirm.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information:<br>www.txwb.uscourts.gov. | 903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (512) 916–5237<br><br>Date: 7/25/24 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 29, 2024 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 357 925 8317, Passcode, 9045283217 or call (737) 279–4747**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page 1

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 23-11007-cgb

ArtiusID, Inc.     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1     User: admin     Page 1 of 2

Date Rcvd: Jul 25, 2024     Form ID: 309C     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ArtiusID, Inc., 801 Barton Springs, Austin, TX 78704-1146 |
| aty | + | Ana Pia D. Felix, Lazare Potter Giacovas Moyle LLP, 747 Third Avenue, 16th Floor, New York, NY 10017-2856 |
| aty | + | Jason Bradley Binford, Ross, Smith & Binford, PC, 2901 Via Fortuna, Ste Bldg. 6, Suite 450, Austin, TX 78746-0007 |
| aty | + | Kell C. Mercer, Kell C. Mercer, P.C., 901 S MoPac Expy, Bldg 1, Suite 300, Austin, TX 78746-5883 |
| aty | + | Michael Conway, Lazare Potter Giacovas & Moyle LLP, 747 Third Ave., 16th Floor, New York, NY 10017-2856 |
| aty | + | Robert T DeMarco, III, Robert Demarco, 12770 Coit Road, Suite 850, Dallas, TX 75251-1364 |
| ptcrd | + | Goldstein Consulting Services, LLC, 4445 Post Road, Apt. 5D, New York, NY 10471-3423 |
| ptcrd | + | Rearc LLC, 1216 Broadway, Suite 218, New York, NY 10001-4483 |
| ptcrd | + | Xmogrify, LLC, 23 Arden Drive, Hartsdale, NY 10530-2901 |
| 18647414 | + | ArtiusID, Inc., c/o Robert T. DeMarco, DeMarcoMitchell, PLLC, 12770 Coit Road, Suite 850, Dallas, TX 75251-1364 |
| 18588009 | + | Collaborative Vision, LLC, c/o Kell C. Mercer, PC, 901 S Mopac Expy Bldg 1 Ste 300, Austin, TX 78746-5883 |
| 18594640 | + | Goldstein Consulting Services, LLC, c/o Michael T. Conway, Esq., Lazare Potter Giacovas & Moyle LLP, 747 Third Avenue, 16th Floor, New York, NY 10017-2856 |
| 18594641 | + | Rearc LLC, c/o Michael T. Conway, Esq., Lazare Potter Giacovas & Moyle LLP, 747 Third Avenue, 16th Floor, New York, NY 10017-2856 |
| 18594639 | + | Xmogrify, c/o Michael T. Conway, Esq., Lazare Potter Giacovas & Moyle LLP, 747 Third Avenue, 16th Floor, New York, NY 10017-2856 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: liepinse@lanwt.org | Jul 25 2024 22:09:22 | Eric A Liepins, Legal Aid of Northwest Texas, 1515 Main Street, Dallas, TX 75201 |
| tr | + | EDI: FRSATIJA.COM | Jul 26 2024 02:17:00 | Ron Satija, P.O. Box 660208, Austin, TX 78766-7208 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 25 2024 22:09:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Collaborative Vision, LLC, c/o Kell C. Mercer, PC, 901 S Mopac Expy Bldg 1 Ste 300, Austin, TX 78746-5883 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: 309C | Total Noticed: 17 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor ArtiusID Inc. liepinse@lanwt.org, martha@ealpc.com;r56883@notify.bestcase.com;eric_154@ecf.courtdrive.com |
| Jason Bradley Binford | on behalf of Petitioning Creditor Rearc LLC jason.binford@rsbfirm.com |
| Jason Bradley Binford | on behalf of Petitioning Creditor Goldstein Consulting Services LLC jason.binford@rsbfirm.com |
| Jason Bradley Binford | on behalf of Petitioning Creditor Xmogrify LLC jason.binford@rsbfirm.com |
| Kell C. Mercer | on behalf of Creditor Collaborative Vision LLC kell.mercer@mercer-law-pc.com |
| Michael Conway | on behalf of Petitioning Creditor Goldstein Consulting Services LLC mconway@lpgmlaw.com |
| Michael Conway | on behalf of Petitioning Creditor Rearc LLC mconway@lpgmlaw.com |
| Michael Conway | on behalf of Petitioning Creditor Xmogrify LLC mconway@lpgmlaw.com |
| Robert T DeMarco, III | on behalf of Debtor ArtiusID Inc. robert@demarcomitchell.com, barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com |
| Ron Satija | rsatija@haywardfirm.com szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 11