**The relief described hereinbelow is SO ORDERED.**

**Signed August 01, 2024.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 23-11007-cgb |
| ARTIUSID, INC., | § § | |
| | § | Chapter 7 |
| Alleged Debtor. | § § | |

### ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Mark D. Bloom ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ArtiusID, Inc. in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

Prepared by:
Mark Bloom
Pro Hac Vice (Pending)
BAKER & MCKENZIE LLP
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com