# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| ARTIUSID, INC., | § | CASE NO. 23-11007-cgb |
| | § | |
| Alleged Debtor. | § | |

## DECLARATION OF MICHAEL FREDERICK MARCOTTE
## <u>CERTIFYING MATRIX OF CREDITORS</u>

I, Michael Frederick Marcotte, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following factual assertions are true and correct:

1. I am over eighteen (18) years of age, of sound mind, qualified and competent in all respects to make this Declaration, and do so of my own personal knowledge.

2. Since on or about March 1, 2023, I have been and remain Chairman of the Board, CEO, President and Secretary of artius.iD, Inc., formerly known as Q5id, Inc. (the "**Company**"). In these various capacities I have personal knowledge of the business operations, financial affairs and strategic plan of the Company. In preparing this Declaration I have relied on and confirmed information provided by other members of the Company's senior management, all of whom report directly or indirectly to me.

3. I and others acting under my direction have reviewed the financial books and records of artius.iD dating back to November 30, 2023, the date on which the Involuntary Petition was filed in this case (the "**Involuntary Petition Date**"). On the basis of that review, I respectfully submit the attached matrix of all known creditors to whom debts were accrued and owing from the Involuntary Petition Date through the date of this Declaration, and accompanying list identifying which of those claims are disputed, contingent or unliquidated.

4. Except as otherwise indicated, all statements set forth in this Declaration are based upon: (a) my personal knowledge of the business and financial affairs of the Company; (b) information supplied

to me by other members of the Company's senior management; (c) my review of relevant documents; and (d) my personal observations and opinions based upon all of the foregoing. If called upon to testify, I could and would testify to the facts set forth in this Declaration.

Dated: 09 August 2024 | 15:06:08 BST

E-signed by:

Signed by:

*Michael Frederick Marcotte*
—41CF19155441CF...
Michael Frederick Marcotte

Adobe
345 Park Ave
San Jose, CA 95110

Amato Mediation
P.O. Box 13483
Portland, OR 97213

Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109

Atlassian/Jira
350 Bush Street, Floor 13
San Francisco, CA 94104

Barber Ranen, LLP
601 SW 2nd Ave #2300
Portland, OR 97204

Bill.com
6220 America Center Drive
Suite 100
San Jose, CA 95002

Carta
333 Bush Street, Floor 23
Suite 2300
San Francisco, CA 94104

Chubb
15 Mountain View Road
Warren, NJ 07061

Collaborative Vision LLC
P.O. Box 481
Beaverton, OR 97075

Cowen, Liebowitz
& Latman, P.C.
21st Floor
114 West 47th Street
New York, NY 10036

Docusign
221 Main St.
Suite 1550
San Francisco, CA 94105

Elswick Group LLC
3902 S Elkhart St
Aurora, CO 80014

Eric Liepins, P.C.
12770 Coit Road
Suite 950
Dallas, TX 75251

FDGWeb
3325 Smokey Point Dr
Arlington, WA 98223

FedEx
942 South Shady Grove Road
Memphis, TN 38120

Figma
760 Market St Floor 10
San Francisco, CA 94102

First Insurance Funding
450 Skokie Blvd Suite 1000
Northbrook, IL 60062

Fisher & Phillips LLP
Depository Account
111 SW 5th Ave #4040
Portland, OR 97204

GitLab
268 Bush St #350
San Francisco, CA 94104

Google Domains
1600 Amphitheatre Parkway
Mountain View, CA 94043

Google Play
1600 Amphitheatre Parkway
Mountain View, CA 94043

GPC
5285 Meadows Rd #420
Lake Oswego, OR 97035

Harvest Small Business Finance
24422 Avenida de la Carlota
Suite 400
Laguna Hills, CA 92653

IDScan. Net
2045 Lakeshore Drive
Suite 213
New Orleans, LA 70122

Intelligent Buildings
2901 West Coast Highway

Suite 200
Newport Beach, CA 92660

KBF CPA
5285 Meadows Rd #420
Lake Oswego, OR 97035

Leyton USA, Inc.
2 Avenue de Lafayette
6th Floor
Boston, MA 02111

NPM
1999 Harrison St #1150
Oakland, CA 94612

O'Hagen Meyer
805 SW Broadway #2280
Portland, OR 97205

Postman
201 Mission Street
Suite 2375
San Francisco, CA 94105

QuickBooks
2700 Coast Ave
Mountain View, CA 94043

Rawls Law office, P.C.
249 NE Lincoln St
Hillsboro, OR 97124

Schwabe Williamson & Wyatt, P.C.
1211 SW 5th Ave Ste 1900
Portland, OR 97204

Shopify
151 O'Connor Street
Ground Floor
Ottawa, ON, K2P 2L8

Theresa Wilson
5273 Ivy Creek Lane
Lakeland, TN 38002

Transmission Private
4-5 Gough Sq Fl 3
London
Greater London, EC4A 3DE
United Kingdom

TriNet
1 Park Pl, # 600
Dublin, CA 94568

Wework Austin
801 Barton Springs Road
Austin, TX 78704

Wework Bellevue
800 Bellevue Way NE
Bellevue, WA 98004

Wood Capital Group
15 Mahogany Court 4
Christchurch, AG Barbados

Woodruff Sawyer
50 California Street
Floor 12
San Francisco, CA 94111

Zoom
55 N Almaden Blvd
6th Floor
San Jose, CA 95113

## Creditor List
### [addresses included on the attached matrix]

| Creditor Name | Category |
| --- | --- |
| Collaborative Vision LLC | Disputed / Unliquidated |
| Leyton USA, Inc. | Contingent (on R&D Tax credit) |
| Wood Capital Group | Pending |

## Paid in Full and Current Creditors

| Creditor Name | Category |
| --- | --- |
| Adobe | Current |
| Amato Mediation | Paid in Full |
| Amazon Web Services | Current |
| Atlassian/Jira | Current |
| Barber Ranen, LLP | Paid in Full |
| Bill.com | Current |
| Carta | Current |
| Chubb | Paid in Full |
| Cowen, Liebowitz & Latman, P.C. | Current |
| Docusign | Paid in Full |
| Elswick Group LLC | Paid in Full |
| Eric Liepins, P.C. | Paid in Full |
| FDGWeb | Current |
| FedEx | Current |
| Figma | Current |
| First Insurance Funding | Current |
| Fisher & Phillips LLP Depository Account | Paid in Full |
| GitLab | Paid in Full |
| Google Domains | Current |
| Google Play | Current |
| GPC | Current |
| Harvest Small Business Finance | Current |
| IDScan. Net | Current |
| Intelligent Buildings | Current |
| KBF CPA | Current |
| NPM | Current |
| O'Hagen Meyer | Current |
| Postman | Current |
| QuickBooks | Current |
| Rawls Law office, P.C. | Paid in Full |
| Schwabe Williamson & Wyatt, P.C. | Current |
| Shopify | Current |
| Theresa Wilson | Paid in Full |

| | |
|---|---|
| Transmission Private | Current |
| TriNet | Current |
| Wework Austin | Current |
| Wework Bellevue | Current |
| Woodruff Sawyer | Paid in Full |
| Zoom | Paid in Full |