IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 7 |
| ARTIUSID, INC. | § § | Case No. 23-11007 |
| DEBTORS. | § § | |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Craig E. Power hereby appear as counsel for creditor Collaborative Vision, Inc. ("Collaborative Vision"), who hereby submits this notice of appearance in the above-captioned proceeding, requests notice of all hearings and conferences herein, and makes demand for service of all papers herein, including, but not limited to, papers and notices pursuant to Bankruptcy Rules 1009, 2002, 3017, 9007 and 9010 and § 342 (if applicable) of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served upon Craig E. Power, Reagan H. "Tres" Gibbs, III and Emma P. Myles as follows:

> Craig E. Power
> Reagan H. "Tres" Gibbs, III
> Emma P. Myles
> COKINOS | YOUNG
> Four Houston Center
> 1221 Lamar Street, 16th Floor
> Houston, Texas 77010
> tgibbs@cokinoslaw.com
> emyles@cokinoslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs,

operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** Collaborative Vision intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the rights of Collaborative Vision to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the rights of Collaborative Vision to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases; (iii) the rights of Collaborative Vision to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Collaborative Vision is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoff, and recoupments the undersigned expressly reserves on behalf of Collaborative Vision.

    Respectfully submitted,

    **COKINOS | YOUNG**

By: */s/ Craig E. Power*
    CRAIG E. POWER
    State Bar. No. 16210500
    cpower@cokinoslaw.com
    REAGAN H. "TRES" GIBBS, III
    State Bar No: 24083068
    tgibbs@cokinoslaw.com
    EMMA P. MYLES
    Texas Bar No: 24137075

        emyles@cokinoslaw.com
        1221 Lamar Street, 16th Floor
        Houston, Texas 77010-3039
        Tel.: (713) 535-5500
        Fax: (713) 535-5533

*Counsel for Collaborative Vision, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 12, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties authorized to receive notice through the Court's Electronic Filing system in this case.

        */s/ Craig E. Power*
        CRAIG E. POWER