## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **In re:** | |
| **ARTIUSID, INC.** | Case No. 23-11007-cgb <br> Chapter 7 |
| **Alleged Debtor.** | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND OTHER PAPERS

Todd Headden and the law firm of Hayward PLLC, as counsel for Ron Satija, Chapter 7 Trustee, appear in this bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure. Mr. Headden requests that all notices, motions, plans, and disclosure statements filed, served, or entered in this case be served upon the undersigned at the following addressed:

> Todd Headden
> theadden@haywardfirm.com
> Hayward PLLC
> 7600 Burnet Road, Suite 530
> Austin, TX 78757

This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

DATED: August 14, 2024.

Respectfully submitted,

*/s/ Todd Headden*
Todd Headden
Bar Number: 24096285
theadden@haywardfirm.com
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (phone/fax)

**COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2024, a true and correct copy of the foregoing was served via US mail and/or by electronic notice by the US court system on the following parties in interest:

| *Debtor:* | *Debtor's Counsel:* |
|---|---|
| ArtiusID, Inc.<br>801 Barton Springs<br>Austin, TX 78704 | Mark D. Bloom<br>Alexander D. Burch<br>**BAKER MCKENZIE LLP**<br>mark.bloom@bakermckenzie.com<br>alexander.burch@bakermckenzie.com<br><br>Robert T. DeMarco<br>robert@demarcomitchell.com<br><br>Eric A. Liepins<br>liepinse@lanwt.org |
| *Petitioning Creditors:* | *Petitioning Creditors' Counsel:* |
| Xmogrify, LLC<br>23 Arden Drive<br>Hartsdale, NY 10503 | Jason Bradley Binford<br>**ROSS, SMITH & BINFORD, PC**<br>jason.binford@rsbfirm.com |
| Goldstein Consulting Services, LLC<br>4445 Post Road, Apt. 5D<br>New York, NY 10471 | Michael Conway<br>Ana Pia D. Felix<br>**LAZARE POTTER GIACOVAS & MOYLE LLP**<br>mconway@lpgmlaw.com<br>afelix@lpgmlaw.com |
| Rearc LLC<br>1216 Broadway, Suite 218<br>New York, NY 10001 | |

/s/ *Todd Headden*
Todd Headden