EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUSID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |

**[PROPOSED] ORDER APPROVING CONSENT STIPULATION
AND DISMISSING INVOLUNTARY CASE**

THIS MATTER came before the Court on negative notice pursuant to L. Rule 9014(a) of the Local Bankruptcy Rules, for consideration of the *Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Docket No.   ] (the "**Dismissal Motion**") filed by the Alleged Debtor and Petitioning Creditors under section 303(j)(2) or in the alternative section 707(a) of the Bankruptcy Code, 11 U.S.C. §§303(j)(2), 707(a). The Court having read and considered the Dismissal Motion and being familiar with the record in this chapter 7 case, finds that good and sufficient notice has been provided to creditors and parties in interest as required

under the foregoing provisions and applicable Bankruptcy Rules, that no objection has been timely filed to the Dismissal Motion, and that the involuntary petition and this involuntary case should be dismissed.

Accordingly, it is

**ORDERED AND ADJUDGED AS FOLLOWS:**

1. The involuntary petition and this involuntary case be and hereby are DISMISSED; and

2. The Court retains jurisdiction solely for the purpose of considering any application by the Trustee and/or his counsel for the allowance, award and payment of any fees and expenses, without prejudice to the rights of any party in interest in respect on any such application. Such application shall be filed within seven (7) days from the date of entry of this Order.

###

Submitted by:

Alexander D. Burch
**BAKER & McKENZIE LLP**
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Bloom (admitted *pro hac vice)*
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com

*Counsel for Debtor ArtuisID*

2