UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 23-11007-cbg |
| ARTIUSID, INC., | § | Chapter 7 |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Lynn Hamilton Butler of Husch Blackwell LLP, appears as counsel for Collaborative Vision, LLC ("Collaborative Vision"), a creditor in the above-styled and number case. Collaborative Vision, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, request that copies of all notices and pleadings given or required to be given in this chapter 7 proceeding and copies of all papers served or required to be served in this chapter 7 proceeding, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the following:

**HUSCH BLACKWELL LLP**
Lynn Hamilton Butler
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 479-9758
Facsimile: (512) 479-1101
Email: lynn.butler@huschblackwell.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders

HB: 4863-4376-1626.1

and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Collaborative Vision, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Collaborative Vision may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: August 21, 2024 | Respectfully Submitted,<br><br>HUSCH BLACKWELL LLP<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701<br>(512) 472-5456 (main)<br>(512) 479-9758 (direct)<br>(512) 479-1101 (fax)<br><br>By: */s/Lynn Hamilton Butler*<br>    Lynn Hamilton Butler<br>    Texas Bar No. 03527350<br>    Lynn.butler@huschblackwell.com<br><br>**COUNSEL FOR COLLABORATIVE VISION, LLC** |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on August 21, 2024, the foregoing was served via this Courts ECF notification system to those parties registered to receive such notification as identified on the attached list.

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler

HB: 4863-4376-1626.1

| | | |
|---|---|---|
| **ArtiusID, Inc.**<br>801 Barton Springs<br>Austin, TX 78704<br>Tax ID / EIN: 00-0000000<br>*Added: 11/30/2023*<br>*(Debtor)* | represented by | **Mark D. Bloom**<br>Baker McKenzie LLP<br>1111 Brickell Ave<br>Ste 10th Floor<br>Miami, FL 33131<br>305-789-8900<br>mark.bloom@bakermckenzie.com<br>*Assigned: 07/30/24*<br><br>**Alexander D. Burch**<br>Baker McKenzie LLP<br>700 Louisiana, Suite 3000<br>Houston, TX 77002<br>713-427-5038<br>713-427-5099 (fax)<br>alexander.burch@bakermckenzie.com<br>*Assigned: 07/29/24*<br><br>**Robert T DeMarco, III**<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251<br>972-991-5591<br>robert@demarcomitchell.com<br>*Assigned: 03/30/24*<br><br>**Eric A Liepins**<br>Legal Aid of Northwest Texas<br>1515 Main Street<br>Dallas, TX 75201<br>214-243-2231<br>liepinse@lanwt.org<br>*Assigned: 12/19/23* |
| **Collaborative Vision, LLC**<br>c/o Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746<br>(512) 767-3214<br>kell.mercer@mercer-law-pc.com<br>*Added: 01/07/2024*<br>*(Creditor)* | represented by | **Reagan H. "Tres" Gibbs, III**<br>Cokinos Law<br>1221 Lamar St, 16th Floor<br>Houston, TX 77010<br>(713) 535-5500<br>tgibbs@cokinoslaw.com<br>*Assigned: 08/01/24* |

HB: 4863-4376-1626.1

2

|  |  |  |
|---|---|---|
|  |  | **Kell C. Mercer**<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746<br>512-627-3512<br>512-597-0767 (fax)<br>kell.mercer@mercer-law-pc.com<br>*Assigned: 01/07/24*<br><br>**Emma Myles**<br>Cokinos Law<br>1221 Lamar St<br>Ste FL 16<br>Houston, TX 77010<br>713-535-7049<br>emyles@cokinoslaw.com<br>*Assigned: 08/01/24*<br><br>**Craig E. Power**<br>Cokinos Bosien & Young<br>Four Houston Center<br>1221 Lamar, 16th Floor<br>Houston, TX 77010<br>(713) 535-5500<br>(713) 535-5533 (fax)<br>cpower@cbylaw.com<br>*Assigned: 08/12/24* |
| **Goldstein Consulting Services, LLC**<br>4445 Post Road, Apt. 5D<br>New York, NY 10471<br>*Added: 11/30/2023*<br>*(Petitioning Creditor)* | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna<br>Bldg. 6<br>Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23*<br><br>**Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24* |

| | | |
|---|---|---|
| | | **Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |
| **Rearc LLC**<br>1216 Broadway, Suite 218<br>New York, NY 10001<br>*Added: 11/30/2023*<br>*(Petitioning Creditor)* | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna<br>Bldg. 6<br>Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23* |
| | | **Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24* |
| | | **Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |
| **Ron Satija**<br>P.O. Box 660208<br>Austin, TX 78766<br>512-733-1311<br>512-733-1311 (fax)<br>rsatija@haywardfirm.com<br>*Added: 07/25/2024*<br>*(Trustee)* | represented by | **Todd Brice Headden**<br>Hayward PLLC<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757<br>737-881-7104<br>theadden@haywardfirm.com<br>*Assigned: 08/14/24* |

3

HB: 4863-4376-1626.1

**United States Trustee - AU12**
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701
(512) 916-5330
ustpregion07.au.ecf@usdoj.gov
*Added: 11/30/2023*
(U.S. Trustee)

| | | |
|---|---|---|
| **Xmogrify, LLC**<br>23 Arden Drive<br>Hartsdale, NY 10503<br>*Added: 11/30/2023*<br>(Petitioning Creditor) | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna<br>Bldg. 6<br>Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23*<br><br>**Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24*<br><br>**Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |

HB: 4863-4376-1626.1