IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 7 |
| | § | |
| ARTIUSID, INC. | § | Case No. 23-11007 |
| | § | |
| DEBTORS. | § | |

## NOTICE OF WITHDRAWAL OF APPEARANCE
*(Relates to ECF No. 86)*

**PLEASE TAKE NOTICE** that Craig E. Power hereby withdraws his notice of appearance as counsel for creditor Collaborative Vision, Inc. ("Collaborative Vision"), as previously filed at ECF Doc. 86.

Respectfully submitted,

**COKINOS | YOUNG**

By: */s/ Craig E. Power*
CRAIG E. POWER
State Bar No. 16210500
cpower@cokinoslaw.com
REAGAN H. "TRES" GIBBS, III
State Bar No: 24083068
tgibbs@cokinoslaw.com
EMMA P. MYLES
Texas Bar No: 24137075
emyles@cokinoslaw.com
1221 Lamar Street, 16th Floor
Houston, Texas 77010-3039
Tel.: (713) 535-5500
Fax: (713) 535-5533

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 22, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties authorized to receive notice through the Court's Electronic Filing system in this case.

                                              */s/ Craig E. Power*
                                              CRAIG E. POWER