IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 7 |
| ARTIUSID, INC. | § § | Case No. 23-11007 |
| DEBTORS. | § § | |

## NOTICE OF WITHDRAWAL OF APPEARANCE
*(Relates to ECF No. 76)*

**PLEASE TAKE NOTICE** that Emma P. Myles hereby withdraws her notice of appearance as counsel for creditor Collaborative Vision, Inc. ("Collaborative Vision"), as previously filed at ECF Doc. 76.

Respectfully submitted,

COKINOS | YOUNG

By: */s/ Emma P. Myles*
    CRAIG E. POWER
    State Bar No. 16210500
    cpower@cokinoslaw.com
    REAGAN H. "TRES" GIBBS, III
    State Bar No: 24083068
    tgibbs@cokinoslaw.com
    EMMA P. MYLES
    Texas Bar No: 24137075
    emyles@cokinoslaw.com
    1221 Lamar Street, 16th Floor
    Houston, Texas 77010-3039
    Tel.: (713) 535-5500
    Fax: (713) 535-5533

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties authorized to receive notice through the Court's Electronic Filing system in this case.

                                          */s/ Emma P. Myles*
                                          EMMA P. MYLES