UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 23-11007-CGB |
| ARTIUSID, INC | § | |
| | § | |
| | § | |
| Debtor | § | Chapter 7 |

### ORDER GRANTING TRUSTEE'S MOTION TO RECONSIDER

Before the Court is the Motion filed by the Trustee requesting reconsideration of this court's order of August 8, 2024, at Docket Entry No. 83 The Court finds that the Motion should be granted as set forth below.

ACCORDINGLY, IT IS THEREFORE ORDERED that the status conference resulting in Docket No. 83 be reset in conjunction with the hearing on the Debtor's Motion to Dismiss.

### END OF ORDER ###

*Order Prepared By:*

Ron Satija, HAYWARD PLLC, 7600 Burnet Road, Suite 530, Austin, TX 78757
(737) 881-7102, rsatija@haywardfirm.com,
 Proposed Counsel for Trustee