```
Label Matrix for local noticing          ArtiusID, Inc.                           U.S. BANKRUPTCY COURT
0542-1                                   801 Barton Springs                       903 SAN JACINTO, SUITE 322
Case 23-11007-cgb                        Austin, TX 78704-1146                    AUSTIN, TX 78701-2450
Western District of Texas
Austin
Thu Aug 22 15:23:35 CDT 2024

ArtiusID, Inc.                           ArtiusID, Inc.                           Collaborative Vision LLC
c/o Alexander D. Burch                   c/o Robert T. DeMarco                    c/o Cokinos Young
BAKER & McKENZIE LLP                     DeMarcoMitchell, PLLC                    1221 Lamar 16th FL
800 Capitol St., Suite 2100              12770 Coit Road, Suite 850               Houston TX 77010-3039
Houston, Texas 77002-2947                Dallas, TX 75251-1364

Collaborative Vision, LLC                Collaborative Vision, LLC                Collaborative Vision, LLC
c/o Emma P. Myles                        c/o Kell C. Mercer, PC                   c/o Lynn Hamilton Butler
Cokinos Young                            901 S Mopac Expy Bldg 1 Ste 300          Husch Blackwell LLP
1221 Lamar Street, 16th Floor            Austin, TX 78746-5883                    111 Congress Avenue, Suite 1400
Houston, Texas 77010-3039                                                         Austin, TX 78701-4093

Collaborative Vision, LLC                Goldstein Consulting Services, LLC       Rearc LLC
c/o Tres Gibbs                           c/o Michael T. Conway, Esq.              c/o Michael T. Conway, Esq.
Cokinos Young                            Lazare Potter Giacovas & Moyle LLP       Lazare Potter Giacovas & Moyle LLP
1221 Lamar, 16th Fl.                     747 Third Avenue, 16th Floor             747 Third Avenue, 16th Floor
Houston, Texas 77010-3039                New York, NY 10017-2856                  New York, NY 10017-2856

Ron Satija, Chapter 7 Trustee            United States Trustee - AU12             Xmogrify
c/o Todd Headden                         United States Trustee                    c/o Michael T. Conway, Esq.
Hayward PLLC                             903 San Jacinto Blvd, Suite 230          Lazare Potter Giacovas & Moyle LLP
7600 Burnet Road, Suite 530              Austin, TX 78701-2450                    747 Third Avenue, 16th Floor
Austin, TX 78757-1269                                                             New York, NY 10017-2856

Alexander D. Burch                       Eric A Liepins                           Mark D. Bloom
Baker McKenzie LLP                       Legal Aid of Northwest Texas             Baker McKenzie LLP
700 Louisiana, Suite 3000                1515 Main Street                         1111 Brickell Ave
Houston, TX 77002-2871                   Dallas, TX 75201-4841                    Ste 10th Floor
                                                                                  Miami, FL 33131-3122

Robert T DeMarco III                     Ron Satija                               End of Label Matrix
Robert Demarco                           P.O. Box 660208                          Mailable recipients    19
12770 Coit Road                          Austin, TX 78766-7208                    Bypassed recipients     0
Suite 850                                                                         Total                  19
Dallas, TX 75251-1364
```