**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | Case No. 23-11007-CGB |
| ARTIUSID, INC | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### APPLICATION FOR RETENTION OF HAYWARD PLLC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §327(a)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

COMES NOW Ron Satija, Trustee ("Trustee"), the duly appointed and acting Trustee in the above-captioned bankruptcy case, and hereby files his *Application for Retention of Hayward PLLC as Counsel for the Estate Pursuant to 11 U.S.C. §327(a)* (the "Application"), and would show the Court as follows:

1.      The case was filed on November 30, 2023, as an involuntary proceeding. The Order for Relief was entered on July 24, 2024, and Ron Satija was named as the Chapter 7 Trustee on July 25, 2024.

2.      In connection with the performance of his duties as trustee and in addition to the above, the Trustee seeks to retain Hayward PLLC ("Hayward") to provide legal services in connection with liquidating assets of the Debtor including negotiating Asset Purchase Agreements and drafting sale motions. Hayward may also provide legal services in connection with: (i) investigating the Debtor's financial condition; (ii) investigating all schedules, transfers, notes, leases, and security interests, and preference actions; (iii) investigating monies advanced to the

Debtor and payments made by the Debtor; (iii) conducting discovery; (iv) preserving assets of the estate; (v) investigating statutory and non-statutory insider relationships and transactions with the Debtor; (vi) demanding and prosecuting claims for turnover of estate assets; (vii) prosecuting, as necessary, adversary proceedings, (viii) objecting to claims, and (ix) maximizing recovery to the estate.

3.　Hayward has no interest adverse to the estate. Attached hereto as **Exhibits "A" and "B"**, respectively, are the Disclosure of Compensation under 11 U.S.C. §329 and Bankruptcy Rule 2016(b) and the declaration of Todd Headden with addendum indicating Hayward has no interest adverse to this estate the Trustee's attorneys with regards to matters related to the bankruptcy estate. The declaration addendum lists all cases in which Hayward is or has represented the Trustee.

4.　It is in the best interest of the estate that Hayward be employed to represent the Trustee as counsel. Todd Headden is a licensed attorney in good standing with the State Bar of Texas. He has experience in investigating and pursuing claims similar to those potentially at issue in this case. The Trustee believes that it is in the best interest of the estate to employ Hayward to represent the Trustee generally.

5.　The attorneys of Hayward will charge their normal hourly rates. The attorney who will be primarily responsible is Todd Headden, whose current hourly rate is $400.00, and which may be adjusted upward at the beginning of each calendar year. Paralegals, Administrative Staff, and other attorneys will charge $150.00-$550.00 per hour. The attorneys will also be entitled to reimbursement of reasonable expenses, attached hereto as **Exhibit "C"** is the engagement letter of Hayward. No compensation will be paid until a fee application has been filed and approved by the Court, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

6.      Hayward maintains two offices for the practice of law in the state of Texas. One is in Dallas at 10501 N. Central Expy., Ste. 106, Dallas, TX 75231 and the second is in Austin at 7600 Burnet Road, Suite 530, Austin, TX 78757.

WHEREFORE PREMISES CONSIDERED, Ron Satija, Chapter 7 Trustee, prays that he be authorized to retain Hayward PLLC as his attorneys and for such other relief as the Court deems just and proper.

Date: August 27, 2024                              Respectfully submitted,

*/s/ Ron Satija*
Ron Satija
Texas State Bar No. 24039158
P.O. Box 660208
Austin, Texas 78766-7208
(737) 881-7102 (Phone/Fax)
rsatija@satijatrustee.com

**Chapter 7 Trustee for the Debtor's Estate**

*/s/ Todd Headden*
Todd Headden
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7104 (Phone/Fax)
theadden@haywardfirm.com

**Proposed Counsel for the
Chapter 7 Trustee, Ron Satija**

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on August 27, 2024, this *Application*, together with all exhibits, was served via CM/ECF to all parties requesting service thereby and by U.S. First Class mail to the parties listed below and, further, the *Notice of Employment* without exhibits was mailed via U.S. First Class mail to the parties listed on the attached creditor's matrix.

                                   */s/ Todd Headden*
                                   Todd Headden

```
Label Matrix for local noticing      ArtiusID, Inc.                      U.S. BANKRUPTCY COURT
0542-1                                801 Barton Springs                 903 SAN JACINTO, SUITE 322
Case 23-11007-cgb                     Austin, TX 78704-1146              AUSTIN, TX 78701-2450
Western District of Texas
Austin
Tue Aug 27 18:37:11 CDT 2024

ArtiusID, Inc.                        ArtiusID, Inc.                      Collaborative Vision LLC
c/o Alexander D. Burch                c/o Robert T. DeMarco               c/o Cokinos Young
BAKER & McKENZIE LLP                  DeMarcoMitchell, PLLC               1221 Lamar 16th FL
800 Capitol St., Suite 2100           12770 Coit Road, Suite 850          Houston TX 77010-3039
Houston, Texas 77002-2947             Dallas, TX 75251-1364

Collaborative Vision, LLC             Collaborative Vision, LLC           Collaborative Vision, LLC
c/o Emma P. Myles                     c/o Kell C. Mercer, PC              c/o Lynn Hamilton Butler
Cokinos Young                         901 S Mopac Expy Bldg 1 Ste 300     Husch Blackwell LLP
1221 Lamar Street, 16th Floor         Austin, TX 78746-5883               111 Congress Avenue, Suite 1400
Houston, Texas 77010-3039                                                 Austin, TX 78701-4093

Collaborative Vision, LLC             Goldstein Consulting Services, LLC  Rearc LLC
c/o Tres Gibbs                        c/o Michael T. Conway, Esq.         c/o Michael T. Conway, Esq.
Cokinos Young                         Lazare Potter Giacovas & Moyle LLP  Lazare Potter Giacovas & Moyle LLP
1221 Lamar, 16th Fl.                  747 Third Avenue, 16th Floor        747 Third Avenue, 16th Floor
Houston, TX 77010-3039               New York, NY 10017-2856             New York, NY 10017-2856

Ron Satija, Chapter 7 Trustee        United States Trustee - AU12        Xmogrify
c/o Todd Headden                     United States Trustee               c/o Michael T. Conway, Esq.
Hayward PLLC                          903 San Jacinto Blvd, Suite 230     Lazare Potter Giacovas & Moyle LLP
7600 Burnet Road, Suite 530           Austin, TX 78701-2450               747 Third Avenue, 16th Floor
Austin, TX 78757-1269                                                     New York, NY 10017-2856

Alexander D. Burch                    Eric A Liepins                      Mark D. Bloom
Baker McKenzie LLP                    Legal Aid of Northwest Texas        Baker McKenzie LLP
700 Louisiana, Suite 3000             1515 Main Street                    1111 Brickell Ave
Houston, TX 77002-2871                Dallas, TX 75201-4841               Ste 10th Floor
                                                                          Miami, FL 33131-3122

Robert T DeMarco III                  Ron Satija                         End of Label Matrix
Robert Demarco                        P.O. Box 660208                    Mailable recipients    19
12770 Coit Road                       Austin, TX 78766-7208              Bypassed recipients     0
Suite 850                                                                Total                  19
Dallas, TX 75251-1364
```