

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 23-11007-CGB** |
| **ARTIUSID, INC** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**DISCLOSURE OF COMPENSATION**
**UNDER 11 U.S.C. 329 AND BANKRUPTCY RULE 2016(b)**

I certify that Hayward PLLC is the proposed counsel for the Trustee in this case, and that the compensation paid or agreed to be paid to Hayward PLLC for services rendered or to be rendered in such capacity in or in connection with a case under Title 11 of the United States Code, is as follows:

| | |
|---|---|
| Amount paid: | None |
| Amount to be paid: | Hourly Fee ($150 to $550/hour) |
| Property transferred to attorney: | None |
| Collateral held by attorney: | None |
| The source of the compensation already paid was: | N/A |

I have not agreed to share this compensation with any other person unless they are partners, counsel, or associates of the firm Hayward PLLC.

Dated: August 27, 2024

Respectfully submitted,

*/s/ Todd Headden*
Todd Headden
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7104 (Phone/Fax)
theadden@haywardfirm.com

***Proposed Counsel for the***
***Chapter 7 Trustee, Ron Satija***

1 | P a g e