


7600 Burnet Road, Suite 530
Austin, TX 78757
Phone: 737.881.7100
Fax: 737.881.7100
www.HaywardFirm.com
THeadden@HaywardFirm.com

August 26, 2024

*Via e-mail: (rsatija@satijatrustee.com)*
Ron Satija, Trustee
P.O. Box 660208
Austin, TX 78766

    Re:    Agreement for Legal Services

Mr. Satija:

    Thank you for engaging Hayward PLLC (the "Firm") in connection with representing you as the Trustee ("You" or "Your") in the interest of the bankruptcy estate as general counsel in bankruptcy case number 23-11007, In re ArtiusID, Inc. in the Western District of Texas Bankruptcy Court, Austin Division. The Firm is pleased to undertake this representation.

    We provide this engagement letter in order to set out the specific terms applicable to the representation (the "Engagement Letter"). Specifically, the following terms and provisions apply to this engagement:

1. The Firm will charge a reasonable fee for services rendered based upon its standard hourly rates.

2. In addition to the fee described above, you will be responsible for the Firm's expenses incurred in connection with this engagement.

3. The Firm will provide you an open account invoice for services and expenses on the earlier to occur of the conclusion of this engagement or as soon as possible following the end of each calendar month until such time as this engagement is completed. The Firm may deliver invoices to you on or about the 10th day of the month following the month in which the services were rendered, and expenses or charges incurred.

4. You have requested that the scope of this engagement be limited to the matter described above. Therefore, the Firm is not responsible for other matters for which we have not specifically been engaged per the terms of this engagement letter. However, should you desire to enlarge the scope of this engagement in the future, the Firm would be pleased to discuss such additional undertakings with you.

We are aware that no fees will be paid except by order of the Court, and you will have no responsibility for fees or expenses other than in your capacity as a trustee.

Again, thank you for allowing the Firm to be of service to you in connection with this engagement. If the provisions of this Engagement Letter meet with your approval, please so indicate by signing and returning the original of this letter to me. Please maintain a copy of this Engagement Letter for your files.

Sincerely,

**HAYWARD PLLC**

*/s/ Todd Headden*
Todd Headden

## ACKNOWLEDGMENT AND AGREEMENT

I have read the Engagement Letter, and agree to employ the Firm of **HAYWARD PLLC** to represent me in accordance with the terms of the Engagement Letter:

**Ron Satija,
Chapter 7 Trustee**

*/s/ Ron Satija*                      08/26/2024
Signature                                          Date