# IN THE UNITED STATES BANKRUPTCY COURT
# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: § | Case No. 23-11007-CGB | |
| ARTIUSID, INC § | | |
| § | Chapter 7 | |
| Debtor. § | | |

## NOTICE OF APPLICATION FOR RETENTION OF HAYWARD PLLC AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §327(a)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

| | |
|---|---|
| NAME OF CLIENT: | Ron Satija, Trustee |
| IDENTITY OF PROFESSIONAL: | Todd Headden |
| | Hayward PLLC |
| | 7600 Burnet Road, Suite 530 |
| | Austin, TX 78757 |
| | *Application and exhibits available upon request |
| NATURE OF PROFESSION: | Attorney |
| CONFLICTS: | None |
| RETAINER: | None |
| PROPOSED COMPENSATION: | Attorneys $215.00-$550.00/hour |
| | Paralegals/Assistants $150.00-$195.00/hour |
| OTHER PROFESSIONALS IN CASE: | None |

Date: August 27, 2024

Respectfully submitted,

*/s/ Todd Headden*
Todd Headden
Texas State Bar No. 24079317
**Hayward PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7104 (Phone/Fax)
theadden@haywardfirm.com

*Proposed Counsel for the Chapter 7 Trustee, Ron Satija*

2 | P a g e