**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-11007-CGB |
| ARTIUSID, INC | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**ORDER GRANTING APPLICATION FOR RETENTION OF HAYWARD PLLC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327(a)**

CAME ON FOR CONSIDERATION the *Application for Retention of Hayward PLLC as Counsel for the Estate Pursuant to 11 U.S.C. § 327(a)* (the "Application") filed on behalf of Ron Satija, in his capacity as Chapter 7 trustee of the estate of ArtiusID, Inc. After considering the Application, the arguments of counsel, if any, the responses, or objections, if any, and the evidence presented, the Court:

**GRANTS** the Application and the relief requested therein.

In granting the Application, the Court

**FINDS** that employment of Hayward PLLC ("Hayward") is in the best interest of the Debtor's estate. Based on these findings, the Court

**ORDERS** that Hayward is employed as the Trustee's counsel pursuant to 11 U.S.C. § 327(a). It is further

**ORDERED** that no payment of fees or expenses shall occur unless and until Hayward submits a fee application pursuant to 11 U.S.C. §330(a) or 11 U.S.C. §331 and is approved by the Court.

# # # END OF ORDER # # #

*Order Prepared By:*

*/s/ Todd Headden*
Todd Headden
Texas State Bar No. 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7104 (Phone/Fax)
theadden@haywardfirm.com

*Proposed Counsel for the*
*Chapter 7 Trustee, Ron Satija*