EXHIBIT A

| | |
|---|---|
| **From:** | Ron Satija <rsatija@satijatrustee.com> |
| **Sent:** | Thursday, August 1, 2024 6:34 PM |
| **To:** | Bloom, Mark; Ron Satija; Michael Conway; Burch, Alexander |
| **Cc:** | Todd Headden (theadden@haywardfirm.com); Tobin, Shane P. (USTP) |
| **Subject:** | [EXTERNAL] FW: artiusi.D Order from 8/1 Status Conference |
| **Attachments:** | In re ArtiusID - Order Template(430160748.1)_.docx; Redline.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Copying in UST.
Ron

---

**From:** Jason Binford <jason.binford@rsbfirm.com>
**Sent:** Thursday, August 1, 2024 4:48 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>; Ron Satija <rsatija@satijatrustee.com>; Michael Conway
<mconway@lpgmlaw.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** RE: artiusi.D Order from 8/1 Status Conference

Thanks, Mike.  See attached for my edits (including that one).  Redline and clean copy as revised attached.

**Jason Binford**
Shareholder

ROSS, SMITH & BINFORD, PC
Bankruptcy Solutions + Mediation Services
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
**Tel** 512.351.4778    **Email** jason.binford@rsbfirm.com
Website | vCard | LinkedIn

---

**From:** Michael Conway <mconway@lpgmlaw.com>
**Sent:** Thursday, August 1, 2024 4:46 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>; Ron Satija <rsatija@satijatrustee.com>; Jason Binford
<jason.binford@rsbfirm.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** Re: artiusi.D Order from 8/1 Status Conference

Thanks Mark

Paragraph 1 - "promptly FILE"???

I'm on the road so can't help beyond this. Jason may have additional thoughts...

Get Outlook for iOS

---

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Thursday, August 1, 2024 5:37:56 PM
**To:** Ron Satija <rsatija@satijatrustee.com>; jason.binford@rsbfirm.com <jason.binford@rsbfirm.com>; Michael Conway <mconway@lpgmlaw.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** RE: artiusi.D Order from 8/1 Status Conference

[WARNING] This email is from an **EXTERNAL** sender. **Do not click** on links or attachments unless you expect them from the sender and know the content is safe.

Resending this time with attachment.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Bloom, Mark
**Sent:** Thursday, August 1, 2024 5:29 PM
**To:** Ron Satija <rsatija@satijatrustee.com>; jason.binford@rsbfirm.com; Michael Conway <mconway@lpgmlaw.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** artiusi.D Order from 8/1 Status Conference

Good afternoon all.
Still getting comments internally but I wanted to circulate my draft Order from this afternoon's Status Conference.
If one of you could be so kind to give me the details of the US Trustee I will make sure he/she is included on the notice list.
Please send comments by tomorrow morning if possible.  I will proceed next to draft a Stipulation and Motion for Dismissal for joint submission by the Petitioning Creditors and Debtor.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-11007-cgb** |
| | § | |
| **ARTIUSID, INC.,** | § | **Chapter 7** |
| | § | |
| **Alleged Debtor.** | § | |

**ORDER ABATING PROCEEDINGS ON DEBTOR'S MOTION FOR REHEARING,
GRANTING STAY OF ORDER FOR RELIEF PENDING EXPEDITED HEARING ON
CONSENSUAL DISMISSAL OF INVOLUNTARY CASE,
AND SETTING PROCEDURES FOR APPROVAL OF DISMISSAL**

THIS MATTER came before the Court for Status Conference on Thursday, August 1, 2024

(the "Status Conference"), pursuant to the Court's *Order Setting Status Conference on Motion for*

*Rehearing of the Order for Relief* [ECF No. 74]. As referenced in that Order, the Debtor's *Motion*

*for Rehearing, Etc.* [ECF No. 70] (the "Motion for Rehearing") was directed to the *Order for Relief*

*Under Chapter 7* [ECF No. 62] (the "Order for Relief") entered by the Court on July 24, 2024,

following the entry of its *Opinion on Motion to Dismiss Involuntary Case* [ECF No. 60] and *Order Denying Motion to Dismiss* [ECF No. 61] on July 23 and 24, 2024, respectively.

