EXHIBIT F

| | |
|---|---|
| **From:** | Todd Headden <theadden@haywardfirm.com> |
| **Sent:** | Wednesday, August 7, 2024 7:53 PM |
| **To:** | Bloom, Mark |
| **Cc:** | jason.binford@rsbfirm.com; Tobin, Shane P. (USTP); Ron Satija; Burch, Alexander; Fontanez, Maribel |
| **Subject:** | [EXTERNAL] RE: Artius Order Abating (Redline 8.7.24)_.docx |

Mark,

That was my only change on this last back and forth.

Regarding the transcript, that one is outside of my balliwick and my paralegal is in Fiji.

Todd

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Wednesday, August 7, 2024 6:48 PM
**To:** Todd Headden <theadden@haywardfirm.com>
**Cc:** jason.binford@rsbfirm.com; Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; Ron Satija <rsatija@satijatrustee.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>; Fontanez, Maribel <Maribel.Fontanez@bakermckenzie.com>
**Subject:** RE: Artius Order Abating (Redline 8.7.24)_.docx

New 3a language looks fine to me. Two questions before I ask @Maribel Fontanez to accept all changes, delete the track change comments, and submit in the morning:
- Am I correct that your only change is to that paragraph 3a, or have I overlooked something else?
- In light of how helpful the transcript was to getting us all aligned here I think we should file it with the Court. Any reason I should not proceed to file it under a Notice of Filing, or is there another procedure under local rule and practice?

Thanks again for helping us get to the finish line (I think).

**From:** Todd Headden <theadden@haywardfirm.com>
**Sent:** Wednesday, August 7, 2024 7:34 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Cc:** jason.binford@rsbfirm.com; Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; Ron Satija <rsatija@satijatrustee.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Artius Order Abating (Redline 8.7.24)_.docx

Mark,

My apologies, but I am not following where in this order the below language would go, please add them to the attached and circulate.

Regarding the language in 3(a), we were trying to mirror Judge Bradley's language, but concur that we have collectively captured the language of the transcript. The attached slight revision tries to marry those two.

1

Regards,
Todd

---

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Wednesday, August 7, 2024 5:16 PM
**To:** Todd Headden <theadden@haywardfirm.com>
**Cc:** jason.binford@rsbfirm.com; Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; Ron Satija <rsatija@satijatrustee.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** RE: Artius Order Abating (Redline 8.7.24)_.docx

Brain typo: of course I mean "303(b) Order" below, and not "363(b) Order." Sorry for inconvenience.

---

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Wednesday, August 7, 2024 6:06 PM
**To:** Todd Headden <theadden@haywardfirm.com>
**Cc:** jason.binford@rsbfirm.com; Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; Ron Satija <rsatija@satijatrustee.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** RE: Artius Order Abating (Redline 8.7.24)_.docx

Thanks Todd. One further non-substantive change offered for purposes of clarity: As the Order we hope the Court will enter in the future dismissing the case will be best referred to in any further proceedings as a Dismissal Order, I'd like to change the defined term in this Order to "363(b) Order" as the Opinion and Order to which it refers addressed the Motion to Dismiss under 363(b). All other defined terms would remain the same.
Any issue with that edit?

---

**From:** Todd Headden <theadden@haywardfirm.com>
**Sent:** Wednesday, August 7, 2024 5:50 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Cc:** jason.binford@rsbfirm.com; Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; Ron Satija <rsatija@satijatrustee.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Artius Order Abating (Redline 8.7.24)_.docx

Mark,

Thanks for those edits. I have turned my comment to Ron for his consideration and hope to have this finalized tonight.

Regards,
Todd

---

**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Wednesday, August 7, 2024 2:17 PM
**To:** Todd Headden <theadden@haywardfirm.com>
**Cc:** jason.binford@rsbfirm.com; Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; Ron Satija <rsatija@satijatrustee.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** Artius Order Abating (Redline 8.7.24)_.docx

Todd -- With appreciation for your edits, please find attached a few of my own with explanatory comments thereon. I do not believe any of them to be controversial, so perhaps rather than an all-

hands call you can reach out to me to discuss any concerns you may have. I should be available after 3:45 CDT on my mobile number at 305 776-2001, and look forward to resolving these final non-substantive nits so that we can submit the proposed Order to the Court tomorrow.
Thanks again.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit [www.bakermckenzie.com/disclaimers](www.bakermckenzie.com/disclaimers) for other important information concerning this message.