EXHIBIT G

| | |
|---|---|
| **From:** | Bloom, Mark |
| **Sent:** | Tuesday, August 6, 2024 3:04 PM |
| **To:** | Ron Satija; jason.binford@rsbfirm.com; Michael Conway; Tobin, Shane P. (USTP); Todd Headden (theadden@haywardfirm.com); Burch, Alexander |
| **Subject:** | Re: artiusi.D followup call on draft Order from Status Conference |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Just where is your needle, Ron?  Surely you don't deny that the Judge agreed to enter the stay and discharge you of responsibility for estate assets during the pendency of that stay.  Respectfully, that announcement on the record puts you in the back seat or outside the car entirely, not asking to see a map so that you can drive it.

In deference to your desire to see a transcript I will schedule another call for late tomorrow afternoon.  You should keep in mind, however, that the additional features you and the USTrustee have requested for inclusion in the proposed Order go well beyond anything that you will find in that transcript.  We have agreed to all or substantially all of those requests in an effort to submit an Order promptly on a simple and straightforward status conference at which we announced and the Judge accepted our intention to proceed in the manner spelled out by the Bankruptcy Code and Rules, but we do not have infinite patience to negotiate with you over points that have been addressed and to which you and Todd offered no objection in the original draft order presented.

---

**From:** Ron Satija <rsatija@satijatrustee.com>
**Sent:** Tuesday, August 6, 2024 2:51:56 PM
**To:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>; jason.binford@rsbfirm.com <jason.binford@rsbfirm.com>; Michael Conway <mconway@lpgmlaw.com>; Tobin, Shane P. (USTP) <Shane.P.Tobin@usdoj.gov>; Todd Headden (theadden@haywardfirm.com) <theadden@haywardfirm.com>; Burch, Alexander <Alexander.Burch@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: artiusi.D followup call on draft Order from Status Conference

All: this call is not useful for me until we get the transcript tomorrow. The needle has not moved for me since yesterday's call.
Ron

Ron Satija
U.S. Bankruptcy Trustee
P.O. Box 660208
Austin, TX 78766-7208
(737) 881-7102


-----Original Appointment-----
**From:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Sent:** Tuesday, August 6, 2024 8:37 AM
**To:** Bloom, Mark; jason.binford@rsbfirm.com; Michael Conway; Tobin, Shane P. (USTP); Todd Headden (theadden@haywardfirm.com); Ron Satija; Burch, Alexander
**Subject:** artiusi.D followup call on draft Order from Status Conference

1

**When:** Tuesday, August 6, 2024 4:00 PM-4:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://bakermckenzie.zoom.us/j/92032819050?pwd=NavMy1AAkIxbV7jRa3dDUrNOpuJObr.1

Mark Bloom is inviting you to a scheduled Zoom meeting.

To join a Zoom meeting from a Laptop / Mobile Phone please click here:

| | |
|---|---|
| Meeting URL: | https://bakermckenzie.zoom.us/j/92032819050?pwd=NavMy1AAkIxbV7jRa3dDUrNOpuJObr.1 |
| Meeting ID: | 920 3281 9050 |
| Password: | 507324 |

 **Join by Telephone**

| | |
|---|---|
| Mobile Phone one-tap: | **US:**<br>+13017158592,,92032819050#<br>+13126266799,,92032819050# |
| Dial: | **US:**<br>+1 301 715 8592<br>+1 312 626 6799<br>+1 929 205 6099<br>+1 253 215 8782<br>+1 346 248 7799<br>+1 669 900 6833<br>833 928 4609 (Toll Free)<br>833 928 4610 (Toll Free)<br>877 853 5257 (Toll Free)<br>888 475 4499 (Toll Free)<br>833 548 0276 (Toll Free)<br>833 548 0282 (Toll Free)<br>833 928 4608 (Toll Free) |
| Meeting ID: | 920 3281 9050 |
| Password: | 507324 |

Find Your Local Number Here

 **Join from a Video Conference room system**

| | |
|---|---|
| Join by SIP: | 92032819050@zoomcrc.com |

| | |
|---|---|
| Join by H323: | 162.255.37.11 (US West) |
| | 162.255.36.11 (US East) |
| | 221.122.88.195 (Mainland China) |
| | 115.114.131.7 (India Mumbai) |
| | 115.114.115.7 (India Hyderabad) |
| | 213.19.144.110 (Amsterdam Netherlands) |
| | 213.244.140.110 (Germany) |
| | 103.122.166.55 (Australia Sydney) |
| | 103.122.167.55 (Australia Melbourne) |
| | 209.9.211.110 (Hong Kong SAR) |
| | 149.137.40.110 (Singapore) |
| | 64.211.144.160 (Brazil) |
| | 159.124.132.243 (Mexico) |
| | 159.124.168.213 (Canada Toronto) |
| | 65.39.152.160 (Canada Vancouver) |
| | 207.226.132.110 (Japan Tokyo) |
| | 149.137.24.110 (Japan Osaka) |
| Meeting ID: | 920 3281 9050 |
| Password: | 507324 |

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

3