# EXHIBIT CV-7

1

2

3

4          IN THE CIRCUIT COURT OF THE STATE OF OREGON

5              FOR THE COUNTY OF MULTNOMAH

6

7    COLLABORATIVE VISION LLC, an            Case Number: 23CV15182
     Oregon limited liability company,
8                                            (AMENDED) ORDER
                    Plaintiff,
9
          v.
10
     Q5iD, Inc., an Oregon corporation,
11
                    Defendant.
12

13

14

15          This matter having come for oral arguments on 9/22/2023 and the court being fully

16   apprised of the circumstances hereby Orders:

17

18       1.  Defendant to complete all discovery by November 30, 2023 specifically relating only

19          to obtain facts necessary and essential to justify Defendant's opposition to Plaintiff's

20          summary judgment motion.

21       2.  Defendant has until December 11, 2023 within which to file any declarations,

22          deposition transcripts, evidence, or other supplemental briefing on the foregoing.

23       3.  Plaintiff will have 10 days to file any reply.

24   ///

25   ///

26   ///

Page 1 -    ORDER

1    4.    Plaintiff's request to depose Defendants' counsel is denied for this summary

2         judgment proceeding.

3

4                                                    10/3/2023 10:09:54 AM

5

6                                                    _____
                                                     Circuit Court Judge Leslie G. Bottomly
7

8

9    Submitted by:

10   LYNCH MURPHY MCLANE LLP

11   /s/ Peter C. Richter
     _____
     Peter C. Richter, OSB No. 711465
12   prichter@lynchmurphy.com
     747 SW Mill View Way
13   Bend, Oregon 97702
     Phone:  541-383-5857
14   Fax:  541-383-3968
     Of Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -    ORDER

**CERTIFICATE OF COMPLIANCE WITH UTCR 5.100**

This proposed order or judgment is ready for judicial signature because:

☐   Each party affected by this order or judgment has stipulated to the order or judgment, as shown by each party's signature on the document being submitted.

☒   Each party affected by this order or judgment has approved the order or judgment, as shown by each party's signature on the document being submitted or by written confirmation of approval sent to me

☐   I have served a copy of this order or judgment on each party entitled to service and:

   ☐   No objection has been served on me.

   ☐   I received objections that I could not resolve with a party despite reasonable efforts and indicated which objections remain unresolved.

   ☐   After conferring about objections, objecting party agreed to independently file any remaining objection.

☐   Service is not required pursuant to Subsection (3) of this rule, or by statute, rule, or otherwise.

☐   This is a proposed judgment that includes an award of punitive damages, and notice has been served on the Director of the Crime Victims' Assistance Section as required by Subsection (5) of this rule.

DATED this 27th day of September 2023.

*/s/ Peter C. Richter*
Peter C. Richter, OSB No. 711465

Page 1 -   CERTIFICATE OF COMPLIANCE

1

2 **CERTIFICATE OF SERVICE**

3       I hereby certify that I served the foregoing ORDER on the attorney or party listed below

4 on the date set forth below by the method(s) indicated:

5

6 **Conventional Paper or E-mail Service, pursuant to ORCP 9:**

7   Bradley J. Krupicka, OSB No. 104318       ☒  First-class mail, postage prepaid

8   bkrupicka@ohaganmeyer.com              ☐  Facsimile, pursuant to ORCP 9 F
  Alexandra K. McLain, OSB No. 184103    ☐  Hand-delivery

9   amclain@ohaganmeyer.com                ☐  Overnight courier, delivery prepaid
  O'HAGAN MEYER PLLC                 ☐  E-mail, pursuant to ORCP 9 G

10   2000 NE 42nd Avenue, #1022           ☒  E-mail copy, as a courtesy only
  Portland Oregon 97213                 ☐  Other: _____

11   Phone: (458) 451-5901

12   *Attorneys for Defendant*

13

14

15      Dated this 27th day of September 2023.

16                 LYNCH MURPHY MCLANE LLP

17                 */s/ Peter C. Richter*

18                 Peter C. Richter, OSB No. 711465
                prichter@lynchmurphy.com

19                 747 SW Mill View Way
                Bend, Oregon 97702

20                 Phone: 541-383-5857
                Fax: 541-383-3968

21

22                 *Of Attorneys for Plaintiff*

23

24

25

26

Page 1 -    CERTIFICATE OF SERVICE