# EXHIBIT CV-9



Bradley J. Krupicka
971.315.0651 DIRECT
bkrupicka@ohaganmeyer.com

Alexandra K. McLain
971.315.0653 DIRECT
amclain@ohaganmeyer.com

December 8, 2023

**VIA ODYSSEY E-FILE&SERVE:**

Clerk of the Court
Multnomah County Circuit Court
1200 SW 1st Ave
Portland, OR 97204

    Re:    <u>Collaborative Vision, LLC v. Q5id, Inc.</u>
            Multnomah County Circuit Court Case No. 23CV15182

Dear Court Clerk:

Enclosed please find a true and correct copy of the bankruptcy petition filed in the Western District of Texas on behalf of defendant Q5id, Inc.

In light of this pending bankruptcy, defendant requests that a stay be issued in this matter pursuant to 11 U.S.C. § 362.

                                        Sincerely,

                                        Bradley J. Krupicka
                                        Alexandra K. McLain
                                        O'HAGAN MEYER PLLC

BJK/AKM:hac
Enclosure
Cc:    Peter Richter

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter **7** |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7

   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: **ArtiusID, Inc.**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, names, trade names, or *doing business as* names.

   **Q5ID, Inc.**

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   **801 Barton Springs**
   Number    Street

   **Austin                TX    78704**
   City                   State  ZIP Code

   **Travis**
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City           State  ZIP Code

6. **Debtor's website (URL)** _____

Official Form 205                **Involuntary Petition Against a Non-Individual**                page 1

| Debtor | ArtiusID, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ (MM / DD / YYYY) Case number, if known _____

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Xmogrify, LLC** | **Services provided** | **$287,812.89** |
| **Goldstein Consulting Services, LLC** | **Services provided** | **$131,390.00** |
| **Rearc LLC** | **Services provided** | **$556,070.00** |

Official Form 205     **Involuntary Petition Against a Non-Individual**     page 2

| Debtor | ArtiusID, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

Total of petitioners' claims    **$975,272.89**

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

**Xmogrify, LLC**
Name
**23 Arden Drive**
Number    Street
**Hartsdale**      **NY**      **10530**
City      State      ZIP Code

Name and mailing address of petitioner's representative, if any

**David Levy**
Name
**23 Arden Drive**
Number    Street
**Hartsdale**      **NY**      **10530**
City      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/29/2023**
       MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

**Jason Binford**
Printed name
**Ross, Smith & Binford, PC**
Firm name, if any
**2003 N. Lamar Blvd., Ste. 100**
Number    Street
**Austin**      **TX**      **78705**
City      State      ZIP Code

Contact phone **512-351-4778**
Email    **jason.binford@rsbfirm.com**
Bar number    **24045499**
State      **TX**

X _____
Signature of attorney

Date signed **11/30/2023**
       MM / DD / YYYY

Debtor **ArtiusID, Inc.** Case number (if known) _____
         Name

Name and mailing address of petitioner

**Goldstein Consulting Services, LLC**
Name
**4445 Post Road, Apt. 5D**
Number   Street
**Bronx**              **NY**    **10471**
City                   State     ZIP Code

Name and mailing address of petitioner's representative, if any

**Kevin Goldstein**
Name
**4445 Post Road, Apt. 5D**
Number   Street
**Bronx**              **NY**    **10471**
City                   State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/29/2023
            MM / DD / YYYY

X _____ Member
Signature of petitioner or representative, including representative's title

**Jason Binford**
Printed name
**Ross, Smith & Binford, PC**
Firm name, if any
**2003 N. Lamar Blvd., Ste. 100**
Number   Street
**Austin**             **TX**    **78705**
City                   State     ZIP Code

Contact phone 512-351-4778

Email    jason.binford@rsbfirm.com

Bar number  24045499

State    TX

X _____
Signature of attorney

Date signed 11/30/2023
            MM / DD / YYYY

Name and mailing address of petitioner

**Rearc LLC**
Name
**1216 Broadway, Suite 218**
Number   Street
**New York**           **NY**    **10001**
City                   State     ZIP Code

Name and mailing address of petitioner's representative, if any

**Mahesh Varma**
Name
**1216 Broadway, Suite 218**
Number   Street
**New York**           **NY**    **10001**
City                   State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/29/2023
            MM / DD / YYYY

X *Mahesh Varma*                Member
Signature of petitioner or representative, including representative's title

**Jason Binford**
Printed name
**Ross, Smith & Binford, PC**
Firm name, if any
**2003 N. Lamar Blvd., Ste. 100**
Number   Street
**Austin**             **TX**    **78705**
City                   State     ZIP Code

Contact phone 512-351-4778

Email    jason.binford@rsbfirm.com

Bar number  24045499

State    TX

X _____
Signature of attorney

Date signed 11/30/2023
            MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 4