| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-11007-cgb<br>Western District of Texas<br>Austin<br>Thu Sep  5 23:30:37 CDT 2024 | ArtiusID, Inc.<br>801 Barton Springs<br>Austin, TX 78704-1146 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ArtiusID, Inc.<br>c/o Alexander D. Burch<br>BAKER & McKENZIE LLP<br>800 Capitol St., Suite 2100<br>Houston, Texas 77002-2947 | ArtiusID, Inc.<br>c/o Robert T. DeMarco<br>DeMarcoMitchell, PLLC<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251-1364 | Collaborative Vision LLC<br>c/o Cokinos Young<br>1221 Lamar 16th FL<br>Houston TX 77010-3039 |
| Collaborative Vision, LLC<br>c/o Emma P. Myles<br>Cokinos Young<br>1221 Lamar Street, 16th Floor<br>Houston, Texas 77010-3039 | Collaborative Vision, LLC<br>c/o Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746-5883 | Collaborative Vision, LLC<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 |
| Collaborative Vision, LLC<br>c/o Tres Gibbs<br>Cokinos Young<br>1221 Lamar, 16th Fl.<br>Houston, Texas 77010-3039 | Goldstein Consulting Services, LLC<br>c/o Michael T. Conway, Esq.<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 | Rearc LLC<br>c/o Michael T. Conway, Esq.<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 |
| Ron Satija, Chapter 7 Trustee<br>c/o Todd Headden<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757-1269 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Xmogrify<br>c/o Michael T. Conway, Esq.<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 |
| Alexander D. Burch<br>Baker McKenzie LLP<br>700 Louisiana, Suite 3000<br>Houston, TX 77002-2871 | Eric A Liepins<br>Legal Aid of Northwest Texas<br>1515 Main Street<br>Dallas, TX 75201-4841 | Mark D. Bloom<br>Baker McKenzie LLP<br>1111 Brickell Ave<br>Ste 10th Floor<br>Miami, FL 33131-3122 |
| Robert T DeMarco III<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | Ron Satija<br>P.O. Box 660208<br>Austin, TX 78766-7208 | End of Label Matrix<br>Mailable recipients   19<br>Bypassed recipients    0<br>Total                  19 |