**The relief described hereinbelow is SO ORDERED.**

**Signed September 10, 2024.**

_____
CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-11007-cgb |
| ARTIUSID, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR ENLARGMENT OF TIME TO
FILE OMNIBUS REPLY TO OBJECTIONS TO DISMISSAL MOTION**

On August 15, 2024, artius.iD, Inc. (the "Debtor") filed a *Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [ECF No. 88] (the "Dismissal Motion"). Three parties filed responses [ECF Nos. 99–101] (the "Responses") to the Dismissal Motion. On September 9, 2024, the Debtor filed a *Motion for Enlargement of Time to File Omnibus Reply to Objections to Dismissal Motion, to Exceed Page Limit, and to Set Status Conference* [ECF No. 102]

1

(the "Motion"). As discussed on the record at the status hearing held on September 10, 2024, the Court will grant the Motion as set forth below.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AND AS FOLLOWS:**

1. The Motion is GRANTED.

2. The Debtor may file a single omnibus Reply to the Responses to the Dismissal Motion by **September 19, 2024**. The omnibus Reply is limited to 25 pages.

### #