# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−11007−cgb
Chapter No.: 7
Judge: Christopher G Bradley

IN RE: **ArtiusID, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on  **9/25/24 at 01:30 PM**

Evidentiary Hearing to Consider and Act Upon the Following: (Related Document(s): 88 Consent Stipulation and Motion to Dismiss Case (21−Day Objection Language) filed by Mark D. Bloom for Debtor ArtiusID, Inc. (Bloom, Mark), 94 Motion for Reconsideration (21 Day Objection Language) filed by Ron Satija for Trustee Ron Satija (Satija, Ron) (Related Document(s): 83 Order Abating Proceedings (related document(s): 70 Motion for Rehearing and Reconsideration And Vacate The Order for Relief [D.E. No. 62, or, in the alternative Motion For Stay Pending Appeal filed by Alexander D. Burch for Debtor ArtiusID, Inc., 95 Application to Employ Hayward PLLC as Counsel for the Chapter 7 Trustee (21 Day Objection Language) filed by Todd Brice Headden for Trustee Ron Satija Hearing Scheduled For 9/25/2024 at 01:30 PM at Austin Courtroom 2 (Farrar, Ronda)

Dated: 9/16/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]