# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| **ARTIUSID, INC.,** | § | **Chapter 7** |
| | § | |
| Alleged Debtor. | § | |

**NOTICE OF TAKING DEPOSITION OF COLLABORATIVE VISION**

**To:**  Collaborative Vision, LLC
c/o Lynn Butler
Husch Blackwell LLP
1111 Congress Ave, Ste 1400
Austin, TX 78701

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Fed.R.Civ.P. and Rule 7030 of

the Fed.R.Bankr.P., Artius.ID, Inc. – as alleged debtor, by and through undersigned counsel –

intends to depose Collaborative Vision, LLC on the topics set forth in the attached Exhibit A. The

deposition will be taken under oath before an officer authorized to record the testimony and

recorded by video at the following date, time and location:

        **PLACE:**      O'Hagan Meyer
                          805 SW Broadway, Suite 2280
                          Portland, Oregon 97205

        **DATE:**       September 18, 2024

        **TIME:**        9:00 a.m. (Pacific Time)

The deposition may continue from day to day until completed.

Dated: September 13, 2024

**BAKER & MCKENZIE LLP**

By: */s/ Alexander D. Burch*
Alexander D. Burch
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Taylor
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark Bloom (admitted Pro Hac Vice)
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com

*Counsel for Debtor artuis.iD*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail on all the parties listed below on September 13, 2024.

/s/ *Alexander D. Burch*
Alexander D. Burch

Collaborative Vision, LLC
c/o Lynn Butler
Husch Blackwell LLP
1111 Congress Ave, Ste 1400
Austin, TX 78701
Email: lynn.butler@huschblackwell.com

Collaborative Vission, LLC
Kell C. Mercer, P.C.
901 S MoPac Expy, Bldg 1, Suite 300
Austin, TX 78746
Email: kell.mercer@mercer-law-pc.com

Xmogrify, LLC
Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

Xmogrify, LLC
Michael Conway
Ana Pia D. Felix
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, NY 10017
Email: mconway@lpgmlaw.com
         afelix@lpgmlaw.com

Goldstein Consulting Services, LLC
Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

Goldstein Consulting Services, LLC
Michael Conway
Ana Pia D. Felix
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, NY 10017
Email: mconway@lpgmlaw.com
         afelix@lpgmlaw.com

Rearc LLC
Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

Rearc LLC
Michael Conway
Ana Pia D. Felix
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, NY 10017
Email: mconway@lpgmlaw.com
         afelix@lpgmlaw.com

Ron Satija, Chapter 7 Trustee
Todd Headden
7600 Burnet Rd., Ste. 530
Austin, TX 78757
Email: rsatija@haywardfirm.com
theadden@haywardfirm.com

United States Trustee
Shane P. Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701

Email: shane.p.tobin@usdoj.gov

## EXHIBIT A

### DEFINITIONS

The following definitions apply to the below Deposition Topics:

a. "Proceeding" means the action in which this deposition is being sought.

b. "Debtor" means the alleged debtor in this Proceeding, artiusID, Inc., including all predecessors of the Debtor.

c. "You" means Collaborative Vision, LLC, the entity to which this deposition is directed.

d. "Objection to Dismissal" means Your Objection to Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 77 [Doc. 99].

e. "Client Service Agreement" has the definition ascribed to it by You in Your Objection to Dismissal.

f. "Oregon Lawsuit" means the lawsuit filed by you against the Debtor in Oregon and styled *Collaborative Vision, LLC v. Q5ID, Inc*, No. 23CV15182, In the Circuit Court of the State of Oregon for the County of Multnomah.

g. "Complaint" means the Complaint filed by You in the Oregon Lawsuit and attached as exhibit 6 to the Objection to Dismissal.

### DEPOSITION TOPICS

1. All amounts You contend are owed to You by Debtor and the basis for such claim.

2. The Oregon Lawsuit between You and Debtor and all allegations and claims asserted by You in the Complaint.

3. The negotiation of all terms set forth in the Client Service Agreement.

4. Lisa Matar's relationships and communications with employees of Debtor, including but not limited to Dominic Odierno, Steve Larson, Brian Grant.

5. All performance by You under the Client Service Agreement.

6. All employee placements by You under the Client Service Agreement, including Lisa Matar, her daughter, and each person identified in exhibit 3 to the Objection to Dismissal.

7. The positions and roles with the Debtor for each individual placed by You under the Client Service Agreement and the skills and experience of each individual placed by You with Debtor that rendered each person placed fit for the position or role.

8. The payroll loan referenced in the Objection to Dismissal.

9. Lisa Matar's communications with the Debtor's principals as alleged in the Objection to Dismissal and the Complaint.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| **ARTIUSID, INC.,** | § | **Chapter 7** |
| | § | |
| Alleged Debtor. | § | |

## NOTICE OF TAKING DEPOSITION OF LISA MATAR

**To:**   Lisa Matar
c/o Lynn Butler
Husch Blackwell LLP
1111 Congress Ave, Ste 1400
Austin, TX 78701

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Fed.R.Civ.P. and Rule 7030 of the Fed.R.Bankr.P., Artius.ID, Inc. – as alleged debtor, by and through undersigned counsel – intends to depose Lisa Matar of Collaborative Vision, LLC. The deposition will be taken under oath before an officer authorized to record the testimony and recorded by video at the following date, time and location:

|  |  |
|---|---|
| **PLACE:** | O'Hagan Meyer |
| | 805 SW Broadway, Suite 2280 |
| | Portland, Oregon 97205 |
| **DATE:** | September 18, 2024 |
| **TIME:** | 1:00 p.m. (Pacific Time) |

The deposition may continue from day to day until completed.

Dated: September 13, 2024

**BAKER & MCKENZIE LLP**

By: */s/ Alexander D. Burch*
Alexander D. Burch
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Taylor
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark Bloom (admitted Pro Hac Vice)
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com

*Counsel for Debtor artuis.iD*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail on all parties listed below on September 13, 2024.

/s/ <i>Alexander D. Burch</i>

Alexander D. Burch

Collaborative Vision, LLC
c/o Lynn Butler
Husch Blackwell LLP
1111 Congress Ave, Ste 1400
Austin, TX 78701
Email: lynn.butler@huschblackwell.com

Xmogrify, LLC
Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

Goldstein Consulting Services, LLC
Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

Rearc LLC
Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

Collaborative Vission, LLC
Kell C. Mercer, P.C.
901 S MoPac Expy, Bldg 1, Suite 300
Austin, TX 78746
Email: kell.mercer@mercer-law-pc.com

Xmogrify, LLC
Michael Conway
Ana Pia D. Felix
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, NY 10017
Email: mconway@lpgmlaw.com
afelix@lpgmlaw.com

Goldstein Consulting Services, LLC
Michael Conway
Ana Pia D. Felix
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, NY 10017
Email: mconway@lpgmlaw.com
afelix@lpgmlaw.com

Rearc LLC
Michael Conway
Ana Pia D. Felix
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, NY 10017
Email: mconway@lpgmlaw.com
afelix@lpgmlaw.com

Ron Satija, Chapter 7 Trustee
Todd Headden
7600 Burnet Rd., Ste. 530
Austin, TX 78757
Email: rsatija@haywardfirm.com
theadden@haywardfirm.com

United States Trustee
Shane P. Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701

Email: shane.p.tobin@usdoj.gov