**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUSID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |
| | § | |

**ORDER GRANTING EMERGENCY MOTION FOR PROTECTIVE ORDER AND TO QUASH DEBTOR'S NOTICES OF DEPOSITION**

On this date came on for consideration Collaborative Vision LLC's and Lisa Matar's *Emergency Motion for Protective Order and to Quash Debtor's Notices of Deposition* [Docket No. 106] (the "Motion to Quash"). The Court, having considered the Motion to Quash, any response by the Debtor, the arguments of counsel, and the pleadings on file, finds that good cause has been shown and the Motion to Quash is meritorious and should be GRANTED and FINDS that a protective order is necessary. It is therefore:

ORDERED that the *Emergency Motion for Protective Order and to Quash Debtor's Notices of Deposition* is hereby GRANTED. It is further

ORDERED that the Debtor's Notice of Taking Deposition of Collaborative Vision, dated September 13, 2024, and Notice of Taking Deposition of Lisa Martar, dated September 13, 2024, and the corresponding depositions, are hereby quashed.

###

Order submitted by:

Lynn Hamilton Butler (SBN 03527350)
lynn.butler@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 *facsimile*

-and-

Thomas J. Zavala (SBN 24116265)
tom.zavala@huschblackwell.com
HUSCH BLACKWELL LLP
1900 N. Pear Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*

**Attorneys for Collaborative Vision LLC**

2

HB: 4857-8878-0261.1