IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUSID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |
| | § | |

**MOTION TO EXPEDITE CONSIDERATION OF
EMERGENCY MOTION FOR PROTECTIVE ORDER AND
TO QUASH DEBTOR'S NOTICES OF DEPOSITION**

TO THE HONORABLE CHRISTOPHER G. BRADLEY,
UNITED STATES BANKRUPTCY JUDGE

Collaborative Vision LLC ("Collaborative Vision"), a Creditor in the above-referenced bankruptcy proceeding (the "Bankruptcy Proceeding") and Lisa Mater whose deposition has been noticed file this *Motion to Expedite Consideration of Emergency Motion for Protective Order and to Quash Debtor's Notices of Deposition* (the "Motion to Expedite") as follows:

1. **Underlying motion**: Collaborative Vision's *Emergency Motion For Protective Order and to Quash Debtor's Notices of Deposition* ("Motion to Quash") (Dkt. No. 106) seeks entry of an Order from the Court to quash the Notices of Deposition (as defined in the Motion to Quash) that Debtor artruis.iD, Inc. f/k/a Q5iD, Inc.'s ("Debtor") served setting the depositions of Collaborative Vision and Lisa Martar on September 18, 2024, in Portland, Oregon.

2. **Need for expedited consideration**: The Notices of Deposition were served on Friday, September 13, 2024, just five days before the depositions are to take place, and the topics listed in the deposition are not relevant to the case at hand. Accordingly, there is insufficient time to consider the Motion to Quash under ordinary deadlines prior to the deposition date.

3. **Certificate of conference**: The undersigned counsel for Collaborative Vision and Lisa Martar has conferred with counsel for the Debtor by email regarding the Motion to Quash and expedited consideration. As of this filing, Debtor's Counsel has stated that they are not sure whether they are opposed to the Motion to Quash. They have not indicated their availability for a hearing on the Expedite Motion or Motion to Quash.

4. **Time estimate for hearing**: Collaborative Vision anticipates the hearing on the Motion to Quash will take approximately 15-30 minutes.

HB: 4874-9278-5125.1

5. **Deadline for when consideration or hearing is needed**: Tuesday, September 17, 2024.

6. **Dates when all parties are available**: Counsel for Collaborative Vision requests the Court consider the Motion to Quash on the morning of September 17, 2024 as counsel for Collaborative Vision and Ms. Matar is unavailable on the afternoon of September 17, 2024. Counsel for Collaborative Vision would respectfully request a telephonic hearing due to Lisa Martar residing in Oregon.

WHEREFORE, Collaborative Vision respectfully requests that the Court expedite consideration of the Motion to Quash and set it for a telephonic hearing at the Court's earliest convenience on September 16 or 17.

Dated: September 16, 2024

Respectfully Submitted,

By: */s/ Lynn Hamilton Butler*
Lynn Hamilton Butler (SBN 03527350)
lynn.butler@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 *facsimile*

-and-

Thomas J. Zavala (SBN 24116265)
tom.zavala@huschblackwell.com
HUSCH BLACKWELL LLP
1900 N. Pear Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*

***Attorneys for Collaborative Vision LLC***

HB: 4874-9278-5125.1

# **CERTIFICATE OF SERVICE**

      I do hereby certify that on September 16, 2024, the undersigned counsel served a true and correct copy of this Motion to Expedite through the Court's CM/ECF system on all parties enlisted to receive service electronically, as set out on the list below.

      */s/ Lynn Hamilton Butler*
      Lynn Hamilton Butler

| | | |
|---|---|---|
| **ArtiusID, Inc.**<br>801 Barton Springs<br>Austin, TX 78704<br>Tax ID / EIN: 00-0000000<br>*Added: 11/30/2023*<br>*(Debtor)* | represented by | **Mark D. Bloom**<br>Baker McKenzie LLP<br>1111 Brickell Ave<br>Ste 10th Floor<br>Miami, FL 33131<br>305-789-8900<br>mark.bloom@bakermckenzie.com<br>*Assigned: 07/30/24* |
| | | **Alexander D. Burch**<br>Baker McKenzie LLP<br>700 Louisiana, Suite 3000<br>Houston, TX 77002<br>713-427-5038<br>713-427-5099 (fax)<br>alexander.burch@bakermckenzie.com<br>*Assigned: 07/29/24* |
| | | **Robert T DeMarco, III**<br>Robert Demarco<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251<br>972-991-5591<br>robert@demarcomitchell.com<br>*Assigned: 03/30/24* |
| | | **Eric A Liepins**<br>Legal Aid of Northwest Texas<br>1515 Main Street<br>Dallas, TX 75201<br>214-243-2231<br>liepinse@lanwt.org<br>*Assigned: 12/19/23* |

HB: 4874-9278-5125.1

| | | |
|---|---|---|
| **Collaborative Vision, LLC**<br>c/o Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746<br>(512) 767-3214<br>kell.mercer@mercer-law-pc.com<br>*Added: 01/07/2024*<br>*(Creditor)* | represented by | **Lynn Hamilton Butler**<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>(512) 479-9758<br>(512) 226-7318 (fax)<br>lynn.butler@huschblackwell.com<br>*Assigned: 08/21/24*<br><br>**Kell C. Mercer**<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746<br>512-627-3512<br>512-597-0767 (fax)<br>kell.mercer@mercer-law-pc.com<br>*Assigned: 01/07/24* |
| **Goldstein Consulting Services, LLC**<br>4445 Post Road, Apt. 5D<br>New York, NY 10471<br>*Added: 11/30/2023*<br>*(Petitioning Creditor)* | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna, Bldg. 6, Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23*<br><br>**Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24*<br><br>**Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |

| | | |
|---|---|---|
| **Rearc LLC**<br>1216 Broadway, Suite 218<br>New York, NY 10001<br>*Added: 11/30/2023*<br>*(Petitioning Creditor)* | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna, Bldg. 6, Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23*<br><br>**Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24*<br><br>**Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |
| **Ron Satija**<br>P.O. Box 660208<br>Austin, TX 78766<br>512-733-1311<br>512-733-1311 (fax)<br>rsatija@haywardfirm.com<br>*Added: 07/25/2024*<br>*(Trustee)* | represented by | **Todd Brice Headden**<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>737-881-7104<br>theadden@haywardfirm.com<br>*Assigned: 08/14/24*<br><br>**Ron Satija**<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7102<br>(972) 755-7100 (fax)<br>rsatija@haywardfirm.com<br>*Assigned: 08/22/24* |

| | | |
|---|---|---|
| **United States Trustee - AU12**<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701<br>(512) 916-5330<br>ustpregion07.au.ecf@usdoj.gov<br>*Added: 11/30/2023*<br>*(U.S. Trustee)* | represented by | **Shane P. Tobin**<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701<br>512-916-5348<br>shane.p.tobin@usdoj.gov<br>*Assigned: 09/05/24* |
| **Xmogrify, LLC**<br>23 Arden Drive<br>Hartsdale, NY 10503<br>*Added: 11/30/2023*<br>*(Petitioning Creditor)* | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna, Bldg. 6, Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23*<br><br>**Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24*<br><br>**Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |