# Exhibit A

## Hayes, Rylie

| | |
|---|---|
| **From:** | Butler, Lynn <Lynn.Butler@huschblackwell.com> |
| **Sent:** | Thursday, September 12, 2024 2:45 PM |
| **To:** | Taylor, Mark D |
| **Cc:** | Bloom, Mark |
| **Subject:** | [EXTERNAL] RE: artiusID |

Sorry. I had several hearings yesterday. Given that the court has already commented that he understands that Collaborative Vision has a partially disputed claim, what is the need for the deposition? If you intend to try the underlying claim, we won't agree to that. As the Court said, we are to concentrate on your motion. I just need a clear understanding of what you will be asking before having my client make the final decision.

Lynn

**Lynn Butler**
**Partner**
Direct: 512-479-9758
Lynn.Butler@huschblackwell.com

---

**From:** Taylor, Mark D <Mark.Taylor@bakermckenzie.com>
**Sent:** Thursday, September 12, 2024 12:26 PM
**To:** Butler, Lynn <Lynn.Butler@huschblackwell.com>
**Cc:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Subject:** RE: artiusID

[EXTERNAL EMAIL]

Lynn,

I have not heard from you regarding deposition dates/times for the deposition of Lisa Matar. Please respond today, or I will be forced to send a deposition notice for one of the dates I referenced in my original email of three days ago.

If you prefer to discuss, please call me at 214-773-3430.

Thanks,

Mark

---

**From:** Butler, Lynn <Lynn.Butler@huschblackwell.com>
**Sent:** Tuesday, September 10, 2024 3:53 PM
**To:** Taylor, Mark D <Mark.Taylor@bakermckenzie.com>
**Cc:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: artiusID

I'm in Austin. She's in Oregon.

**Lynn Butler**
**Partner**
Direct: 512-479-9758
Lynn.Butler@huschblackwell.com

**From:** Taylor, Mark D <Mark.Taylor@bakermckenzie.com>
**Sent:** Tuesday, September 10, 2024 3:40 PM
**To:** Butler, Lynn <Lynn.Butler@huschblackwell.com>
**Cc:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Subject:** RE: artiusID

[EXTERNAL EMAIL]

No, this would be in person.  I'm happy to take the deposition in Austin or wherever she is located.

**From:** Butler, Lynn <Lynn.Butler@huschblackwell.com>
**Sent:** Tuesday, September 10, 2024 3:30 PM
**To:** Taylor, Mark D <Mark.Taylor@bakermckenzie.com>
**Cc:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: artiusID

Let me check on her availability.  I assume this will be virtual?

**Lynn Butler**
**Partner**
Direct: 512-479-9758
Lynn.Butler@huschblackwell.com

**From:** Taylor, Mark D <Mark.Taylor@bakermckenzie.com>
**Sent:** Tuesday, September 10, 2024 3:27 PM
**To:** Butler, Lynn <Lynn.Butler@huschblackwell.com>
**Cc:** Bloom, Mark <Mark.Bloom@bakermckenzie.com>
**Subject:** artiusID

[EXTERNAL EMAIL]

Lynn,

Mark Bloom and I represent artiusID.  To prepare for the hearing on September 25, I would like to take the deposition of Lisa Matar.  I am available September 16-18 of next week.

Please let me know a convenient place and start time, and I will send a notice.  Thank you for your anticipated cooperation.

Regards,

Mark

**Mark D Taylor**
Principal, Litigation
Baker & McKenzie LLP
1900 North Pearl
Suite 1500
Dallas, TX 75201
United States
Tel: +1 214 978 3000
Fax: +1 214 978 3099
Cell: 214-773-3430
mark.taylor@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

**Thomson Reuters®**
STAND-OUT LAWYER 2024

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.