THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUS.ID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the attorney and firm listed below hereby appears as counsel for Debtor, Artius.ID, Inc., pursuant to Section 1109(b) of the Bankruptcy Code, and pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 9010, hereby request that all notices, papers and pleadings in this case be mailed to or served upon the undersigned, regardless of whether the Court limits the mailing of notices:

> Mark D. Taylor
> Texas Bar No. 19713250
> mark.taylor@bakermckenzie.com
> BAKER McKENZIE LLP
> 1900 N. Pearl St., Suite 1500
> Dallas, Texas 75201
> Telephone: (214) 978-3000
> Facsimile: (214) 978-3099

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, or in Rule 2002, 3017, 4004, 4007 and 9007 of the Bankruptcy Rules, including, without limitation, notices of any further orders, motions, demands, complaints, petitions, pleadings, requests, applications, disclosure statements, plans and other documents brought before this Court in this case, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telefax, telex or otherwise, which effect or seek to effect the captioned proceeding.

Dated: September 18, 2024　　　　　　　　　Respectfully submitted,

**BAKER McKENZIE LLP**

By:　　*/s/ Mark D. Taylor*
　　　　Mark D. Taylor
　　　　Texas Bar No. 19713250
　　　　mark.taylor@bakermckenzie.com

1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

-and-

Alexander D. Burch
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Bloom (admitted *Pro Hac Vice*)
Sabadell Financial Center
1111 Brickell Avenue, 10th Floor
Miami, Florida 33131
Telephone: (305) 789 8927
Facsimile: (305) 789 8953

**COUNSEL FOR DEBTOR
ARTIUS.ID, INC.**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 18, 2024 a true and correct copy of the foregoing was served simultaneously upon docketing on all counsel of record or *pro se* parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing in this case.

                                               */s/ Mark D. Taylor*
                                               Mark D. Taylor

**Electronic Notice by CM/ECF**

Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

See Attached Matrix

**Manual Notice**

None

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-11007-cgb<br>Western District of Texas<br>Austin | ArtiusID, Inc.<br>801 Barton Springs<br>Austin, TX 78704-1146 | United States Trustee (SMG17)<br>United States Trustee*<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | ArtiusID, Inc.<br>c/o Alexander D. Burch*<br>BAKER & McKENZIE LLP<br>800 Capitol St., Suite 2100<br>Houston, Texas 77002-2947 | ArtiusID, Inc.<br>c/o Robert T. DeMarco*<br>DeMarcoMitchell, PLLC<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251-1364 |
| ~~Collaborative Vision LLC~~<br>~~c/o Cokinos Young~~<br>~~1221 Lamar 16th FL~~<br>~~Houston TX 77010-3039~~<br>Self-Terminated on 08/23/2024 | Collaborative Vision LLC<br>c/o Lynn Hamilton Butler*<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | ~~c/o Emma P. Myles~~<br>~~Cokinos Young~~<br>~~1221 Lamar Street, 16th Floor~~<br>~~Houston, Texas 77010-3039~~<br>Self-Terminated on 08/23/2024 |
| Collaborative Vision, LLC<br>c/o Kell C. Mercer, PC*<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746-5883 | ~~Collaborative Vision, LLC~~<br>~~c/o Tres Gibbs~~<br>~~Cokinos Young~~<br>~~1221 Lamar, 16th Fl.~~<br>~~Houston, Texas 77010-3039~~<br>Self-Terminated on 08/23/2024 | Goldstein Consulting Services, LLC<br>c/o Michael T. Conway, Esq.*<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 |
| Rearc LLC<br>c/o Michael T. Conway, Esq.*<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 | Ron Satija, Chapter 7 Trustee<br>c/o Todd Headden*<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757-1269 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450<br>c/o Shane P. Tobin* |
| Xmogrify<br>c/o Michael T. Conway, Esq.*<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 | Alexander D. Burch*<br>Baker McKenzie LLP<br>700 Louisiana, Suite 3000<br>Houston, TX 77002-2871 | Eric A Liepins*<br>Legal Aid of Northwest Texas<br>1515 Main Street<br>Dallas, TX 75201-4841 |
| Mark D. Bloom*<br>Baker McKenzie LLP<br>1111 Brickell Ave<br>Ste 10th Floor<br>Miami, FL 33131-3122 | Robert T DeMarco III*<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | Ron Satija*<br>P.O. Box 660208<br>Austin, TX 78766-7208 |

*Parties served by ECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Collaborative Vision, LLC<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients    1<br>Total    21 |