**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUSID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |

**ARTIUS.ID'S WITNESS AND EXHIBIT LIST**
**FOR SEPTEMBER 25, 2024 HEARING**
**(re: Dkt. Nos. 83, 88, 99)**

TO: THE HONORABLE CHRISTOPHER G. BRADLEY,
UNITED STATES BANKRUPTCY JUDGE

Alleged Debtor, artius.iD, Inc. ("**Artius**"), by and through undersigned counsel, hereby files its witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for September 25, 2024, at 1:30 p.m. (the "**Hearing**") to consider, among other things, the *Order Abating Proceedings on Debtor's Motion for Rehearing, Granting Stay of Order for Relief Pending Ruling on Consensual Dismissal of Involuntary Case, and Setting Procedures for Approval of Dismissal* [Dkt. No. 83], *Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Dkt. No. 88], and *Collaborative Vision LLC's Objection to Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Dkt. No. 99].

## **WITNESSES**

Artius designates the following individual(s) who may be called as a witness at the hearing (exclusive of those that may be used for impeachment purposes):

1. Michael Marcotte

2. Dominic Odierno

3. Peter Stridh

4. Any witnesses called or listed by any other party.

5. Any rebuttal witnesses as needed.

Artius reserves the right to call any witness designated by any other party and any witness necessary for impeachment or rebuttal.

## **EXHIBITS**

Artius designates the following exhibits that may be offered into evidence and used at the Hearing (exclusive of those that may be used for impeachment or rebuttal purposes):

| EX. # | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 001 | Offer to Allow Judgment on Count Three [Dkt. No. 113-A] | | | |
| 002 | Defendant's Draft Amended Answer and Affirmative Defenses to Plaintiff's Complaint and Counterclaims [Dkt. No. 113-B] | | | |
| 003 | Collaborative Vision LLC's Objection To Consent Stipulation And Motion For Dismissal Of Involuntary Petition Under Chapter 7 [Dkt. No. 99] | | | |
| 004 | Collaborative Vision, LLC Contingent and Direct Hire Client Service Agreement [Dkt. No. 99-1] | | | |
| 005 | Addendum to the Collaborative Vision, LLC Contingent and Direct Hire Client Service Agreement [Dkt. No. 99-2] | | | |
| 006 | Collaborative Vision, LLC Unpaid Invoices Chart [Dkt. No. 99-3] | | | |
| 007 | Note Purchase Agreement and Nonnegotiable Promissory Note [Dkt. No. 99-4] | | | |
| 008 | Email Correspondence [Dkt. No. 99-5] | | | |
| 009 | Oregon Complaint [Dkt. No. 99-6] | | | |
| 010 | Oregon Scheduling Order [Dkt. No. 99-7] | | | |
| 011 | Notice of Involuntary Bankruptcy Case [Dkt. No. 99-9] | | | |
| 012 | Declaration of Michael Marcotte [Dkt. No. 48] | | | |
| 013 | Mutual Non-Disclosure Agreement between Q5id, Inc. and SkyPoint Cloud, Inc. | | | |
| 014 | Email Correspondence regarding Q5id, Inc. Costs to Launch Guardian | | | |

2

| | | | | |
|---|---|---|---|---|
| 015 | Q5id, Inc. Costs to Launch Guardian | | | |
| 016 | SkyPoint Cloud, Inc. Invoice to Q5id, Inc. dated November 2020 | | | |
| 017 | Screenshot of google search for physical address of Collaborative Vision, LLC | | | |
| 018 | Screenshot of physical address for Collaborative Vision, LLC | | | |
| 019 | Screenshot of SkyPoint Cloud Company Information | | | |
| | Any exhibit designated by any other party. | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 case. | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | |

Artius asks that the Court take judicial notice of the pleadings and transcripts filed in the proceedings before this Court, including without limitation any and all orders, motions, proofs of claim, and other pleadings, and any exhibits thereto. Artius also asks that the Court take judicial notice of the Oregon litigation involving Collaborative Vision, LLC. Artius reserves the right to use additional demonstrative exhibits as they deem appropriate in connection with the Hearing. Artius reserves the right to use any exhibits presented by any other party. Artius reserves the right to amend and/or supplement this witness and exhibit list. Artius reserves the right to use exhibits not listed herein for impeachment purposes at the Hearing.

