**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | Case No. 23-11007-CGB |
| **ARTIUSID, INC** | § | |
| | § | |
| **Debtor(s)** | § | **Chapter 7** |

### TRUSTEE'S WITNESS AND EXHIBIT LIST

Comes now Ron Satija, Trustee ("Trustee"), in the above-styled and numbered bankruptcy case and presents his Witness and Exhibit List for the hearing scheduled on September 25, 2024.

### Witnesses

At the hearing, the Plaintiff may call the following persons to testify as witnesses:

1.      Any witness designated by any other party

### Exhibits

At the hearing the Trustee may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Signed IOActive POC | | |
| 2 | Proposal to Provide Security Assessment Services – PID and Guardian dated April 26, 2022 | | |
| 3 | Services Agreement dated with Effective Date May 2, 2022 | | |
| 4 | Ioactive Invoice No. 7209 | | |

Trustee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal.  Trustee further reserves the right to supplement and amend this list prior to the hearing.

Dated: September 20, 2024

Respectfully submitted,

Hayward PLLC

*/s/ Ron Satija*
Ron Satija
State Bar No. 24039158
Todd Headden
SBN No. 24096285
7600 Burnet Rd, Ste. 530
Austin, TX 78757
Tel/Fax: (737) 881-7102
rsatija@haywardfirm.com
theadden@haywardfirm.com
PROPOSED COUNSEL FOR RON SATIJA,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2024, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties receiving electronic notice in this case. Further, the documents were served via e-mail to the following parties.

*/s/ Ron Satija*
Ron Satija

Mark D. Bloom
Baker McKenzie LLP
1111 Brickell Ave
Ste 10th Floor
Miami, FL 33131

Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746

Shane P. Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701