**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUSID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |

**ARTIUS.ID'S SUPPLEMENT TO WITNESS AND EXHIBIT LIST**
**FOR SEPTEMBER 25, 2024 HEARING**
**(re: Dkt. Nos. 83, 88, 99, 115)**

TO: THE HONORABLE CHRISTOPHER G. BRADLEY,
UNITED STATES BANKRUPTCY JUDGE

Alleged Debtor, artius.iD, Inc. ("**Artius**"), by and through undersigned counsel, hereby files its supplement to *Artius.id's Witness and Exhibit List for September 25, 2024 Hearing* [Dkt. No. 115] for the hearing scheduled for September 25, 2024, at 1:30 p.m. (the "**Hearing**") to consider, among other things, the *Order Abating Proceedings on Debtor's Motion for Rehearing, Granting Stay of Order for Relief Pending Ruling on Consensual Dismissal of Involuntary Case, and Setting Procedures for Approval of Dismissal* [Dkt. No. 83], *Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Dkt. No. 88], and *Collaborative Vision LLC's Objection to Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Dkt. No. 99].

**SUPPLEMENTAL EXHIBIT**

Artius designates the following supplemental exhibit that may be offered into evidence and used at the Hearing (exclusive of those that may be used for impeachment or rebuttal purposes):

| EX. # | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 020 | A true and correct copy of the press release issued by Artius on May 11, 2023 can be found at the following link[1]: https://www.prweb.com/releases/Q5iD_Announces_New_Corporate_Co_Headquarters_in_Austin_Texas_and_Bellevue_Washington/prweb19332927.htm#:~:text=Q5iD%2C%20Inc.%2C%20THE%20premier,for%20rapid%20and%20exponential%20growth. | | | |

Artius asks that the Court take judicial notice of the pleadings and transcripts filed in the proceedings before this Court, including without limitation any and all orders, motions, proofs of claim, and other pleadings, and any exhibits thereto. Artius also asks that the Court take judicial notice of the Oregon litigation involving Collaborative Vision, LLC. Artius reserves the right to use additional demonstrative exhibits as they deem appropriate in connection with the Hearing. Artius reserves the right to use any exhibits presented by any other party. Artius reserves the right to amend and/or supplement this witness and exhibit list. Artius reserves the right to use exhibits not listed herein for impeachment purposes at the Hearing.

---

[1] The link to this exhibit was previously provided in the *Omnibus Reply in Support of Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Dkt. No. 113] at FN19.

Dated: September 23, 2024　　　　　　　　　　Respectfully Submitted,

By: */s/ Mark D. Bloom*　　　　　　　　
Alexander D. Burch
**BAKER & McKENZIE LLP**
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark D. Taylor
**BAKER & McKENZIE LLP**
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark D. Bloom (admitted Pro Hac Vice)
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305) 789 8927
Facsimile: (305) 789 8953
mark.bloom@bakermckenzie.com

Counsel for Alleged Debtor artuis.iD

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 23, 2024 a true and correct copy of the foregoing was served simultaneously upon docketing on all counsel of record or *pro se* parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing in this case.

                                          */s/ Mark D. Bloom*
                                          Mark D. Bloom

**Electronic Notice by CM/ECF**

Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

See Attached Matrix

**Manual Notice**

None

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-11007-cgb<br>Western District of Texas<br>Austin | ArtiusID, Inc.<br>801 Barton Springs<br>Austin, TX 78704-1146 | United States Trustee (SMG17)<br>United States Trustee*<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | ArtiusID, Inc.<br>c/o Alexander D. Burch*<br>BAKER & McKENZIE LLP<br>800 Capitol St., Suite 2100<br>Houston, Texas 77002-2947 | ArtiusID, Inc.<br>c/o Robert T. DeMarco*<br>DeMarcoMitchell, PLLC<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251-1364 |
| ~~Collaborative Vision LLC~~<br>~~c/o Cokinos Young~~<br>~~1221 Lamar 16th FL~~<br>~~Houston TX 77010-3039~~<br>Self-Terminated on 08/23/2024 | Collaborative Vision LLC<br>c/o Lynn Hamilton Butler*<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | ~~c/o Emma P. Myles~~<br>~~Cokinos Young~~<br>~~1221 Lamar Street, 16th Floor~~<br>~~Houston, Texas 77010-3039~~<br>Self-Terminated on 08/23/2024 |
| Collaborative Vision, LLC<br>c/o Kell C. Mercer, PC*<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746-5883 | ~~Collaborative Vision, LLC~~<br>~~c/o Tres Gibbs~~<br>~~Cokinos Young~~<br>~~1221 Lamar, 16th Fl.~~<br>~~Houston, Texas 77010-3039~~<br>Self-Terminated on 08/23/2024 | Goldstein Consulting Services, LLC<br>c/o Michael T. Conway, Esq.*<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 |
| Rearc LLC<br>c/o Michael T. Conway, Esq.*<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 | Ron Satija, Chapter 7 Trustee<br>c/o Todd Headden*<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757-1269 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450<br>c/o Shane P. Tobin* |
| Xmogrify<br>c/o Michael T. Conway, Esq.*<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017-2856 | Alexander D. Burch*<br>Baker McKenzie LLP<br>700 Louisiana, Suite 3000<br>Houston, TX 77002-2871 | Eric A Liepins*<br>Legal Aid of Northwest Texas<br>1515 Main Street<br>Dallas, TX 75201-4841 |
| Mark D. Bloom*<br>Baker McKenzie LLP<br>1111 Brickell Ave<br>Ste 10th Floor<br>Miami, FL 33131-3122 | Robert T DeMarco III*<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | Ron Satija*<br>P.O. Box 660208<br>Austin, TX 78766-7208 |

*Parties served by ECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Collaborative Vision, LLC<br>c/o Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4093 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     1<br>Total                   21 |