**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: § | Case No. 23-11007-CGB | |
| ARTIUSID, INC § | | |
| § | | |
| Debtor(s) § | Chapter 7 | |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

Comes now Ron Satija, Trustee ("Trustee"), in the above-styled and numbered bankruptcy case and presents his Witness and Exhibit List for the hearings scheduled on September 25, 2024.

### Witnesses

At the hearing, the Plaintiff may call the following persons to testify as witnesses:

1. Any witness designated by any other party

### Exhibits

At the hearing the Trustee may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| T-1 | Filed IOActive Proof of Claim | | |
| T-2 | Proposal to Provide Security Assessment Services – PID and Guardian dated April 26, 2022 | | |
| T-3 | Services Agreement dated with Effective Date May 2, 2022 | | |
| T-4 | IOActive Invoice No. 7209 | | |
| T-5 | IOActive Declaration | | |
| T-6 | Skypoint communication and invoice, ArtiusID-0000952 | | |
| T-7 | Skypoint invoice, ArtiusID-0000954 | | |
| T-8 | Harvest invoice, ArtiusID-0000129 | | |
| T-9 | Payment records, ArtiusID-0000131 | | |

Trustee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits

listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Trustee further reserves the right to supplement and amend this list prior to the hearing.

Dated: September 23, 2024

                       Respectfully submitted,

                       Hayward PLLC

                       */s/ Ron Satija*
                       Ron Satija
                       State Bar No. 24039158
                       Todd Headden
                       SBN No. 24096285
                       7600 Burnet Rd, Ste. 530
                       Austin, TX 78757
                       Tel/Fax: (737) 881-7102
                       rsatija@haywardfirm.com
                       theadden@haywardfirm.com
                       PROPOSED COUNSEL FOR RON SATIJA,
                       CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on September 23, 2024, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties receiving electronic notice in this case. Further, the documents were served via e-mail to the following parties.

                       */s/ Ron Satija*
                       Ron Satija

| | |
|---|---|
| Mark D. Bloom<br>Baker McKenzie LLP<br>1111 Brickell Ave<br>Ste 10th Floor<br>Miami, FL 33131 | Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 |
| Jason Bradley Binford<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna, Bldg. 6, Suite 450<br>Austin, TX 78746 | Shane P. Tobin<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701 |