IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUSID, INC., | § | Chapter 7 |
| | § | |
| Debtor. | § | |

**COLLABORATIVE VISION LLC'S SECOND AMENDED
WITNESS AND EXHIBIT LIST FOR SEPTEMBER 25, 2024, HEARING**
(re: Dkt. Nos. 83, 88, 99, 114, 118)

TO: THE HONORABLE CHRISTOPHER G. BRADLEY,
UNITED STATES BANKRUPTCY JUDGE

Collaborative Vision LLC ("Collaborative Vision"), by and through its undersigned counsel, hereby files this second amended[1] witness and exhibit list (the "Second Amended Witness and Exhibit List") for the hearing scheduled for September 25, 2024, at 1:30 p.m. (the "Hearing") to consider, among other things, the *Order Abating Proceedings on Debtor's Motion for Rehearing, Granting Stay of Order for Relief Pending Ruling on Consensual Dismissal of Involuntary Case, and Setting Procedures for Approval of Dismissal* [Dkt. No. 83], *Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Dkt. No. 88], and *Collaborative Vision LLC's Objection to Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Dkt. No. 99].

## WITNESSES

Collaborative Vision designates the following individual(s) who may be called as a witness at the hearing (exclusive of those that may be used for impeachment purposes):

1. Lisa Matar

---

[1] This Second Amended Witness and Exhibit List amends Docket No. 118 to designate Collaborative Vision's Motion for Summary Judgment filed in the Oregon Case as Collaborative Vision No. CV-016 and to designate the Collaborative Vision, IOActive and Skypoint Cloud Proofs of Claims filed at Claim Nos. 1-1, 2-1 and 3-1 as Collaborative Vision's Exhibit Nos. CV-017, CV-018, and CV-019.

HB: 4880-2247-7033.1

2. Michael Marcotte

3. Any witness called or listed by any other party.

4. Any rebuttal witnesses as needed.

Collaborative Vision reserves the right to call any witness designated by any other party and any witness necessary for impeachment or rebuttal.

## EXHIBITS

Collaborative Vision designates the following exhibits that may be offered into evidence and used at the Hearing (exclusive of those that may be used for impeachment or rebuttal purposes):

| EX. # | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| CV-001 | Client Service Agreement [Dkt. 99-1] | | | |
| CV-002 | Addendum to the Client Service Agreement [Dkt. 99-2] | | | |
| CV-003 | Unpaid Invoices Chart [Dkt. 99-3] | | | |
| CV-004 | Note Purchase Agreement and Nonnegotiable Promissory Note [Dkt. 99-4] | | | |
| CV-005 | Email Correspondence [Dkt. 99-5] | | | |
| CV-006 | Oregon Complaint [Dkt. 99-6] | | | |
| CV-007 | Oregon Scheduling Order [Dkt. 99-7] | | | |
| CV-008 | Count Three Settlement Officer [Dkt. 99-8] | | | |
| CV-009 | Notice of Involuntary Bankruptcy Case [Dkt. 99-9] | | | |
| CV-010 | Skypoint Claim Email | | | |
| CV-011 | Articles of Conversion of Q5id, Inc. | | | |
| CV-012 | Bradley J. Krupica Declaration | | | |
| CV-013 | Peter D. Hawkes Declaration | | | |
| CV-014 | Michael Frederick Marcotte July 29 Declaration [Dkt. 71] | | | |

| EX. # | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| CV-015 | Michael Frederick Marcotte August 9 Declaration [Dkt. 84] | | | |
| CV-016 | Oregon Motion for Summary Judgment filed by Collaborative Vision | | | |
| CV-017 | Proof of Claim No. 1-1 filed by Collaborative Vision | | | |
| CV-018 | Proof of Claim No. 2-1 filed by IOActive, Inc. | | | |
| CV-019 | Proof of Claim No. 3-1 filed by Skypoint Cloud, Inc. | | | |
| | Any exhibit designated by any other party. | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 case. | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | |

Collaborative Vision asks that the Court take judicial notice of the pleadings and transcripts filed in the proceedings before this Court, including without limitation any and all orders, motions, proofs of claim, and other pleadings, and any exhibits thereto. Collaborative Vision reserves the right to use additional demonstrative exhibits as they deem appropriate in connection with the Hearing. Collaborative Vision reserves the right to use any exhibits presented by any other party. Collaborative Vision reserves the right to further amend and/or supplement this Amended Witness and Exhibit List. Collaborative Vision reserves the right to use exhibits not listed herein for impeachment purposes at the Hearing.

