# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−11007−cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **ArtiusID, Inc.** , Debtor(s)

## NOTICE OF FILING PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO THE CREDITOR:

You are hereby notified that the debtor named above, or the Trustee appointed to this case, has filed a Proof of Claim on your behalf against the estate herein pursuant to 11 U.S.C. Section 501(c) and or/Federal Rule of Bankruptcy Procedure 3004 . The Court has assigned it Claim No. 2−1 which may be different from the Trustee claim number.

Dated:  9/25/24

                                               Barry D. Knight
                                               Clerk, U. S. Bankruptcy Court

                                               BY: Carol Y. Boggess

**[Proof of Claim Notice]** [Ntcpocdb]