# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−11007−cgb
Chapter No.: 7
Judge: Christopher G Bradley

IN RE: **ArtiusID, Inc.**, Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **09/25/2024** was filed on **09/29/24**. The following deadlines apply:

The parties have until **October 7, 2024** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **October 21, 2024**.

If a request for redaction is filed, the redacted transcript is due **October 30, 2024**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **December 30, 2024** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Toni Hudson With Exceptional Reporting Services, Inc., 361 949−2988**, or you may view the document at the clerk's office public terminal.

Dated:  9/30/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Estella Benitez Jurado

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)] [NtcftddlrrBKap] ]