UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| ArtiusID, Inc., | § | CASE NO. 23-11007-cgb |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO ALL INTERESTED PARTIES:

Mark C. Taylor and the law firm of Holland & Knight LLP hereby enters their appearance as counsel to Skypoint Cloud, Inc., a creditor and party-in-interest in the above-referenced case, pursuant to Bankruptcy Rule 9010. Mr. Taylor's information is below:

> Mark C. Taylor
> Holland & Knight LLP
> 98 San Jacinto Blvd., Ste. 1900
> Austin, Texas 78701
> (512) 685-6450
> (512) 685-6417 FAX
> Email: mark.taylor@hklaw.com

Mr. Taylor respectfully requests that he be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices filed by the parties in this case, in accordance with Bankruptcy Rule 2002.

Dated: October 3, 2024
Austin, Texas

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Mark C. Taylor*
Mark C. Taylor
Texas Bar No. 19713225
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
Email: mark.taylor@hklaw.com

COUNSEL TO SKYPOINT CLOUD, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, a true and correct copy of the foregoing pleading was served via electronically via the Court's ECF/CM notification system to all parties on the attached service list.

*/s/ Mark C. Taylor*
Mark C. Taylor

# SERVICE LIST – ECF PARTIES ONLY

**Counsel to Debtor**
Mark D. Bloom
Baker McKenzie LLP
1111 Brickell Ave, Ste 10th Floor
Miami, FL 33131

Alexander D. Burch
Baker McKenzie LLP
700 Louisiana, Suite 3000
Houston, TX 77002

Robert T DeMarco, III
Robert Demarco
12770 Coit Road, Suite 850
Dallas, TX 75251

Eric A Liepins
Legal Aid of Northwest Texas
1515 Main Street
Dallas, TX 75201

Mark D. Taylor
Baker & McKenzie LLP
1900 N. Pearl Street, Suite 1500
Dallas, TX 75201

**Chapter 7 Trustee**
Ron Satija
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757

**Counsel to Chapter 7 Trustee**
Todd Brice Headden
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757

**United States Trustee**
United States Trustee
Shane P. Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Counsel to Petitioning Creditors**
Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna
Bldg. 6, Suite 450
Austin, TX 78746

Michael Conway
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, NY 10017

Ana Pia D. Felix
Lazare Potter Giacovas Moyle LLP
747 Third Avenue, 16th Floor
New York, NY 10017

**Parties Requesting Service**
Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Thomas J. Zavala
Husch Blackwell LLP
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201-2467

#510503627_v1