# EXHIBIT B

*__Declaration of Jennifer Steffens
with Supporting Documentation__*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 23-11007-CGB |
| ARTIUSID, INC | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

## <u>DECLARATION OF JENNIFER STEFFENS</u>

I, Jennifer Steffens, hereby declare and certify on behalf of IOActive, Inc.:

1.  I am over 18 years of age. I am currently employed by IOActive, Inc. ("the Company"). I am the Chief Executive Officer and a custodian of records for the Company.

2.  Each of the records attached hereto is the original record or a true duplicate of the original record in the custody of the Company. I am the custodian of the attached records.

3.  I have produced the following records, which are subject to this certification, in connection with the bankruptcy case of ArtiusID, Inc.:

    E-mail and subsequent thread with final e-mail dated May 3, 2023, from Brian Grant, *RE: [EXTERNAL] Q5id, Inc: Requesting W-9*

    E-mail dated May 5, 2023, from Joshua Beauregard, *RE: IOActive Q5ID Payment Plan*

    E-mail dated May 15, 2023, from Joshua Beauregard, *RE: IOActive Q5ID Payment Plan*

4.  I hereby certify that all records attached hereto were made at or near the time by, or from information transmitted by, a person with knowledge of those matters.

5.  These records were kept in the course of a regularly conducted business activity of the Company and were made by the Company as a regular practice of that activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2024 in Seattle, WA.



[Signature]



Docusign Envelope ID: 82F55593-9B4E-4165-8B30-C05D02E46367

| | |
|---|---|
| **From:** | Joshua Beauregard |
| **To:** | "Brian Grant"; "Anthony Clem" |
| **Cc:** | Gerad Lopshire |
| **Subject:** | RE: IOActive Q5ID Payment Plan |

Hi Brian and Tony—

Any word back on your acceptance of the payment plan?

---

**From:** Joshua Beauregard
**Sent:** Friday, May 5, 2023 10:01 AM
**To:** 'Brian Grant' <bgrant@q5id.com>; Anthony Clem <aclem@q5id.com>
**Cc:** Gerad Lopshire <gerad.lopshire@ioactive.com>
**Subject:** IOActive Q5ID Payment Plan

Hi Brian and Tony—

Thanks, again, for your time yesterday. I'm looking forward to getting this resolved.

I've attached a six month payment plan with the first payment being due at the end of this month. I have added interest to the charge, per the terms of our MSA, however I have stopped the accrual as of today and spread it out over the six payments. I hope you find this acceptable as a middle ground to resolve the issue.

Please let Gerad and myself know of your acceptance of the plan.

Cheers!

Josh Beauregard, CPA
Sr. Director of Finance & Administration
IOActive, Inc.
Direct: +1 (206) 453-0420
Mobile: +1 (206) 437-8225
Research-fueled Security Services
The Americas | EMEA | AsiaPac

The contents of this email are legally privileged and confidential, and are intended for the use by the intended addressee(s) only. If you are not an intended addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. This email does not, in any case, constitute a binding offer or acceptance for IOActive unless so set forth in a separate document. If you received this email in error, please contact me at joshua.beauregard@ioactive.com, and delete the original message.

| | |
|---|---|
| **From:** | Joshua Beauregard |
| **To:** | "Brian Grant"; "Anthony Clem" |
| **Cc:** | Gerad Lopshire |
| **Subject:** | IOActive Q5ID Payment Plan |
| **Attachments:** | Book7.xlsx |

Hi Brian and Tony—

Thanks, again, for your time yesterday.  I'm looking forward to getting this resolved.

I've attached a six month payment plan with the first payment being due at the end of this month.  I have added interest to the charge, per the terms of our MSA, however I have stopped the accrual as of today and spread it out over the six payments.  I hope you find this acceptable as a middle ground to resolve the issue.

Please let Gerad and myself know of your acceptance of the plan.

Cheers!

