IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-11007-CGB |
| ARTIUSID, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**MOTION FOR EXPEDITED CONSIDERATION
OF TRUSTEE'S MOTION TO REOPEN EVIDENCE**

TO THE HONORABLE CHRISTOPHER G. BRADLEY,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Ron Satija, Chapter 7 Trustee (the "Trustee") in the above-captioned case, and files this, his *Motion for Expedited Consideration of Trustee's Motion to Reopen Evidence* (the "Motion"), and in support thereof, would respectfully submit the following:

1. Underlying Motions: On October 4, 2024, the Trustee filed his *Motion to Reopen Evidence* [ECF No. 133] (the "Motion to Reopen Evidence").

2. Need for Expedited Consideration: On September 25, 2024, the Court held a hearing (the "Dismissal Hearing") to consider, *inter alia*, the *Consent Stipulation and Motion for Dismissal of Involuntary Petition under Chapter 7* [ECF No. 88] (the "Motion for Dismissal") filed by ArtiusID, Inc. (the "Debtor"). Following the closing of evidence, but prior to the parties' closing arguments, the Court continued the Dismissal Hearing to Monday, October 7, 2024, at 3:00 p.m.

3. Following the Dismissal Hearing, the Trustee has come to learn of new and important evidence relevant to the Court's consideration of the Debtor's Motion for Dismissal, and if permitted, would seek to introduce the same at Monday's hearing prior to closing arguments.

4. <u>Time Estimate for Hearing</u>: The Trustee believes its Motion to Reopen Evidence will be opposed, and therefore estimates at least 30–45 minutes for the parties to present their clients' respective positions prior to the Court's ruling on the merits of the Trustee's Motion.

5. <u>Available Times for Hearing</u>: As set forth above, a hearing concerning all affected parties is already set for October 7, 2024 at 3:00 p.m. The Trustee respectfully submits that consideration of the Motion to Reopen Evidence should take place immediately prior to closing arguments pertaining to the Motion for Dismissal.

WHEREFORE, the foregoing premises considered, the Trustee requests the Court enter an order 1) granting the instant Motion; and 2) for such other and further relief as is just and proper.

Dated: October 4, 2024

Respectfully submitted,

**HAYWARD PLLC**

By: /s/ *Bach W. Norwood*
Bach W. Norwood
Bar Number: 24134529
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
bnorwood@haywardfirm.com

***Attorneys for Ron Satija, Chapter 7 Trustee***

## CERTIFICATE OF CONFERENCE

The Trustee's counsel has communicated with interested parties' counsel regarding the need for expedited consideration. The Trustee has not received approval from Debtor's counsel. The United States Trustee does not oppose. At the hearing on September 25, 2024 on the Debtor's Dismissal Motion, the parties indicated their availability for the continued hearing currently set for October 7, 2024.

/s/ *Bach W. Norwood*
Bach W. Norwood

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the court's CM/ECF system on October 4, 2023 thus effecting service on any parties requesting service thereby.

/s/ *Bach W. Norwood*
Bach W. Norwood