IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 23-11007-CGB |
| ARTIUSID, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION
OF TRUSTEE'S MOTION TO REOPEN EVIDENCE**

On this date came on for consideration the Motion filed by the Ron Satija, the Chapter 7 Trustee in the above-captioned case ("Movant") requesting an expedited hearing on the *Trustee's Motion to Reopen Evidence* filed on October 4, 2024 [Docket No. 133]. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the *Trustee's Motion to Reopen Evidence* is scheduled for expedited hearing on the date and time listed above.

# # # END OF ORDER # # #

*Order submitted by:*

**HAYWARD PLLC**

By: /s/ *Bach W. Norwood*
Bach W. Norwood
Bar Number: 24134529
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
bnorwood@haywardfirm.com

***Attorneys for Ron Satija, Chapter 7 Trustee***