IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUS.ID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |

RESPONSE AND OBJECTION OF ALLEGED DEBTOR TO TRUSTEE'S
MOTION TO REOPEN EVIDENCE, AND RESERVATION OF RIGHTS

(Hearing Scheduled for Monday, October 7, 2024 at 3:00 pm CDT)

Alleged Debtor, Artius.iD, Inc. ("**Artius**") by and through undersigned counsel and pursuant to Local Rule 7007(b), files this Response and Objection to the *Trustee's Motion to Reopen Evidence* [Doc. No. 133] (the "**Motion to Reopen**") filed by the appointed Chapter 7 Trustee, Ron Satija,[1] and states as follows:

1. The Motion to Reopen appears to have been filed for the purposes of:

    a. Offering a stale, hearsay Declaration to provide support for the IOActive claim that has now been resolved by Artius, such resolution being contingent on the dismissal of this Chapter 7; and

    b. Alleging without basis that the extensive testimony offered by Artius at the hearing on September 25, 2024 (the "**September 25 Hearing**") was incomplete, false or otherwise deficient regarding its good faith efforts to identify and include all known creditors as of on and after the November 30, 2023 petition date on the list and matrix of creditors duly filed with the

---

[1] Artius has advised the Court's calendar clerk and all counsel of record that it does not oppose the *Motion for Expedited Consideration of Trustee's Motion to Reopen Evidence* [Doc. No. 134]. Artius desires that the Motion to Reopen be heard and denied at the hearing of October 7, 2024, so that the Court can dismiss the case as agreed by Artius, the Petitioning Creditors, Collaborative Vision, Skypoint and IOActive – all of the creditors that have filed proofs of claim in this case – hopefully with the consent and support of the Trustee.

Court as Exhibits to the Declaration of Michael Frederick Marcotte on August 9, 2024 [Doc. No. 84] (the "**Marcotte Declaration**").

Each of these points will be addressed in turn.

<u>The IOActive Claim</u>

2. After hearing several hours of testimony from two witnesses offered by Artius at the September 25 Hearing, the Court expressed the view that the testimony of those witnesses was credible and expressed its inclination to dismiss this case upon the payment or escrow of funds sufficient to pay the claims of creditors Collaborative Vision, LLC, Skypoint Cloud, Inc. and IOActive, Inc. as ultimately settled or adjudicated by a court of competent jurisdiction.[2]

3. Not content to rest on that record and simply escrow the disputed amounts for Skypoint and IOActive, Artius and its undersigned counsel set about to resolve the claims of those creditors, and will represent to the Court at the final hearing on October 7, 2024 that it has achieved resolutions with both of those creditors who now support the dismissal of this case.[3]

4. Mr. Satija and his counsel have been advised that Artius has reached these accommodations, and Artius understands that as part of a larger agreement the Trustee will withdraw the Motion to Reopen as moot. Artius is hopeful that the case will proceed steadily toward a consensual dismissal at the October 7 hearing, such that there will be no need nor reason to reopen the evidence for the purpose of introducing a hearsay Declaration and related attachments

---

[2] The characterization of the September 25 proceedings is based on a combination of personal recollection and notes of undersigned counsel and a review of the transcript of the September 25 Hearing. Page and line citations to that transcript are omitted here only in the interest of brevity, and can be offered as necessary at the October 7 hearing.

[3] As urged by the Court, Artius was prepared to increase the escrow amounts for Skypoint and IOActive to 110% of the amounts set forth in their respective proofs of claim. In light of these agreements that are in the process of final documentation, the agreed amounts will be paid directly to each of Skypoint and IOActive following entry of the Dismissal Order and execution of the requisite documents, rather than included in the escrow arrangement.

that seek to establish the validity of the IOActive claim and the Debtor's knowledge of that claim that now has been resolved with IOActive and its counsel of record.

### The Good Faith Efforts to Identify and Provide Notice to Known Creditors

5. The Court heard extensive evidence from both of Artius' witnesses on the extensive efforts undertaken in good faith to identify and include all known creditors on the list and matrix attached to the Marcotte Declaration, and the absence of any intention to omit any known creditors. Mr. Satija's able (proposed) counsel[4] had ample opportunity to cross-examine both witnesses and took advantage of that opportunity, then offered no witnesses of his own. Insofar as the IOActive claim is concerned, Mr. Marcotte testified only about what he believed were abusive calls from a self-identified representative of the Swisher Group purporting to act on behalf of IOActive, and not to any direct communications that would have alerted him to the IOActive claim. Now that this claim has been resolved directly with IOActive through its counsel of record, it serves no interest to reopen and reexamine that testimony.

6. The Court made clear following these proceedings as described above that evidence was closed, and the Motion to Reopen offers no sound reason to reopen it – certainly no justification that additional evidence would alter the course on which this case appears to be headed.[5] Based upon the testimony at that hearing and the further agreements described in this Response, the record supports the conclusion that Artius has worked diligently to resolve its contested debts and continues to pay its debts as they become due.

---

[4] Undersigned counsel continues to encourage proposed counsel for the Trustee to submit a separate Order approving his Application to retain the Hayward firm.

[5] In the event the evidence is reopened, Artius reserves the right to object to the Declaration and related exhibits that the Trustee may seek to offer, but in the interests of brevity does not address the evidentiary objections in this Response.

7. For all of the foregoing reasons the Motion to Reopen should be denied, and the Court should proceed to hear final argument on the Dismissal Motion as scheduled at the conclusion of the September 25 Hearing.

