# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 23-11007-CGB |
| ARTIUSID, INC | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

## JOINT STIPULATION OF DISMISSAL OF MOTION TO REOPEN EVIDENCE

[Relates to Doc#133]

TO THE HON. CHRISTOPHER G. BRADLEY, U.S. BANKRUPTCY JUDGE:

COME NOW Ron Satija, the Chapter 7 Trustee (the "Trustee"), and Artius.iD, Inc. ("Artius"), who file this *Joint Stipulation of Dismissal* of the *Trustee's Motion to Reopen Evidence* [Doc#133] ("the Motion"). Artius.ID, Inc., filed a response to the Motion on October 6, 2024, at Docket Entry 137 [Doc#137] ("the Response"). Pursuant to Fed. R. Civ. Pro. 41 made applicable by Fed. R. Bankr. Pro. 7041, after the filing of an answer to an adversary or response to a motion, the Plaintiff or Movant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared in the proceeding. Fed. R. Bankr. Pro. 7041(a)(1)(A)(ii).[1] The parties hereby stipulate to dismissal of the Motion.

Respectfully submitted,

By: /s/ *Mark D. Bloom*  
Mark D. Bloom  
Alexander D. Burch  
Mark Taylor  
BAKER & McKENZIE LLP  
800 Capitol St., Suite 2100  
Houston, Texas 77002  

By: */s/Ron Satija*  
Ron Satija  
RSatija@HaywardFirm.com  
HAYWARD PLLC  
7600 Burnet Rd, Ste. 530  
Austin, TX 78757  
(737) 881-7102 Phone/Fax  

---

[1] This provision is applicable to both adversaries and contested matters. 10 *Collier on Bankruptcy* P 7041.02

| | |
|---|---|
| Telephone: (713) 427-5000<br>Facsimile: (713) 427-5099<br>alexander.burch@bakermckenzie.com<br>ATTORNEY FOR Artius.iD, Inc. | PROPOSED ATTORNEY FOR TRUSTEE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2024, a true and correct copy of the foregoing document was served upon all parties receiving notice via CM/ECF and, within one business day, via USPS First Class Mail to any parties on the matrix not receiving electronic notice, as required.

/s/ *Ron Satija*
Ron Satija