THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUS.ID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |

**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT**

Notice is hereby given that Alleged Debtor, artius.iD, Inc., intends to request that this Court redact certain portions of the transcript of the proceedings on September 25, 2024, to preserve confidential, proprietary or trade secret information. Alleged Debtor, artius.iD, Inc., will submit the redaction request on or before October 21, 2024, and the redacted transcript on or before October 30, 2024, per this Court's rules.

Dated: October 7, 2024

Respectfully submitted,

**BAKER McKENZIE LLP**

By:   */s/ Mark D. Taylor*
       Mark D. Taylor
       Texas Bar No. 19713250
       mark.taylor@bakermckenzie.com

1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

-and-

Alexander D. Burch
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT- Page 1

-and-

Mark Bloom (admitted *Pro Hac Vice*)
Sabadell Financial Center
1111 Brickell Avenue, 10th Floor
Miami, Florida 33131
Telephone: (305) 789 8927
Facsimile: (305) 789 8953

**COUNSEL FOR DEBTOR
ARTIUS.ID, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024 a true and correct copy of the foregoing was served simultaneously upon docketing on all counsel of record or *pro se* parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing in this case.

          */s/ Mark D. Taylor*
          Mark D. Taylor

**Electronic Notice by CM/ECF**

Jason Bradley Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, TX 78746
jason.binford@rsbfirm.com

See Attached Matrix

**Manual Notice**

None

```
Label Matrix for local noticing          ArtiusID, Inc.                           United States Trustee (SMG17)
0542-1                                   801 Barton Springs                       United States Trustee*
Case 23-11007-cgb                        Austin, TX 78704-1146                    903 San Jacinto Blvd, Suite 230
Western District of Texas                                                         Austin, TX 78701-2450
Austin


U.S. BANKRUPTCY COURT                    ArtiusID, Inc.                           ArtiusID, Inc.
903 SAN JACINTO, SUITE 322               c/o Alexander D. Burch*                  c/o Robert T. DeMarco*
AUSTIN, TX 78701-2450                    BAKER & McKENZIE LLP                     DeMarcoMitchell, PLLC
                                         800 Capitol St., Suite 2100              12770 Coit Road, Suite 850
                                         Houston, Texas 77002-2947                Dallas, TX 75251-1364


Collaborative Vision LLC                 Collaborative Vision LLC                 ————————————————
c/o Cokinos Young                        c/o Lynn Hamilton Butler*                c/o Emma P. Myles
1221 Lamar 16th FL                       Husch Blackwell LLP                      Cokinos Young
Houston TX 77010-3039                    111 Congress Avenue, Suite 1400          1221 Lamar Street, 16th Floor
Self-Terminated on 08/23/2024            Austin, TX 78701-4093                    Houston, Texas 77010-3039
                                                                                  Self-Terminated on 08/23/2024


Collaborative Vision, LLC                Collaborative Vision, LLC                Goldstein Consulting Services, LLC
c/o Kell C. Mercer, PC*                  c/o Tres Gibbs                           c/o Michael T. Conway, Esq.*
901 S Mopac Expy Bldg 1 Ste 300          Cokinos Young                            Lazare Potter Giacovas & Moyle LLP
Austin, TX 78746-5883                    1221 Lamar, 16th Fl.                     747 Third Avenue, 16th Floor
                                         Houston, Texas 77010-3039                New York, NY 10017-2856
                                         Self-Terminated on 08/23/2024


Rearc LLC                                Ron Satija, Chapter 7 Trustee            United States Trustee - AU12
c/o Michael T. Conway, Esq.*             c/o Todd Headden*                        United States Trustee
Lazare Potter Giacovas & Moyle LLP       Hayward PLLC                             903 San Jacinto Blvd, Suite 230
747 Third Avenue, 16th Floor             7600 Burnet Road, Suite 530              Austin, TX 78701-2450
New York, NY 10017-2856                  Austin, TX 78757-1269                    c/o Shane P. Tobin*


Xmogrify                                 Alexander D. Burch*                      Eric A Liepins*
c/o Michael T. Conway, Esq.*             Baker McKenzie LLP                       Legal Aid of Northwest Texas
Lazare Potter Giacovas & Moyle LLP       700 Louisiana, Suite 3000                1515 Main Street
747 Third Avenue, 16th Floor             Houston, TX 77002-2871                   Dallas, TX 75201-4841
New York, NY 10017-2856


Mark D. Bloom*                           Robert T DeMarco III*                    Ron Satija*
Baker McKenzie LLP                       Robert Demarco                           P.O. Box 660208
1111 Brickell Ave                        12770 Coit Road                          Austin, TX 78766-7208
Ste 10th Floor                           Suite 850
Miami, FL 33131-3122                     Dallas, TX 75251-1364


*Parties served by ECF



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(d)Collaborative Vision, LLC             End of Label Matrix
c/o Lynn Hamilton Butler                 Mailable recipients    20
Husch Blackwell LLP                      Bypassed recipients     1
111 Congress Avenue, Suite 1400          Total                  21
Austin, TX 78701-4093
```