**TRIAL/HEARING ON:**

**1-1)** **88** Consent Stipulation and Motion to Dismiss Case filed by Mark D. Bloom for Debtor ArtiusID, Inc.

**1-2)** **94** Motion for Reconsideration filed by Ron Satija for Trustee Ron Satija (Related Document(s): 83 Order Abating Proceedings (related document(s): 70 Motion for Rehearing and Reconsideration And Vacate The Order for Relief [D.E. No. 62, or, in the alternative Motion For Stay Pending Appeal filed by Alexander D. Burch for Debtor ArtiusID, Inc.

**1-3)** **95** Application to Employ Hayward PLLC as Counsel for the Chapter 7 Trustee filed by Todd Brice Headden for Trustee Ron Satija

**EXHIBIT INDEX AND WITNESS LIST**

| ATTORNEY(s) FOR ARTIUSID, INC: Mark Bloom, Mark Taylor | ALL OTHER ATTORNEYS (in the Courtroom): Todd Headden, Lynn Butler, Jason Binford, Gary Wright | Case Number: 23-11007-cgb |
|---|---|---|
| | | Hearing/Trial Date(s): 9/25/2024 |
| **PRESIDING JUDGE** Judge Christopher G. Bradley | **COURT REPORTER** Estella Jurado | **COURTROOM DEPUTY** Ronda Farrar |

| PLA/Mov NO. | DEF/Resp NO. | DATE OFFERRED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | **Witness 1: Michael Marcotte** |
| | | | | | **Witness 2: Dominic O'dierno** |
| | | | | | |
| | TR-1 | 9/25/2024 | | 9/25/2024 | **Filed IOActive Proof of Claim** |
| | TR-2 | 9/25/2024 | | 9/25/2024 | **Proposal to Provide Security Assessment Services – PID and Guardian dated April 26, 2022** |
| | TR-3 | 9/25/2024 | | 9/25/2024 | **Services Agreement dated with Effective Date May 2, 2022** |
| | TR-4 | 9/25/2024 | | 9/25/2024 | **IOActive Invoice No. 7209** |
| | TR-5 | 9/25/2024 | | 9/25/2024 | **IOActive Declaration** |

|  | TR-6 | 9/25/2024 |  | 9/25/2024 | **Skypoint communication and invoice, ArtiusID-0000952** |
|---|---|---|---|---|---|
|  | **TR-7** | **9/25/2024** |  | **9/25/2024** | **Skypoint invoice, ArtiusID-0000954** |
|  | **TR-8** | **9/25/2024** |  | **9/25/2024** | <u>**Harvest invoice, ArtiusID-0000129**</u> |
|  | **TR-9** | **9/25/2024** |  | **9/25/2024** | **Payment records, ArtiusID-0000131** |
|  | **TR-10** | **9/25/2024** |  | **9/25/2024** | **Skypoint filed claim (Claim No. 3)** |
|  | **TR-11** | **9/25/2024** |  | **9/25/2024** | **Rebuttal Exhibit admitted as stated on the record** |