**Dismissed by Joint Stipulation of Dismissal at Doc#138**



**SO ORDERED.**

**SIGNED this 08th day of October, 2024.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 23-11007-CGB |
| ARTIUSID, INC., | § |
| | § Chapter 7 |
| Debtor. | § |

**ORDER GRANTING TRUSTEE'S MOTION TO REOPEN EVIDENCE**

On this date came on for consideration the Motion filed by the Ron Satija, the Chapter 7 Trustee in the above-captioned case ("Movant") requesting entry of the *Trustee's Motion to Reopen Evidence* filed on October 4, 2024 [Docket No. 133]. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Trustee's Motion to Reopen Evidence* is hereby GRANTED. The Court will hear further evidence of the Trustee and any objections thereto prior to the presentation of closing arguments at the hearing set for Monday, October 7, 2024, at 3:00 p.m.

# # # END OF ORDER # # #

*Order submitted by:*

**HAYWARD PLLC**

By: /s/ *Bach W. Norwood*
Bach W. Norwood
Bar Number: 24134529
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
bnorwood@haywardfirm.com

*Attorneys for Ron Satija, Chapter 7 Trustee*

