**The relief described hereinbelow is SO ORDERED.**

**Signed October 08, 2024.**

_____
CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-11007-cgb |
| | § | |
| ARTIUSID, INC., | § | Chapter 7 |
| | § | |
| Alleged Debtor. | § | |

### ORDER DISMISSING CHAPTER 7 CASE AND
### DENYING PENDING MOTIONS AS MOOT

THIS MATTER came before the Court for hearing on September 25, 2024 and October 7, 2024, upon the *Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Doc. No. 88] filed by artius.ID, Inc. ("**Artius**") and the Petitioning Creditors in this involuntary case,[1] (the "**Dismissal Motion**"), and the Objections, Responses and Reply thereto,[2]

---

[1] The Petitioning Creditors are Xmogrify, LLC, Goldstein Consulting Services, LLC, and Rearc LLC.

[2] Collaborative Vision LLC's *Objection to Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Doc. No. 99], the US Trustee's *Objection to Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Doc. No. 100], *Trustee's Response to Motion to Dismiss* [Doc. No. 101] (collectively the "**Objections**"); Artius.iD's *Omnibus Reply in Support of Consent Stipulation and Motion for Dismissal of Involuntary Petition Under Chapter 7* [Doc. No. 113].

and the *Motion for Reconsideration* [Doc. No. 94] (the "**Trustee Motion for Rehearing**") of the *Order Abating Proceedings on Debtor's Motion for Rehearing, Granting Stay of Order for Relief Pending Ruling on Consensual Dismissal of Involuntary Case, and Setting Procedures for Approval of Dismissal* [Doc. No. 83] and Response[3] thereto.

The Court having read and considered the Dismissal Motion, Objections and Omnibus Reply, heard the testimony and considered the candor and demeanor of witnesses offered by Artius and reviewed the Exhibits offered by the parties at the September 25 hearing, and otherwise been fully advised in the premises, finds and determines that dismissal of this case upon the terms and conditions set forth in this Order and as described on the record at the October 7 hearing is in the best interests of creditors.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Dismissal Motion is hereby GRANTED under 11 U.S.C. § 707(a), the Objections thereto are WITHDRAWN or OVERRULED, and this Chapter 7 case is hereby DISMISSED.

2. The Trustee Motion for Rehearing is DENIED AS MOOT.

3. All other pending Motions are DENIED AS MOOT.[4]

4. The automatic stay imposed under 11 U.S.C. § 362(a) of the Bankruptcy Code upon the filing of the Involuntary Petition be and hereby is TERMINATED under 11 U.S.C. § 362(c), effective as of the date of entry of this Order.

5. Pursuant to Fed. R. Bankr. P. 6004(h), this Order shall be effective immediately upon entry.

---

[3] *Alleged Debtor's Response to Satija Motion for Reconsideration* [Doc. No. 97].

[4] By separate Order the Court has granted the *Application for Retention of Hayward PLLC as Counsel for the Chapter 7 Trustee Pursuant to 11 U.S.C. §327(a)* [Doc. No. 95] ("**Hayward Retention Application**").

6. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

Submitted by:

Alexander D. Burch
**BAKER & McKENZIE LLP**
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
alexander.burch@bakermckenzie.com

-and-

Mark Taylor
**BAKER & McKENZIE LLP**
1900 N. Pearl St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mark.taylor@bakermckenzie.com

-and-

Mark Bloom
**BAKER & McKENZIE LLP**
Sabadell Financial Center
1111 Brickell Avenue
10th Floor
Miami, Florida 33131
Telephone: (305 789 8927
Facsimile: (305 789 8953
mark.bloom@bakermckenzie.com

Counsel for Debtor ArtuisID