# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.:** 23–11007–cgb
**Chapter No.:** 7
**Judge:** Christopher G Bradley

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
ArtiusID, Inc.
fka Q5ID, Inc.
801 Barton Springs
Austin, TX 78704
**SSN/TAX ID:**
 00–0000000

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

  for Debtor on **10/8/24**                      for Joint Debtor (if any) on **N/A**

Dated: 10/8/24

                                           Barry D. Knight
                                           Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]