

**SO ORDERED.**

**SIGNED this 09th day of October, 2024.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-11007-cgb** |
| | § | |
| **ARTIUSID, INC.,** | § | **Chapter 7** |
| | § | |
| Alleged Debtor. | § | |
| | § | |

**ORDER GRANTING
MOTION TO EXPEDITE CONSIDERATION OF EMERGENCY MOTION FOR
PROTECTIVE ORDER AND TO QUASH DEBTOR'S NOTICES OF DEPOSITION**

Before this Court is the *Motion to Expedite Consideration of Emergency Motion for Protective Order and to Quash Debtor's Notices of Deposition* (Dkt. No.107) (the "Motion") filed by Creditor Collaborative Vision LLC ("Collaborative Vision"), requesting expedited consideration of Collaborative Vision's *Emergency Motion for Protective Order and to Quash Debtor's Notices of Deposition* (Dkt. No. 106) (the "Motion to Quash"). The Court finds that the Motion should be granted as set forth below. It is therefore

HB: 4858-6591-9717.1

ORDERED that the Motion is GRANTED, and the Motion to Quash is set for an expedited telephonic hearing on the date and time identified above.

### #

Order submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
lynn.butler@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758
(512) 479-1101 (fax)

**COUNSEL FOR COLLABORATIVE VISION LLC**



HB: 4858-6591-9717.1