# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−11007−cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **ArtiusID, Inc.** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **10/07/24** was filed on **10/29/24**. The following deadlines apply:

The parties have until **November 5, 2024** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **November 19, 2024**.

If a request for redaction is filed, the redacted transcript is due **November 29, 2024**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **January 27, 2025** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Sabrina Havard (936) 897−2148**, or you may view the document at the clerk's office public terminal.

Dated:  10/30/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Estella Benitez Jurado

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]