# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**903 SAN JACINTO, SUITE 322**
**AUSTIN, TX 78701**

*Barry D. Knight*  *(512) 916−5237*
*CLERK OF COURT*

**DATE:   March 12, 2025**

**Hayward PLLC**
**c/o Ron Satija**
**7600 Burnet Rd #530**
**Austin TX 78757**

**RE:   Exhibits**
  Bankruptcy Case No.:   **23−11007−cgb**
  Case Style:   ArtiusID, Inc.

Dear   Mr Satija:

  A final order was entered on 10/8/24 regarding the following contested matters:

**Doc. #88 Motion to dismiss**

  Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

  Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **3/24/25** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

  Barry D. Knight
  Clerk, U. S. Bankruptcy Court

  BY: Laurie Boyd

**511 E. San Antonio Avenue, Suite 444**     **615 E. Houston Street, Suite 597**     **800 Franklin Avenue, Suite 140**
**El Paso, Texas 79901**     **San Antonio, Texas 78205**     **Waco, Texas 76701**
**(915) 779−7362**     **(210) 472−6720**     **(254) 750−1513**

[Exhibits Letter] [Ltrex]