# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701

*Barry D. Knight*
CLERK OF COURT

*(512) 916-5237*

DATE: March 12, 2025

Hayward PLLC
c/o Ron Satija
7600 Burnet Rd #530
Austin TX 78757

**FILED**

**MAR 12 2025**

U.S. BANKRUPTCY COURT
BY_____DEPUTY

**RE: Exhibits**

    Bankruptcy Case No.: **23-11007-cgb**
    Case Style: ArtiusID, Inc.

Dear Mr Satija:

A final order was entered on 10/8/24 regarding the following contested matters:

**Doc. #88 Motion to dismiss**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than 3/24/25 If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                               Barry D. Knight
                                               Clerk, U. S. Bankruptcy Court

                                               BY: Laurie Boyd

*received response*
*permission given to destroy*

---

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

615 E. Houston Street, Suite 597
San Antonio, Texas 78205
(210) 472-6720

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]