At the Status Conference, counsel for the Debtor and Petitioning Creditors announced the terms of a settlement pursuant to which the Involuntary Petition [ECF No. 1] shall be dismissed by consent upon payment of an agreed sum to the trust account of New York litigation counsel for the Petitioning Creditors, subject to compliance with the procedures set forth in section 303(j) of the Bankruptcy Code, 11 U.S.C. §303(j), and to a stay of the Order for Relief pending such compliance and dismissal. The Court having heard from counsel for the Debtor, Petitioning Creditors, the Chapter 7 Trustee and other parties in interest on the record at the Status Conference, and otherwise being duly advised in the premises, finds and determines that the proposed disposition as set forth on the record is reasonable and calculated to avoid prejudice to the interests of all parties in interest. Accordingly, it is

**ORDERED AND ADJUDGED AS FOLLOWS:**

1. Pursuant to section 303(j) of the Bankruptcy Code, the Debtor and Petitioning Creditors shall promptly a file a stipulation and/or joint motion setting forth their consent to the dismissal of the Involuntary Petition (the "Dismissal Motion") and, if appropriate, under section 707 of the Bankruptcy Code, 11 U.S.C. §707, the terms of such dismissal, and the proposed procedures for notice and hearing in respect of that disposition.

2. Pursuant to Local Rule 9013 of this Court, the Debtor and Petitioning Creditors shall attach to the Dismissal Motion and file separately with the Court a [Proposed] Order scheduling a hearing on the Dismissal Motion, upon notice to all creditors as required under section 303(j). The Debtor shall identify such creditors by name and last known

address and such list of creditors shall be attached to the Dismissal Motion and shared

with the Chapter 7 Trustee and the United States Trustee.

3.  Pending a final disposition of the Dismissal Motion at the hearing to be scheduled as set

forth above:

    a.  The Order for Relief be and hereby is **STAYED IN ALL RESPECTS**, upon the

    condition that during the period of such stay the Debtor shall make no transfers

    or dispositions of assets outside the ordinary course of its business;

    b.  Except as otherwise set forth herein the Chapter 7 Trustee shall be

    **DISCHARGED** of any responsibility to act as a Trustee under section 704 of

    the Bankruptcy Code, 11 U.S.C. §704; and

    c.  All  proceedings on the Motion for Rehearing are hereby A**BATED.**

4.  Notwithstanding the entry of the Stay as set forth in the preceding paragraph, the Chapter

7 Trustee shall have the right to appear and be heard in respect of the Dismissal Motion,

and to seek the allowance and payment of Trustee fees and expenses as a condition of

the dismissal of this case.

5.  For avoidance of doubt, the relief set forth in this Order is effective immediately as of

the Status Conference.


###


Submitted by:

Alexander D. Burch
**BAKER & McKENZIE LLP**

800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Taylor
**BAKER & McKENZIE LLP**
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark Bloom
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com

Counsel for Debtor ArtuisID

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-11007-cgb** |
| | § | |
| **ARTIUSID, INC.,** | § | **Chapter 7** |
| | § | |
| **Alleged Debtor.** | § | |

**ORDER ABATING PROCEEDINGS ON DEBTOR'S MOTION FOR REHEARING,**
**GRANTING STAY OF ORDER FOR RELIEF PENDING EXPEDITED HEARING ON**
**CONSENSUAL DISMISSAL OF INVOLUNTARY CASE,**
**AND SETTING PROCEDURES FOR APPROVAL OF DISMISSAL**

THIS MATTER came before the Court for Status Conference on Thursday, August 1, 2024 (the "Status Conference"), pursuant to the Court's *Order Setting Status Conference on Motion for Rehearing of the Order for Relief* [ECF No. 74].  As referenced in that Order, the Debtor's *Motion for Rehearing, Etc.* [ECF No. 70] (the "Motion for Rehearing") was directed to the *Order for Relief Under Chapter 7* [ECF No. 62] (the "Order for Relief") entered by the Court on July 24, 2024,

following the entry of its *Opinion on Motion to Dismiss Involuntary Case* [ECF No. 60] and *Order Denying Motion to Dismiss* [ECF No. 61] on July 23 and 24, 2024, respectively.