Dated: September 20, 2024	Respectfully Submitted,

By: */s/ Mark D. Bloom*
Alexander D. Burch
**BAKER & McKENZIE LLP**
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark D. Taylor
**BAKER & McKENZIE LLP**
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark D. Bloom (admitted Pro Hac Vice)
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305) 789 8927
Facsimile: (305) 789 8953
mark.bloom@bakermckenzie.com

Counsel for Alleged Debtor artuis.iD

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2024 a true and correct copy of the foregoing was served simultaneously upon docketing on all counsel of record or *pro se* parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing in this case.

                                                                                       */s/ Mark D. Bloom*
                                                                                       Mark D. Bloom

**Electronic Notice by CM/ECF**

Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

See Attached Matrix

**Manual Notice**

None

```
Label Matrix for local noticing         ArtiusID, Inc.                          United States Trustee (SMG17)
0542-1                                  801 Barton Springs                      United States Trustee*
Case 23-11007-cgb                       Austin, TX 78704-1146                   903 San Jacinto Blvd, Suite 230
Western District of Texas                                                       Austin, TX 78701-2450
Austin


U.S. BANKRUPTCY COURT                   ArtiusID, Inc.                          ArtiusID, Inc.
903 SAN JACINTO, SUITE 322              c/o Alexander D. Burch*                 c/o Robert T. DeMarco*
AUSTIN, TX 78701-2450                   BAKER & McKENZIE LLP                    DeMarcoMitchell, PLLC
                                        800 Capitol St., Suite 2100             12770 Coit Road, Suite 850
                                        Houston, Texas 77002-2947               Dallas, TX 75251-1364


Collaborative Vision LLC                Collaborative Vision LLC                ──────────────────
c/o Cokinos Young                       c/o Lynn Hamilton Butler*               c/o Emma P. Myles
1221 Lamar 16th FL                      Husch Blackwell LLP                     Cokinos Young
Houston TX 77010-3039                   111 Congress Avenue, Suite 1400         1221 Lamar Street, 16th Floor
Self-Terminated on 08/23/2024           Austin, TX 78701-4093                   Houston, Texas 77010-3039
                                                                                Self-Terminated on 08/23/2024


Collaborative Vision, LLC               Collaborative Vision, LLC               Goldstein Consulting Services, LLC
c/o Kell C. Mercer, PC*                 c/o Tres Gibbs                          c/o Michael T. Conway, Esq.*
901 S Mopac Expy Bldg 1 Ste 300         Cokinos Young                           Lazare Potter Giacovas & Moyle LLP
Austin, TX 78746-5883                   1221 Lamar, 16th Fl.                    747 Third Avenue, 16th Floor
                                        Houston, Texas 77010-3039               New York, NY 10017-2856
                                        Self-Terminated on 08/23/2024


Rearc LLC                               Ron Satija, Chapter 7 Trustee           United States Trustee - AU12
c/o Michael T. Conway, Esq.*            c/o Todd Headden*                       United States Trustee
Lazare Potter Giacovas & Moyle LLP      Hayward PLLC                            903 San Jacinto Blvd, Suite 230
747 Third Avenue, 16th Floor            7600 Burnet Road, Suite 530             Austin, TX 78701-2450
New York, NY 10017-2856                 Austin, TX 78757-1269                   c/o Shane P. Tobin*


Xmogrify                                Alexander D. Burch*                     Eric A Liepins*
c/o Michael T. Conway, Esq.*            Baker McKenzie LLP                      Legal Aid of Northwest Texas
Lazare Potter Giacovas & Moyle LLP      700 Louisiana, Suite 3000               1515 Main Street
747 Third Avenue, 16th Floor            Houston, TX 77002-2871                  Dallas, TX 75201-4841
New York, NY 10017-2856


Mark D. Bloom*                          Robert T DeMarco III*                   Ron Satija*
Baker McKenzie LLP                      Robert Demarco                          P.O. Box 660208
1111 Brickell Ave                       12770 Coit Road                         Austin, TX 78766-7208
Ste 10th Floor                          Suite 850
Miami, FL 33131-3122                    Dallas, TX 75251-1364


*Parties served by ECF



            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(d)Collaborative Vision, LLC            End of Label Matrix
c/o Lynn Hamilton Butler                Mailable recipients    20
Husch Blackwell LLP                     Bypassed recipients     1
111 Congress Avenue, Suite 1400         Total                  21
Austin, TX 78701-4093
```