Dated: September 24, 2024.          Respectfully Submitted,

By: */s/ Lynn Hamilton Butler*
Lynn Hamilton Butler (SBN 03527350)
lynn.butler@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 *facsimile*

HB: 4880-2247-7033.1

-and-

Thomas J. Zavala (SBN 24116265)
tom.zavala@huschblackwell.com
HUSCH BLACKWELL LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*

***Attorneys for Collaborative Vision LLC***

## **CERTIFICATE OF SERVICE**

       I do hereby certify that on September 24, 2024, the undersigned counsel served a true and correct copy of this *Amended Witness and Exhibit List for September 25, 2024 Hearing* through the Court's CM/ECF system on all parties enlisted to receive service electronically, as set out on the list below.

                                    */s/ Lynn Hamilton Butler*
                                      Lynn Hamilton Butler

**ArtiusID, Inc.**
801 Barton Springs
Austin, TX 78704
Tax ID / EIN: 00-0000000
*Added: 11/30/2023*
(Debtor)

represented by

**Mark D. Bloom**
Baker McKenzie LLP
1111 Brickell Ave
Ste 10th Floor
Miami, FL 33131
305-789-8900
mark.bloom@bakermckenzie.com
*Assigned: 07/30/24*

**Alexander D. Burch**
Baker McKenzie LLP
700 Louisiana, Suite 3000
Houston, TX 77002
713-427-5038
713-427-5099 (fax)
alexander.burch@bakermckenzie.com
*Assigned: 07/29/24*

**Robert T DeMarco, III**
Robert Demarco
12770 Coit Road, Suite 850
Dallas, TX 75251
972-991-5591
robert@demarcomitchell.com
*Assigned: 03/30/24*

**Eric A Liepins**
Legal Aid of Northwest Texas
1515 Main Street
Dallas, TX 75201
214-243-2231
liepinse@lanwt.org
*Assigned: 12/19/23*

HB: 4880-2247-7033.1

| | | |
|---|---|---|
| **Collaborative Vision, LLC**<br>c/o Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746<br>(512) 767-3214<br>kell.mercer@mercer-law-pc.com<br>*Added: 01/07/2024*<br>*(Creditor)* | represented by | **Lynn Hamilton Butler**<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>(512) 479-9758<br>(512) 226-7318 (fax)<br>lynn.butler@huschblackwell.com<br>*Assigned: 08/21/24* |
| | | **Kell C. Mercer**<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746<br>512-627-3512<br>512-597-0767 (fax)<br>kell.mercer@mercer-law-pc.com<br>*Assigned: 01/07/24* |
| **Goldstein Consulting Services, LLC**<br>4445 Post Road, Apt. 5D<br>New York, NY 10471<br>*Added: 11/30/2023*<br>*(Petitioning Creditor)* | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna, Bldg. 6, Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23* |
| | | **Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24* |
| | | **Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |

| | | |
|---|---|---|
| **Rearc LLC**<br>1216 Broadway, Suite 218<br>New York, NY 10001<br>*Added: 11/30/2023*<br>*(Petitioning Creditor)* | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna, Bldg. 6, Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23*<br><br>**Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24*<br><br>**Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |
| **Ron Satija**<br>P.O. Box 660208<br>Austin, TX 78766<br>512-733-1311<br>512-733-1311 (fax)<br>rsatija@haywardfirm.com<br>*Added: 07/25/2024*<br>*(Trustee)* | represented by | **Todd Brice Headden**<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>737-881-7104<br>theadden@haywardfirm.com<br>*Assigned: 08/14/24*<br><br>**Ron Satija**<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>(737) 881-7102<br>(972) 755-7100 (fax)<br>rsatija@haywardfirm.com<br>*Assigned: 08/22/24* |

| | | |
|---|---|---|
| **United States Trustee - AU12**<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701<br>(512) 916-5330<br>ustpregion07.au.ecf@usdoj.gov<br>*Added: 11/30/2023*<br>(U.S. Trustee) | represented by | **Shane P. Tobin**<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701<br>512-916-5348<br>shane.p.tobin@usdoj.gov<br>*Assigned: 09/05/24* |
| **Xmogrify, LLC**<br>23 Arden Drive<br>Hartsdale, NY 10503<br>*Added: 11/30/2023*<br>(Petitioning Creditor) | represented by | **Jason Bradley Binford**<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna, Bldg. 6, Suite 450<br>Austin, TX 78746<br>512-351-4778<br>214-377-9409 (fax)<br>jason.binford@rsbfirm.com<br>*Assigned: 11/30/23* |
| | | **Michael Conway**<br>Lazare Potter Giacovas & Moyle LLP<br>747 Third Ave., 16th Floor<br>New York, NY 10017<br>917-242-1597<br>mconway@lpgmlaw.com<br>*Assigned: 01/23/24* |
| | | **Ana Pia D. Felix**<br>Lazare Potter Giacovas Moyle LLP<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com<br>*Assigned: 02/07/24* |

HB: 4880-2247-7033.1