Josh Beauregard, CPA
Sr. Director of Finance & Administration
IOActive, Inc.
Direct: +1 (206) 453-0420
Mobile: +1 (206) 437-8225
Research-fueled Security Services
The Americas | EMEA | AsiaPac

The contents of this email are legally privileged and confidential, and are intended for the use by the intended addressee(s) only. If you are not an intended addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. This email does not, in any case, constitute a binding offer or acceptance for IOActive unless so set forth in a separate document. If you received this email in error, please contact me at joshua.beauregard@ioactive.com, and delete the original message.

| | |
|---|---|
| **From:** | Brian Grant |
| **To:** | Joshua Beauregard; Gerad Lopshire |
| **Cc:** | Anthony Clem; IOACTIVE AR; Lance Reck |
| **Subject:** | RE: [EXTERNAL]Q5id, Inc: Requesting W-9 |
| **Date:** | Wednesday, May 3, 2023 6:50:12 PM |

Lets go with 2:30pm.

**From:** Joshua Beauregard <joshua.beauregard@ioactive.com>
**Sent:** Wednesday, May 3, 2023 4:42 PM
**To:** Brian Grant <bgrant@q5id.com>; Gerad Lopshire <gerad.lopshire@ioactive.com>
**Cc:** Anthony Clem <aclem@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Lance Reck <lance.reck@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Brian—

Unfortunately I am not at that time.  I am open after 2pm PST tomorrow, though.

**From:** Brian Grant <bgrant@q5id.com>
**Sent:** Wednesday, May 3, 2023 2:57 PM
**To:** Joshua Beauregard <joshua.beauregard@ioactive.com>; Gerad Lopshire <gerad.lopshire@ioactive.com>
**Cc:** Anthony Clem <aclem@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Lance Reck <lance.reck@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Hi Josh,

Are you available for a call tomorrow at 9am PST?

Thanks,

Brian

**From:** Joshua Beauregard <joshua.beauregard@ioactive.com>
**Sent:** Wednesday, May 3, 2023 2:37 PM
**To:** Gerad Lopshire <gerad.lopshire@ioactive.com>; Brian Grant <bgrant@q5id.com>
**Cc:** Anthony Clem <aclem@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Lance Reck <lance.reck@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9
**Importance:** High

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Briand and Tony—

I'd like to check in to see about a response about payment on Invoice 7209.  When Chris Gagnon left it with us, there was discussion about getting us moved into a payment queue.  I'd really like to get this collected before we have to move to other options.

Can you please update me on status?

Feel free to give me a call at 206-437-8225 to discuss.

Thanks.

Josh Beauregard, CPA
Sr. Director of Finance & Administration
IOActive, Inc.
Mobile: +1 (206) 437-8225
Research-fueled Security Services
The Americas | EMEA | AsiaPac

The contents of this email are legally privileged and confidential, and are intended for the use by the intended addressee(s) only. If you are not an intended addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. This email does not, in any case, constitute a binding offer or acceptance for IOActive unless so set forth in a separate document. If you received this email in error, please contact me at joshua.beauregard@ioactive.com, and delete the original message.

---

**From:** Gerad Lopshire <gerad.lopshire@ioactive.com>
**Sent:** Thursday, April 20, 2023 1:29 PM
**To:** Brian Grant <bgrant@q5id.com>
**Cc:** Tony Clem <aclem@q5id.com>; Joshua Beauregard <joshua.beauregard@ioactive.com>; IOACTIVE AR <AR@ioactive.com>; Lance Reck <lance.reck@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Thanks Chris! Moving you to Bcc

Hi Brian, Tony,

It is a pleasure virtually meeting you both, and I look forward to working with you.

Thanks,

Gerad Lopshire
Business Development Manager
IOActive, Inc
Mobile: 208-582-1055

Email: gerad.lopshire@ioactive.com

Research-fueled Security Services
The Americas | EMEA | AsiaPac

The contents of this email are legally privileged and confidential, and are intended for the use by the intended addressee(s) only. If you are not an intended addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. This email does not, in any case, constitute a binding offer or acceptance for IOActive unless so set forth in a separate document. If you received this email in error, please contact me at mailto: gerad.lopshire@ioactive.com, and delete the original message.