**WHEREFORE,** Alleged Debtor Artius.iD respectfully requests that the Motion to Reopen be denied, whether as moot or for lack of merit, and that the Court proceed without delay to hear and consider the closing arguments in respect of the Dismissal Motion.

Dated: October 6, 2024  Respectfully Submitted,

By: */s/ Mark D. Bloom*
Alexander D. Burch
**BAKER & McKENZIE LLP**
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Taylor
**BAKER & McKENZIE LLP**
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark Bloom
Pro Hac Vice (*Pending*)
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com

Counsel for *Alleged Debtor artuis.iD*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2024 a true and correct copy of the foregoing was served simultaneously upon docketing on all counsel of record or *pro se* parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing in this case within one business day of filing.

*/s/ Mark D. Bloom*
Mark D. Bloom

**Electronic Notice by CM/ECF**

Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

See Attached Matrix

**Manual Notice**

None

```
Label Matrix for local noticing          ArtiusID, Inc.                         U.S. BANKRUPTCY COURT
0542-1                                   801 Barton Springs                     903 SAN JACINTO, SUITE 322
Case 23-11007-cgb                        Austin, TX 78704-1146                  AUSTIN, TX 78701-2450
Western District of Texas
Austin
Sun Oct  6 19:08:00 CDT 2024

ArtiusID, Inc.                           ArtiusID, Inc.                         Collaborative Vision LLC
c/o Alexander D. Burch*                  c/o Robert T. DeMarco*                 c/o Cokinos Young
BAKER & McKENZIE LLP                     DeMarcoMitchell, PLLC                  1221 Lamar 16th Fl
800 Capitol St., Suite 2100              12770 Coit Road, Suite 850             Houston TX 77010-3039
Houston, Texas 77002-2947                Dallas, TX 75251-1364                  Self-Terminated on 08/23/2024

Collaborative Vision LLC                 Collaborative Vision, LLC              Collaborative Vision, LLC
c/o Lynn Hamilton Butler*                c/o Emma P. Myles                      c/o Kell C. Mercer, PC*
Husch Blackwell LLP                      Cokinos Young                          901 S Mopac Expy Bldg 1 Ste 300
111 Congress Avenue, Suite 1400          1221 Lamar Street, 16th Floor          Austin, TX 78746-5883
Austin, TX 78701-4093                    Houston, Texas 77010-3039
                                         Self-Terminated on 08/23/2024

Collaborative Vision, LLC                Goldstein Consulting Services, LLC     IOActive, Inc. c/o
c/o Tres Gibbs                           c/o Michael T. Conway, Esq.*           John K. Dubiel, Jr.*
Cokinos Young                            Lazare Potter Giacovas & Moyle LLP     Bristol & Dubiel LLP
1221 Lamar, 16th Fl.                     747 Third Avenue, 16th Floor           10440 N. Central Expy., Ste. 800
Houston, Texas 77010-3039                New York, NY 10017-2856                Dallas, Texas 75231-2264
Self-Terminated on 08/23/2024

Ioactive, Inc.                           Rearc LLC                              Ron Satija, Chapter 7 Trustee
c/o SwisherGroup, Ltd.                   c/o Michael T. Conway, Esq.*           c/o Todd Headden*
PO Box 10342                             Lazare Potter Giacovas & Moyle LLP     Hayward PLLC
College Station, TX 77842-0342           747 Third Avenue, 16th Floor           7600 Burnet Road, Suite 530
                                         New York, NY 10017-2856                Austin, TX 78757-1269

Skypoint Cloud, Inc.                     Skypoint Cloud, Inc.                   United States Trustee - AU12
c/o Holland & Knight LLP                 c/o John S. Kaplan                     United States Trustee
Attn: Mark C. Taylor*                    Stoel Rives LLP                        903 San Jacinto Blvd, Suite 230
98 San Jacinto Blvd., Ste. 1900          601 University Street, Suite 3600      Austin, TX 78701-2450
Austin, TX 78701-4238                    Seattle, WA 98101                      Shane P. Tobin*

Xmogrify                                 artius.ID, Inc.                        Alexander D. Burch*
c/o Michael T. Conway, Esq.*             c/o Mark D. Taylor*                    Baker McKenzie LLP
Lazare Potter Giacovas & Moyle LLP       Baker McKenzie LLP                     700 Louisiana, Suite 3000
747 Third Avenue, 16th Floor             1900 N. Pearl Street, Suite 1500       Houston, TX 77002-2871
New York, NY 10017-2856                  Dallas, TX 75201-2968

Eric A Liepins*                          Mark D. Bloom*                         Mark D. Taylor*
Legal Aid of Northwest Texas             Baker McKenzie LLP                     Baker & McKenzie LLP
1515 Main Street                         1111 Brickell Ave                      1900 N. Pearl Street
Dallas, TX 75201-4841                    Ste 10th Floor                         Suite 1500
                                         Miami, FL 33131-3122                   Dallas, TX 75201-2968

Robert T DeMarco III*                    Ron Satija*
Robert Demarco                           P.O. Box 660208
12770 Coit Road                          Austin, TX 78766-7208
Suite 850
Dallas, TX 75251-1364
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Collaborative Vision, LLC            End of Label Matrix
c/o Lynn Hamilton Butler                Mailable recipients    25
Husch Blackwell LLP                     Bypassed recipients     1
111 Congress Avenue, Suite 1400         Total                  26
Austin, TX 78701-4093
```