At the Status Conference, counsel for the Debtor and Petitioning Creditors announced the terms of a settlement pursuant to which the Involuntary Petition [ECF No. 1] shall be dismissed by consent upon payment of an agreed sum to the trust account of New York litigation counsel for the Petitioning Creditors, subject to compliance with the procedures set forth in section 303(j) of the Bankruptcy Code, 11 U.S.C. §303(j), and to a stay of the Order for Relief pending such compliance and dismissal.  The Court having heard from counsel for the Debtor, Petitioning Creditors, the Chapter 7 Trustee and other parties in interest on the record at the Status Conference, and otherwise being duly advised in the premises, finds and determines that the proposed disposition as set forth on the record is reasonable and calculated to avoid prejudice to the interests of all parties in interest.  Accordingly, it is

**ORDERED AND ADJUDGED AS FOLLOWS:**

1. Pursuant to section 303(j) of the Bankruptcy Code, the Debtor and Petitioning Creditors shall promptly a file a stipulation and/or joint motion setting forth their consent to the dismissal of the Involuntary Petition (the "Dismissal Motion") and, if appropriate, under section 707 of the Bankruptcy Code, 11 U.S.C. §707, the terms of such dismissal, and the proposed procedures for notice and hearing in respect of that disposition.

2. Pursuant to Local Rule 9013 of this Court, the Debtor and Petitioning Creditors shall attach to the Dismissal Motion and file separately with the Court a [Proposed] Order scheduling a hearing on the Dismissal Motion, upon notice to all creditors as required under section 303(j).).  The Debtor shall identify such creditors to be identified by name

and last known address on a~~and such~~ list of creditors ~~to~~shall be attached to the Dismissal Motion and shared with the Chapter 7 Trustee and the United States Trustee.

3. Pending a final disposition of the Dismissal Motion at the hearing to be scheduled as set forth above:

   a. The Order for Relief be and hereby is **STAYED IN ALL RESPECTS**, upon the condition that during the period of such stay the Debtor shall make no transfers or dispositions of assets outside the ordinary course of its business;

   b. Except as otherwise set forth herein the Chapter 7 Trustee shall be **DISCHARGED** of any responsibility to act as a Trustee under section 704 of the Bankruptcy Code, 11 U.S.C. §704; and

   c. All proceedings on the Motion for Rehearing are hereby A**BATED.**

4. Notwithstanding the entry of the Stay as set forth in the preceding paragraph, the Chapter 7 Trustee shall have the right to appear and be heard in respect of the Dismissal Motion, and to seek the allowance and payment of Trustee fees and expenses as a condition of the dismissal of this case.

5. For avoidance of doubt, the relief set forth in this Order is effective immediately as of the Status Conference.

###

Submitted by:

Alexander D. Burch
**BAKER & McKENZIE LLP**

800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Taylor
**BAKER & McKENZIE LLP**
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark Bloom
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com

Counsel for Debtor ArtuisID

| | |
|---|---|
| **From:** | Todd Headden <theadden@haywardfirm.com> |
| **Sent:** | Thursday, August 1, 2024 7:38 PM |
| **To:** | Ron Satija; Jason Binford; Bloom, Mark; Michael Conway; Burch, Alexander |
| **Cc:** | Tobin, Shane P. (USTP); tgibbs@cokinoslaw.com |
| **Subject:** | [EXTERNAL] RE: artiusi.D Order from 8/1 Status Conference 23-11007 |
| **Attachments:** | Redline-Order Abating (8.1.24)(TBH  RS Edits).docx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Evening,

Please find attached the redlines requested by Mr. Satija. Please advise if there are any questions or concerns.

Regards,



Todd

*Todd Headden*
Attorney & Counselor
**Hayward PLLC**
theadden@haywardfirm.com
737.881.7104 (Direct/Fax)

WEB:      www.HaywardFirm.com
Austin:   7600 Burnet Road, Ste. 530
          Austin, Texas  78757
          Main/Fax: (737) 881-7100
Dallas:   10501 N. Central Expy., Ste. 106
          Dallas, Texas 75231
          Main/Fax:  (972) 755-7100

---

**From:** Ron Satija <rsatija@satijatrustee.com>
**Sent:** Thursday, August 1, 2024 4:58 PM
**To:** Jason Binford <jason.binford@rsbfirm.com>; Bloom, Mark <Mark.Bloom@bakermckenzie.com>; Michael Conway <mconway@lpgmlaw.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>

**Cc:** Todd Headden <theadden@haywardfirm.com>
**Subject:** RE: artiusi.D Order from 8/1 Status Conference 23-11007

My counsel, Todd Headden, was not copied. I am forwarding these redlines to him and have copied him here for convenience.