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Thursday, April 20, 2023 12:57 PM
**To:** Brian Grant <bgrant@q5id.com>
**Cc:** Tony Clem <aclem@q5id.com>; Joshua Beauregard <joshua.beauregard@ioactive.com>; Gerad Lopshire <gerad.lopshire@ioactive.com>; IOACTIVE AR <AR@ioactive.com>; Lance Reck <lance.reck@ioactive.com>
**Subject:** FW: [EXTERNAL]Q5id, Inc: Requesting W-9

Hello Brian,

Can you share the results of your payments due audit and next steps?

As a reminder for your convenience, It's been almost a year since we performed a security assessment of Proven Identity and Guardian that included a source code review.  We identified vulnerabilities in your application including several high risk vulnerabilities.

I also want to let you and Tony know that I've decided to pursue new career opportunities, so I've included our head of Finance, Josh Beauregard and his A/R team.

I'd also like to introduce Gerad Lopshire.  Gerad is based in the Pacific Northwest and will work with Lance Reck to manage the relationship moving forward.  I understand that Tony has additional work he needs help with in the future.

Thanks,
Chris

Chris Gagnon
Director of Operations
IOActive, Inc
Mobile: +1.678.523.7835

**From:** Chris Gagnon
**Sent:** Tuesday, April 11, 2023 10:33 AM
**To:** 'Brian Grant' <bgrant@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Hi Brian,



Can you let me know when Q5ID expects to make their first payment?

Thanks,
Chris

Chris Gagnon
Director of Operations
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Brian Grant <bgrant@q5id.com>
**Sent:** Wednesday, March 15, 2023 11:40 AM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Chris – I know it's probably not what you want to hear, but by the end of the month.  Best, Brian

---

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Wednesday, March 15, 2023 8:38 AM
**To:** Brian Grant <bgrant@q5id.com>
**Subject:** Re: [EXTERNAL]Q5id, Inc: Requesting W-9

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Brian.  When do you expect to complete the audit?

Best,
Chris

On Mar 15, 2023, at 10:57 AM, Brian Grant <bgrant@q5id.com> wrote:

Hi Chris,

I apologize for the delay.  At the direction of our new CEO, our management team is in the process of reviewing and auditing the amounts due for previous services.  I will reach out to you once have completed the process.

I sincerely apologize for the delay.

Becky is no longer with our company.

Best,

Brian

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Wednesday, March 15, 2023 7:07 AM
**To:** Brian Grant <bgrant@q5id.com>
**Cc:** Becky Wanta <rwanta@q5id.com>
**Subject:** FW: [EXTERNAL]Q5id, Inc: Requesting W-9
**Importance:** High

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Brian,

I'm sorry to have to push on this.  It's been almost a year since we performed a security assessment of Proven Identity and Guardian that included a source code review.  We identified vulnerabilities in your application including several high risk vulnerabilities.  We're not a s/w company and had to pay our people for this work.  We've been very flexible and understanding of your situation.  Can we get some payment as a measure of good faith?

Thanks,
Chris

Chris Gagnon
Director of Operations
IOActive, Inc
Mobile: +1.678.523.7835

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Friday, March 10, 2023 3:33 PM
**To:** Brian Grant <bgrant@q5id.com>
**Cc:** Becky Wanta <rwanta@q5id.com>
**Subject:** FW: [EXTERNAL]Q5id, Inc: Requesting W-9
**Importance:** High

Hi Brian,

Can you share your availability for a call next week to discuss payment for the work we performed?  We need to show some progress to keep things moving in the right direction.

Thanks,
Chris

Chris Gagnon
Director of Operations

IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Chris Gagnon
**Sent:** Monday, February 13, 2023 8:04 AM
**To:** 'Brian Grant' <bgrant@q5id.com>; Becky Wanta <rwanta@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Becky, thank you for the introduction.

Hello Brian, it's a pleasure meeting you via email.  I'm sorry I didn't respond sooner as I was traveling on Friday.  I'm open on Thu from 8:00 – 9:30 and 12:00 – 2:00 PST.  I'm open on Friday before 1:00 PST.  Do any of those times work for a quick call?