---

**From:** Jason Binford <jason.binford@rsbfirm.com>
**Sent:** Thursday, August 1, 2024 4:48 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>; Ron Satija <rsatija@satijatrustee.com>; Michael Conway <mconway@lpgmlaw.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** RE: artiusi.D Order from 8/1 Status Conference

Thanks, Mike. See attached for my edits (including that one). Redline and clean copy as revised attached.

**Jason Binford**
Shareholder

## ROSS, SMITH & BINFORD, PC

Bankruptcy Solutions + Mediation Services
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
**Tel** 512.351.4778   **Email** jason.binford@rsbfirm.com
**Website** | **vCard** | **LinkedIn**

---

**From:** Michael Conway <mconway@lpgmlaw.com>
**Sent:** Thursday, August 1, 2024 4:46 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>; Ron Satija <rsatija@satijatrustee.com>; Jason Binford <jason.binford@rsbfirm.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** Re: artiusi.D Order from 8/1 Status Conference

Thanks Mark

Paragraph 1 - "promptly FILE"???

I'm on the road so can't help beyond this. Jason may have additional thoughts...

Get Outlook for iOS

---

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Thursday, August 1, 2024 5:37:56 PM
**To:** Ron Satija <rsatija@satijatrustee.com>; jason.binford@rsbfirm.com <jason.binford@rsbfirm.com>; Michael Conway <mconway@lpgmlaw.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** RE: artiusi.D Order from 8/1 Status Conference

**[WARNING]** This email is from an **EXTERNAL** sender. **Do not click** on links or attachments unless you expect them from the sender and know the content is safe.

Resending this time with attachment.


This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Bloom, Mark
**Sent:** Thursday, August 1, 2024 5:29 PM
**To:** Ron Satija <rsatija@satijatrustee.com>; jason.binford@rsbfirm.com; Michael Conway <mconway@lpgmlaw.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** artiusi.D Order from 8/1 Status Conference

Good afternoon all.
Still getting comments internally but I wanted to circulate my draft Order from this afternoon's Status Conference.
If one of you could be so kind to give me the details of the US Trustee I will make sure he/she is included on the notice list.
Please send comments by tomorrow morning if possible.  I will proceed next to draft a Stipulation and Motion for Dismissal for joint submission by the Petitioning Creditors and Debtor.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-11007-cgb** |
| | § | |
| **ARTIUSID, INC.,** | § | **Chapter 7** |
| | § | |
| **Alleged Debtor.** | § | |

**ORDER ABATING PROCEEDINGS ON DEBTOR'S MOTION FOR REHEARING,**
**GRANTING STAY OF ORDER FOR RELIEF PENDING EXPEDITED HEARING ON**
**CONSENSUAL DISMISSAL OF INVOLUNTARY CASE,**
**AND SETTING PROCEDURES FOR APPROVAL OF DISMISSAL**

THIS MATTER came before the Court for Status Conference on Thursday, August 1, 2024

(the "Status Conference"), pursuant to the Court's *Order Setting Status Conference on Motion for*

*Rehearing of the Order for Relief* [ECF No. 74]. As referenced in that Order, the Debtor's *Motion*

*for Rehearing, Etc.* [ECF No. 70] (the "Motion for Rehearing") was directed to the *Order for Relief*

*Under Chapter 7* [ECF No. 62] (the "Order for Relief") entered by the Court on July 24, 2024,

following the entry of its *Opinion on Motion to Dismiss Involuntary Case* [ECF No. 60] and *Order Denying Motion to Dismiss* [ECF No. 61] on July 23 and 24, 2024, respectively.