Thanks,
Chris

Chris Gagnon
Director of Operations
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Brian Grant <bgrant@q5id.com>
**Sent:** Friday, February 10, 2023 3:57 PM
**To:** Becky Wanta <rwanta@q5id.com>; Chris Gagnon <chris.gagnon@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Hi Chris,

Nice to Meet via email.  If you are available later today or next week after Wednesday, maybe we can talk by phone or Teams to discuss your account.

Let me know what works for you.

Best,

Brian



Brian K. Grant
Chief Financial Officer, Q5id
503.709.5882 M
BGrant@q5id.com

**From:** Becky Wanta <rwanta@q5id.com>
**Sent:** Friday, February 10, 2023 11:54 AM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>
**Cc:** Brian Grant <bgrant@q5id.com>
**Subject:** FW: [EXTERNAL]Q5id, Inc: Requesting W-9

Chris – Please meet our new CFO, Brian Grant. Brian will be working with you regarding a repayment plan going forward and apologize that the matter of your outstanding invoice has not been resolved and we were able to pay according to the proposed payment plan as the anticipated funds have not yet been received as yet but are expected.  Regards, Becky

<image002.png>  | **Becky Wanta**
BOD, COO & Global CIO/CTO Q5id
480-205-7229
rwanta@q5id.com

---

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Friday, February 10, 2023 10:15 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Becky,

I hope you're doing well.  Can you share an update on your outstanding invoice?  We haven't received any payments from the payment plan we established.  I really have to show our Finance some progress so anything you can do is much appreciated.

Thanks,
Chris

Chris Gagnon
Director of Operations
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Becky Wanta <rwanta@q5id.com>
**Sent:** Wednesday, December 21, 2022 2:04 PM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Chris – Thank you – Becky

<image003.png> | Becky Wanta
COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

---

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Wednesday, December 21, 2022 8:58 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila
Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Becky.  Happy Holidays to you as well.

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Becky Wanta <rwanta@q5id.com>
**Sent:** Wednesday, December 21, 2022 11:55 AM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila
Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Chris – Thank you – We are committed to the plan as we'd discussed prior.  Please just keep in mind that we are constrained with the way our funding tranches are coming in – Very Happy Holidays to you and yours.  Becky

<image003.png> | Becky Wanta
COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Wednesday, December 21, 2022 8:34 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hi Becky,

Our Finance Team has provided the following payment plan with the first due on Jan 3rd. Please let us know if you have any questions.

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Becky Wanta <rwanta@q5id.com>
**Sent:** Monday, December 12, 2022 2:09 PM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Chris – The Payment schedule goes through April 2023 versus March 2023; so there is no balance. As I stated, our hope is to accelerate those payments forward dependent on the funding tranches received – Thanks, Becky

<image003.png>   Becky Wanta
COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Monday, December 12, 2022 11:00 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hi Becky - I appreciate the correction, but I can't get the numbers to add up.  This would still leave a balance of $23,949.  Did I miss anything in the table below?

| Total Invoice | $ | 100,796 |
|---|---|---|
| | | |
| Dec | $ | 5,000 |
| Jan | $ | 23,949 |
| Feb | $ | 23,949 |
| Mar | $ | 23,949 |
| **Sub-Total** | **$** | **76,847** |
| | | |
| **Remaining Balance** | **$** | **23,949** |

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Becky Wanta <rwanta@q5id.com>
**Sent:** Monday, December 12, 2022 12:15 PM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Chris – Sorry.  The revised monthly payments would be 23,949 which would settle our balance with you as I outlined below. Thanks for verifying the payment figures.  Becky

<image003.png> | Becky Wanta
COO & Global CIO/CTO
(480) 205-7229 (mobile)
rwanta@q5id.com

---

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Monday, December 12, 2022 8:52 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for the update Becky.  That would leave a balance of $27,699.  Did I get that right?