At the Status Conference, counsel for the Debtor and Petitioning Creditors announced the terms of a settlement pursuant to which the Involuntary Petition [ECF No. 1] shall be dismissed by consent upon payment of an agreed sum to the trust account of New York litigation counsel for the Petitioning Creditors, subject to compliance with the procedures set forth in section 303(j) of the Bankruptcy Code, 11 U.S.C. §303(j), and to a stay of the Order for Relief pending such compliance and dismissal.   The Court having heard from counsel for the Debtor, Petitioning Creditors, the Chapter 7 Trustee and other parties in interest on the record at the Status Conference, and otherwise being duly advised in the premises, finds and determines that the proposed disposition as set forth on the record is reasonable and calculated to avoid prejudice to the interests of all parties in interest.   Accordingly, it is

**ORDERED AND ADJUDGED AS FOLLOWS:**

1.  Pursuant to section 303(j) of the Bankruptcy Code, the Debtor and Petitioning Creditors shall promptly (within 7 days) a file a stipulation and/or joint motion setting forth their consent to the dismissal of the Involuntary Petition (the "Dismissal Motion") and, if appropriate, under section 707 of the Bankruptcy Code, 11 U.S.C. §707, the terms of such dismissal, and the proposed procedures for notice and hearing in respect of that disposition.

2.  Pursuant to Local Rules 9013 and 9014 of this Court, the Debtor and Petitioning Creditors shall attach to the Dismissal Motion and file separately with the Court a [Proposed] Order scheduling a hearing on the Dismissal Motion, upon notice to all

2

creditors as required under section 303(j~~)~~,). The Debtor shall comply with this Court's rules regarding service and negative notice periods and rules for expediting hearings. The Debtor shall identify ~~such~~ all known creditors, whether their claims are contingent, disputed, or unliquidated and file, under penalty of perjury, a creditor's matrix identifying the creditors ~~to be identified~~ by name and last known address. The Debtor shall serve the Dismissal Motion and attachments and notice of hearing upon all ~~on~~ and ~~such list of~~ creditors and interested parties, including ~~to~~ ~~shall be attached to the Dismissal Motion and shared with~~ the Chapter 7 Trustee and the United States Trustee and file a certificate of service of same.

3. Pending a final disposition of the Dismissal Motion at the hearing to be scheduled as set forth above:

   a. The Order for Relief be and hereby is **STAYED IN ALL RESPECTS**, upon the condition that during the period of such stay the Debtor shall make no transfers or dispositions of assets outside the ordinary course of its business;

   b. Except as otherwise set forth herein the Chapter 7 Trustee shall be **DISCHARGED** of any responsibility to act as a Trustee under section 704 of the Bankruptcy Code, 11 U.S.C. §704, subject to further order of the Court; and

   c. All proceedings on the Motion for Rehearing are hereby **ABATED.**

4. Notwithstanding the entry of the Stay as set forth in the preceding paragraph, the Chapter 7 Trustee shall have the right to appear and be heard in respect of the Dismissal Motion and any other matter, including seeking information and proof of the financial affairs of

3

the Debtor under § 704(a), and to seek the allowance and payment of Trustee fees and expenses ~~as a condition of the dismissal of this case~~.

5.  The Debtor shall report weekly to the U.S. Trustee and the Chapter 7 Trustee regarding its use of funds.

6.  Any settlement between the Debtor and its creditors will comply with Bankruptcy Rule 9019.

~~5.~~7. For avoidance of doubt, the relief set forth in this Order is effective immediately as of the Status Conference.

###

Submitted by:

Alexander D. Burch
**BAKER & McKENZIE LLP**
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Taylor
**BAKER & McKENZIE LLP**
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark Bloom
**BAKER & McKENZIE LLP**
Sabadell Financial Center

4

1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com

Counsel for Debtor ArtuisID

| | |
|---|---|
| **From:** | Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov> |
| **Sent:** | Thursday, August 1, 2024 9:26 PM |
| **To:** | Bloom, Mark; Todd Headden; Ron Satija; Jason Binford; Michael Conway; Burch, Alexander |
| **Cc:** | tgibbs@cokinoslaw.com |
| **Subject:** | [EXTERNAL] RE: artiusi.D Order from 8/1 Status Conference 23-11007 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All:

I am still reviewing the order and will let you know in the morning if I have any substantive comments. Mr. Satija and Mr. Headden have already included many of the additions I would have requested.

I have concerns regarding the soon-to-be filed motion to dismiss and/or 9019 regarding "dismissed by consent upon payment of an agreed sum to the trust account of New York litigation counsel for the Petitioning Creditors". I was not at the hearing today, so can you tell me did the Court find that the "proposed disposition" of the case regarding the debtor paying off the petition creditors so the case can be dismissed is reasonable? Or is this supposed to mean the relief in the order regarding abatement, stay of the order for relief, and procedures for dismissal?