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

**From:** Becky Wanta <rwanta@q5id.com>
**Sent:** Monday, December 12, 2022 11:01 AM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Chris – This is the proposed payment schedule to your firm, assuming anticipated funds are received:
12/30/2022:  $5000
The balance in three (3) tranches:  January, February & March 2023:  @$22,699 each month*

*If more funds are received, we would accelerate the payments back to you so this is what we know and anticipate as of this morning – Regards, Becky

<image003.png> | Becky Wanta
COO & Global CIO/CTO

> (480) 205-7229 (mobile)
> rwanta@q5id.com

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Monday, December 12, 2022 7:41 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** FW: [EXTERNAL]Q5id, Inc: Requesting W-9
**Importance:** High

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Becky,

We want to work with you on this outstanding invoice.  The amount is for $100,796 which was due on Aug 18th.  I need to provide our Finance Team with some kind of update.

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Monday, December 5, 2022 8:54 AM
**To:** Becky Wanta <rwanta@q5id.com>
**Cc:** Tony Clem <aclem@q5id.com>; Accounting Distro <accounting@q5id.com>; Ludmila Lantassova <llantassova@q5id.com>; IOACTIVE AR <AR@ioactive.com>
**Subject:** FW: [EXTERNAL]Q5id, Inc: Requesting W-9
**Importance:** High

Good morning Becky,

Please let us know what payment plan would work for you.  We really need to get this set up and start receiving payments for the work we've done.

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Chris Gagnon
**Sent:** Tuesday, November 29, 2022 8:36 AM
**To:** 'Tony Clem' <aclem@q5id.com>; Becky Wanta <rwanta@q5id.com>
**Cc:** Accounting Distro <accounting@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Ludmila Lantassova <llantassova@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Thank you Tony!

Hi Becky, it's a pleasure to meet you via email.  Thank you for your assist on this.  Our Finance team is willing to set up a payment plan.  We just need to know what would realistically work for you.

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Tony Clem <aclem@q5id.com>
**Sent:** Monday, November 28, 2022 5:26 PM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>; Becky Wanta <rwanta@q5id.com>
**Cc:** Accounting Distro <accounting@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Ludmila Lantassova <llantassova@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Thanks Chris, I have included Becky Wanta on this email. She is our interim COO and is working on what we can do.

Regards,
Tony

<image002.png>

Tony Clem
Chief Information Security Officer (CISO), Q5id
+1-971-378-6586 O
aclem@q5id.com

Please consider the environment before printing this email.
Statement of Confidentiality: The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information is that of Q5id and may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or call me at: +1-971-378-6586_ As well,

please delete this message and its attachments, if any.

---

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Monday, November 28, 2022 2:08 PM
**To:** Tony Clem <aclem@q5id.com>
**Cc:** Accounting Distro <accounting@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Ludmila Lantassova <llantassova@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tony,

I hope you had a nice Thanksgiving holiday.  What payment plan period will work for your Finance team?  For example, does a 3 month plan work?

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Tony Clem <aclem@q5id.com>
**Sent:** Wednesday, November 23, 2022 8:38 PM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>
**Cc:** Accounting Distro <accounting@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Ludmila Lantassova <llantassova@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Chris, that is very nice, thank you. I will forward this to the right person to set that up.

Regards,
Tony

<image002.png>  Tony Clem
Chief Information Security Officer (CISO), Q5id
+1-971-378-6586 O
aclem@q5id.com

Please consider the environment before printing this email.
Statement of Confidentiality: The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information is that of Q5id and may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or call me at: +1-971-378-6586  As well,

please delete this message and its attachments, if any.

---

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Monday, November 21, 2022 5:28 AM
**To:** Tony Clem <aclem@q5id.com>
**Cc:** Accounting Distro <accounting@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Ludmila Lantassova <llantassova@q5id.com>
**Subject:** FW: [EXTERNAL]Q5id, Inc: Requesting W-9

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tony,

Our Finance team is willing to put together a payment plan for you.  What would work for you?

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Chris Gagnon
**Sent:** Friday, November 18, 2022 1:16 PM
**To:** 'Tony Clem' <aclem@q5id.com>; IOACTIVE AR <AR@ioactive.com>; Accounting Distro <accounting@q5id.com>
**Cc:** Ludmila Lantassova <llantassova@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Thank you for your transparency Tony.  Please let us know what is possible.