Additionally, under what authority does the court have to authorize a payment to a creditor if there is no order for relief? Even if there was an order for relief, I do not see how the court can authorize this payment. Especially when we do not have any schedules showing whether there are higher priority creditors, cash on hand, ability to repay its other creditors.

The UST will object to any motion to expedite the Dismissal Motion. This case has been going on for 9+ months, there is no need to expedite.

Please let me know if anyone wants to discuss this tomorrow.

Regards,

Shane P. Tobin
Trial Attorney
United States Department of Justice
Office of the United States Trustee
903 San Jacinto Blvd, Room 230
Austin, TX 78701
P: (512) 916-5348
C: (202) 441-7631



==========
This message is for the designated recipients only and may contain sensitive or confidential information. If you have received this message in error, please notify the sender immediately and delete the original and all copies. If you received this message in error or are not a designated recipient, information in this message should not be disclosed and any use of the information is prohibited.
==========

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Thursday, August 1, 2024 7:37 PM
**To:** Todd Headden <theadden@haywardfirm.com>; Ron Satija <rsatija@satijatrustee.com>; Jason Binford <jason.binford@rsbfirm.com>; Michael Conway <mconway@lpgmlaw.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Cc:** Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; tgibbs@cokinoslaw.com
**Subject:** [EXTERNAL] Re: artiusi.D Order from 8/1 Status Conference 23-11007

Those changers may be helpful.  Will call in morning and get this finished.

**From:** Todd Headden <theadden@haywardfirm.com>
**Sent:** Thursday, August 1, 2024 8:22:18 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>; Ron Satija <rsatija@satijatrustee.com>; Jason Binford <jason.binford@rsbfirm.com>; Michael Conway <mconway@lpgmlaw.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Cc:** Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; tgibbs@cokinoslaw.com <tgibbs@cokinoslaw.com>
**Subject:** [EXTERNAL] RE: artiusi.D Order from 8/1 Status Conference 23-11007

Mr. Bloom,

I can be available to discuss in the morning, if needed. I have conferred with Mr. Satija, and he is fine with these further revisions:
In number 4, you can strike "including seeking information and proof of the financial affairs of the Debtor under § 704(a)".

In number 5, you can strike the Chapter 7 Trustee from the reporting requirements.

If there are further questions or edits, please propose a time to discuss in the morning.

Regards,
Todd

*Todd Headden*
Attorney & Counselor
**Hayward PLLC**
theadden@haywardfirm.com
737.881.7104 (Direct/Fax)



**WEB:**     [WWW.HAYWARDFIRM.COM](www.haywardfirm.com)

**AUSTIN:**  7600 BURNET ROAD, STE. 530
             AUSTIN, TEXAS 78757
             MAIN/FAX: (737) 881-7100

**DALLAS:**  10501 N. CENTRAL EXPY., STE. 106
             DALLAS, TEXAS 75231
             MAIN/FAX: (972) 755-7100

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Thursday, August 1, 2024 7:04 PM
**To:** Todd Headden <theadden@haywardfirm.com>; Ron Satija <rsatija@satijatrustee.com>; Jason Binford <jason.binford@rsbfirm.com>; Michael Conway <mconway@lpgmlaw.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Cc:** Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; tgibbs@cokinoslaw.com
**Subject:** Re: artiusi.D Order from 8/1 Status Conference 23-11007

Some of your changes are acceptable, others are more difficult — especially since the Order for Relief is stayed and he is discharged of responsibilities.  Can we discuss in the morning?

---

**From:** Todd Headden <theadden@haywardfirm.com>
**Sent:** Thursday, August 1, 2024 7:38:26 PM
**To:** Ron Satija <rsatija@satijatrustee.com>; Jason Binford <jason.binford@rsbfirm.com>; Bloom, Mark <Mark.Bloom@bakermckenzie.com>; Michael Conway <mconway@lpgmlaw.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Cc:** Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; tgibbs@cokinoslaw.com <tgibbs@cokinoslaw.com>
**Subject:** [EXTERNAL] RE: artiusi.D Order from 8/1 Status Conference 23-11007

Good Evening,

Please find attached the redlines requested by Mr. Satija. Please advise if there are any questions or concerns.