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

---

**From:** Tony Clem <aclem@q5id.com>
**Sent:** Friday, November 18, 2022 12:04 PM
**To:** Chris Gagnon <chris.gagnon@ioactive.com>; IOACTIVE AR <AR@ioactive.com>; Accounting Distro <accounting@q5id.com>
**Cc:** Ludmila Lantassova <llantassova@q5id.com>

**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Hi Chris, I have been working on this, but it looks like we have some issues that are making it a problem to pay this off right now.

I believe we will be able to resolve this soon but at this time I am trying to see if we can pay something to you as a gesture of good faith.

Once again my sincere apologies.

Regards,
Tony

<image002.png>     **T**ony Clem
                   Chief Information Security Officer (CISO), Q5id
                   +1-971-378-6586 O
                   aclem@q5id.com

Please consider the environment before printing this email.
Statement of Confidentiality: The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information is that of Q5id and may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or call me at: +1-971-378-6586.  As well, please delete this message and its attachments, if any.

---

**From:** Chris Gagnon <chris.gagnon@ioactive.com>
**Sent:** Friday, November 4, 2022 10:05 AM
**To:** IOACTIVE AR <AR@ioactive.com>; Accounting Distro <accounting@q5id.com>
**Cc:** Ludmila Lantassova <llantassova@q5id.com>; Tony Clem <aclem@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9
**Importance:** High

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Q5ID team,

The attached invoice was due on Aug 18th.  Please let us know when we will receive payment or if you need anything from us.

Thanks,
Chris

Chris Gagnon
Director of Sales
IOActive, Inc
Mobile: +1.678.523.7835

**From:** IOACTIVE AR <AR@ioactive.com>
**Sent:** Wednesday, July 20, 2022 2:49 PM
**To:** accounting@q5id.com
**Cc:** Chris Gagnon <chris.gagnon@ioactive.com>; IOACTIVE AR <AR@ioactive.com>; Ludmila Lantassova <llantassova@q5id.com>
**Subject:** RE: [EXTERNAL]Q5id, Inc: Requesting W-9

Hello Q5ID team,

Please see our attached W-9 per the below.

Thank you,

Isaac Savaria
Revenue Accountant
IOActive, Inc.
Research-fueled Security Services
The Americas | EMEA | AsiaPac

The contents of this email are legally privileged and confidential, and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. This email does not, in any case, constitute a binding offer or acceptance for IOActive unless so set forth in a separate document. If you received this email in error, please contact me at isaac.savaria@ioactive.com, and delete the original message.

**From:** Ludmila Lantassova <llantassova@q5id.com>
**Sent:** Wednesday, July 20, 2022 10:33 AM
**To:** IOACTIVE AR <AR@ioactive.com>
**Cc:** Chris Gagnon <chris.gagnon@ioactive.com>
**Subject:** [EXTERNAL]Q5id, Inc: Requesting W-9

Dear IOActive, Inc.,

Our Accounting Department has just received your invoice.
We are required to obtain from every new vendor a form W-9 as the information provided on this form is necessary for 1099 reporting. The form is used to gather key information such as legal business name, address, business structure (sole proprietor, corporation, etc.), and Tax Identification Number (EIN/SSN). Please provide the completed W-9 to our accounting department (accounting@q5id.com) as soon as possible.

Our preferred method to pay our vendors is direct transfer. As soon as your W-9 form is received and the invoice is approved by the appropriate department head, we will process this invoice and notify you about payment status accordingly.

We appreciate your attention to this matter.
Sincerely,
Q5id, Inc. – Accounting Department

&lt;image002.png&gt;

Mila Lantassova
Accounts Payable Specialist, Q5id
503.432-7198 Cell
llantassova@q5id.com

**From:** IOActive Invoicing <ar@ioactive.com>
**Sent:** Wednesday, July 20, 2022 9:48 AM
**To:** Accounting Distro <accounting@q5id.com>
**Cc:** chris.gagnon@ioactive.com
**Subject:** IOActive Invoice 7209

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Please see attached invoice 7209 in the amount of $100,796.00 for payment.

Thank you,

IOActive Accounts Receivable

IOActive, Inc.
ar@ioactive.com
&lt;image004.jpg&gt;