Regards,
Todd

*Todd Headden*
Attorney & Counselor
**Hayward PLLC**
theadden@haywardfirm.com
737.881.7104 (Direct/Fax)



**WEB:** [WWW.HAYWARDFIRM.COM](http://www.HaywardFirm.com)

**AUSTIN:** 7600 BURNET ROAD, STE. 530
AUSTIN, TEXAS 78757
MAIN/FAX: (737) 881-7100

**DALLAS:** 10501 N. CENTRAL EXPY., STE. 106
DALLAS, TEXAS 75231
MAIN/FAX: (972) 755-7100

---

**From:** Ron Satija <[rsatija@satijatrustee.com](mailto:rsatija@satijatrustee.com)>
**Sent:** Thursday, August 1, 2024 4:58 PM
**To:** Jason Binford <[jason.binford@rsbfirm.com](mailto:jason.binford@rsbfirm.com)>; Bloom, Mark <[Mark.Bloom@bakermckenzie.com](mailto:Mark.Bloom@bakermckenzie.com)>; Michael Conway <[mconway@lpgmlaw.com](mailto:mconway@lpgmlaw.com)>; Burch, Alexander <[Alexander.Burch@bakermckenzie.com](mailto:Alexander.Burch@bakermckenzie.com)>
**Cc:** Todd Headden <[theadden@haywardfirm.com](mailto:theadden@haywardfirm.com)>
**Subject:** RE: artiusi.D Order from 8/1 Status Conference 23-11007

My counsel, Todd Headden, was not copied. I am forwarding these redlines to him and have copied him here for convenience.

---

**From:** Jason Binford <[jason.binford@rsbfirm.com](mailto:jason.binford@rsbfirm.com)>
**Sent:** Thursday, August 1, 2024 4:48 PM
**To:** Bloom, Mark <[Mark.Bloom@bakermckenzie.com](mailto:Mark.Bloom@bakermckenzie.com)>; Ron Satija <[rsatija@satijatrustee.com](mailto:rsatija@satijatrustee.com)>; Michael Conway <[mconway@lpgmlaw.com](mailto:mconway@lpgmlaw.com)>; Burch, Alexander <[Alexander.Burch@bakermckenzie.com](mailto:Alexander.Burch@bakermckenzie.com)>
**Subject:** RE: artiusi.D Order from 8/1 Status Conference

Thanks, Mike.  See attached for my edits (including that one).  Redline and clean copy as revised attached.

**Jason Binford**
Shareholder

ROSS, SMITH & BINFORD, PC
Bankruptcy Solutions + Mediation Services
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
**Tel** 512.351.4778    **Email** jason.binford@rsbfirm.com
Website | vCard | LinkedIn

**From:** Michael Conway <mconway@lpgmlaw.com>
**Sent:** Thursday, August 1, 2024 4:46 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>; Ron Satija <rsatija@satijatrustee.com>; Jason Binford <jason.binford@rsbfirm.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** Re: artiusi.D Order from 8/1 Status Conference

Thanks Mark

Paragraph 1 – "promptly FILE"???

I'm on the road so can't help beyond this. Jason may have additional thoughts...

Get Outlook for iOS

---

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Thursday, August 1, 2024 5:37:56 PM
**To:** Ron Satija <rsatija@satijatrustee.com>; jason.binford@rsbfirm.com <jason.binford@rsbfirm.com>; Michael Conway <mconway@lpgmlaw.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** RE: artiusi.D Order from 8/1 Status Conference

**[WARNING]** This email is from an **EXTERNAL** sender. **Do not click** on links or attachments unless you expect them from the sender and know the content is safe.


Resending this time with attachment.


This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Bloom, Mark
**Sent:** Thursday, August 1, 2024 5:29 PM
**To:** Ron Satija <rsatija@satijatrustee.com>; jason.binford@rsbfirm.com; Michael Conway <mconway@lpgmlaw.com>
**Cc:** Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** artiusi.D Order from 8/1 Status Conference

Good afternoon all.
Still getting comments internally but I wanted to circulate my draft Order from this afternoon's Status Conference.
If one of you could be so kind to give me the details of the US Trustee I will make sure he/she is included on the notice list.
Please send comments by tomorrow morning if possible.  I will proceed next to draft a Stipulation and Motion for Dismissal for joint submission by the Petitioning Creditors and Debtor.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](here) to report this email as spam.